

20 W. 55th St. 6th Floor
New York, NY 10019
p. 212.571.2000  f. 212.571.0505

1 Market, Spear Tower, Ste 3600
San Francisco, CA 94105
p. 415.906.5417  f. 415.520.0555

**www.ottingerlaw.com**

**Denise Rubin Glatter**
denise@ottingerlaw.com

April 3, 2014

**VIA ECF**

The Honorable Christian F. Hummel
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    *Hexemer v. General Electric Company, et al.*
               **Civil Action No. 12 Civ. 1808 (LEK/CFH)**

Dear Judge Hummel:

This firm represents the Plaintiff, Soheila Hexemer, in the above-referenced matter. We write on behalf of all Parties regarding the April 7, 2014 deadline for the Parties to conduct the mandatory two-hour mediation session as part of the Pilot Mandatory Mediation Program. This deadline was set in both the January 16, 2014 Uniform Pretrial Scheduling Order (ECF Doc. #26) and the January 16, 2014 Order Referring Case to Mandatory Mediation Program (ECF Doc. #27).

Although all Parties have been working diligently with the mediator to identify a mutually convenient date, no such date has yet been set. Accordingly, the Parties respectfully request that the deadline to conduct the mandatory mediation session be extended to May 23, 2014. This is the Parties' first request for extension of the referenced deadline.

The Parties thank the Court for its attention to this matter.

Respectfully,

Denise Rubin Glatter

cc:    David Ebert, Esq. (via ECF)
        Alissa Friedman, Esq. (via ECF)