[Page 1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

----------------------------------------

SOHEILA HEXEMER,

                              Plaintiff(s),

   -v-          Case No.:12 CIV. 1808 (LEK/CFH)

GENERAL ELECTRIC COMPANY;

GID GLOBAL, LLC. and JOSE GARCIA,

in his professional and individual

capacities,

                              Defendant(s).

----------------------------------------


                    DEPOSITION OF:

                  SOHEILA HEXEMER

           HELD: WEDNESDAY, JUNE 11, 2014

                2:19 p.m. - 4:20 p.m.










    Reported by:

    ROBERTA-ANNE SCHMITT

[Page 2]

1

2    A P P E A R A N C E S

3    GEORGE VALLAS, ESQ.

4    THE OTTINGER FIRM, P.C.

5    Attorneys for Plaintiff(s)

6    401 Park Avenue South 9th Fl.

7    New York, NY 10016

8    p:  212-571-2000

9    e:  George@ottingerlaw.com

10

11   DAVID G. EBERT, ESQ.

12   INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP.

13   Attorneys for Defendant(s)

14   250 Park Avenue

15   New York, NY 10177

16   p:  212-907-9603

17   e:  Debert@ingramllp.com

18

19   ALSO PRESENT:

20   GE POWER & WATER

21   BY:  MAUREEN YOUNG, ESQ.

22   COUNSEL, LABOR & EMPLOYMENT

23

24

25

[Page 3]

1

2

EXAMINATION BY                                    PAGE(S)

3

SOHEILA HEXEMER          MR. EBERT                    5

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[Page 4]

1

2    F E D E R A L      S T I P U L A T I O N S

3          IT IS HEREBY STIPULATED AND AGREED

4         by and between the attorneys for the

5        respective parties hereto that filing,

6         sealing and certification be and the

7               same are hereby waived.

8

9          IT IS FURTHER STIPULATED AND AGREED

10        that all objections, except as to the

11       form of the question, shall be reserved

12              to the time of the trial.

13

14         IT IS FURTHER STIPULATED AND AGREED

15         that the within examination may be

16         subscribed and sworn to before any

17        notary public with the same force and

18             effect as though subscribed

19              and sworn before the court.

20

21

22

23

24

25

1

2             THIS IS THE ORAL DEPOSITION OF SOHEILA

3    HEXEMER, the/on behalf of the PLAINTIFF herein,

4    produced pursuant to NOTICE on WEDNESDAY, JUNE 11,

5    2014, before ROBERTA-ANNE SCHMITT, a Court

6    Reporter and Notary Public in and for the State of

7    New York.

8                     * * * * * * *

9                     SOHEILA HEXEMER

10           called as the witness, hereinbefore

11   named, being first duly cautioned and sworn or

12   affirmed by ROBERTA-ANNE SCHMITT, the Court

13   Reporter and Notary Public herein, to tell the

14   truth, the whole truth, and nothing but the truth,

15   was examined and testified as follows:

16   EXAMINATION BY

17   MR. EBERT:

18       Q.    You met with Mr. Garcia at a

19       restaurant on November 6; do you recall

20       that?

21       A.    I don't remember the date.

22       Q.    But you met with him at a restaurant;

23       you had lunch together?

24       A.    Yes.  We had, yes.

25       Q.    And before you met with Mr. Garcia,

1

2        was there anything that you hoped, in

3        particular, to accomplish through that

4        meeting?

5        A.    He asked me to meet him.

6        Q.    And you agreed to meet him?

7        A.    Yes.

8        Q.    And in agreeing to meet him, did you

9        have any purpose, from your perspective, in

10       meeting him?

11       A.    I want to know why he did it.

12       Q.    Why he did what?

13       A.    Let me go.

14       Q.    Okay.  You tape-recorded that meeting;

15       correct?

16       A.    Correct.

17       Q.    And did you tell Mr. Garcia before the

18       meeting that you intended to record the

19       meeting?

20       A.    No.

21       Q.    Why not?

22       A.    I did it for my protection.

23       Q.    Why didn't you tell Mr. Garcia that

24       you were going to tape this conversation

25       that you had with him?

1

2     A.    Because I knew it was me against all

3     of you guys and I had to protect myself.

4     Q.    All of us guys, including me?

5     A.    No.   Everybody in GE.

6     Q.    Everybody in GE.

7           So that still doesn't explain to me

8     why did you tape that conversation?

9           What did you expect to get out of

10    taping that conversation?

11    A.    I want to listen to it myself again,

12    because I was very emotional.

13    Q.    You were hoping that Jose would say

14    something that would help you in your

15    lawsuit; correct?

16    A.    No.

17    Q.    Before you went to that meeting and

18    taped the meeting you had met with a lawyer;

19    correct?

20    A.    No.

21    Q.    Do you recall saying in that meeting

22    with Jose that you had already met with a

23    lawyer?  Do you recall that?

24    A.    I don't remember that.

25    Q.    Do you recall telling Jose that you

1

2      were going to meet with a lawyer the Monday

3      after the meeting with him?

4      A.    I don't remember that.

5      Q.    Was that true, that you were going to

6      meet with a lawyer the Monday after that

7      meeting?

8      A.    I don't remember.  I don't remember

9      saying anything like that.

10     Q.    At the meeting, did you tell

11     Mr. Garcia you were recording the

12     conversation?

13     A.    No.

14     Q.    Why not?

15     A.    I just didn't.

16     Q.    There had to be a reason.  I assume

17     you don't record all your conversations on a

18     regular basis; correct?

19     A.    Correct.

20     Q.    So you were recording this for some

21     particular reason; right?

22     A.    As I said, I wanted to listen for

23     myself, listen over again, see what

24     happened.

25     Q.    And you were hoping it would help you

1

2          in your lawsuit; correct?

3                    MR. VALLAS:   Objection.

4     BY MR. EBERT:

5          Q.    Correct?

6          A.    I wasn't thinking about the lawsuit at

7          that time.

8          Q.    Because you mentioned the lawsuit

9          several times in that conversation with

10         Mr. Garcia.  Do you recall that?

11         A.    I don't remember.  I have to listen to

12         the tape.

13         Q.    Do you recall saying you were going to

14         sue for $500,000?  Do you recall telling him

15         that?

16         A.    I don't remember that.

17         Q.    If your only purpose was to be able to

18         listen back to the conversation, why

19         wouldn't you tell Mr. Garcia that's what you

20         were doing?

21         A.    I didn't think about it.

22         Q.    Did you think you were doing anything

23         deceitful by sitting in a restaurant with

24         him for hours and recording a conversation

25         without telling him?

1

2      A.    I don't think so.

3      Q.    Well, if you didn't think so, then why

4      wouldn't you tell him you were doing it?

5      That's what I'm trying to get to.

6            Why didn't you tell him?

7                  MR. VALLAS:  Objection.

8      A.    I didn't think about it.

9      Q.    When you say you didn't think about

10     it, how did you go about recording the

11     conversation?

12     A.    I just record it.

13     Q.    What device did you use?

14     A.    A small tape recorder.

15     Q.    Did it have a microphone on it?

16     A.    No.

17     Q.    And you had to place it in a position

18     so that Jose wouldn't see it but it would

19     still pick up the conversation; correct?

20     A.    No.  It was inside my purse.

21     Q.    Okay.  But the reason you had it

22     inside your purse rather than outside your

23     purse is so that he wouldn't see it;

24     correct?

25     A.    I didn't think about it.  That wasn't

[Page 11]

1

2      the reason, no.

3      Q.    What wasn't the reason?

4      A.    I just had the tape recorder in my

5      purse.

6      Q.    So it happened to be in your purse and

7      you didn't take it out to put it on the

8      table because you didn't think about it?

9      A.    I didn't take anything out of my

10     purse.

11     Q.    Okay.  Did you want him to know that

12     you were taping the conversation?

13     A.    No.

14     Q.    Why didn't you want him to know?

15     A.    There was no reason for it.

16     Q.    If you were being recorded by somebody

17     in a private conversation, would you like to

18     know that you were being recorded?

19     A.    (No verbal/audible response).

20     Q.    Wouldn't you want to know if you were

21     sitting with someone privately in a

22     restaurant --

23     A.    I didn't --

24     Q.    I have to finish the question.

25            If you were having a conversation in a

[Page 12]

1

2       restaurant and the other person was taping

3       the conversation, wouldn't you want to know?

4       A.    I didn't do anything illegal.

5       Q.    I didn't say you did.  I asked a

6       different question.

7              If you were sitting in a restaurant

8       with Mr. Garcia and he was taping the

9       conversation without telling you, would you

10      be okay with that?

11      A.    Yes.

12      Q.    And any conversation you had privately

13      you'd be okay with other person taping it

14      without telling you; is that right?

15      A.    Yes.

16      Q.    How often do you tape conversations

17      you have with people?

18      A.    Never.

19      Q.    This is the only time?

20      A.    Yes.

21      Q.    So what about this in particular

22      caused you to tape him?

23                  MR. VALLAS:  Objection.

24  BY MR. EBERT:

25      Q.    It's the only time you ever did it.

1

2      What caused you to do it now, in that

3      conversation?

4      A.    No comment.

5      Q.    That's not a response.

6           MR. EBERT:  Can you read back

7           the question, please?

8           (At which time, the following

9           portion of testimony was read back

10          by the stenographer:

11          QUESTION:  It's the only time you

12          ever did it.  What caused you to do

13          it now, in that conversation?)

14     A.    As I say, I want to listen to it over

15     again.

16   BY MR. EBERT:

17     Q.    Did you listen to it again?

18     A.    Yes.

19     Q.    How many times did you listen to it?

20     A.    Couple of time after.

21     Q.    When did you listen to it?

22     A.    After it happened.

23     Q.    How soon after it happened?

24     A.    The next day.

25     Q.    And did you listen to it after the

1

2      next day?

3      A.    Couple more time after that.

4      Q.    How many times?

5      A.    Maybe twice.

6      Q.    And when did you listen the other two

7      times?

8      A.    I listened to it next two, three days,

9      you know, a couple of time.  I listened to

10     it Thursday, listened to it Friday, listened

11     to it Saturday.

12     Q.    And after that did you listen to it

13     again?

14     A.    No.

15     Q.    Did you listen to before you came here

16     to testify?

17     A.    No.

18     Q.    Have you played it for anyone?

19     A.    No.  My husband.

20              MR. VALLAS:  Objection.

21              Other than counsel, what you

22              said to us or we said to you.

23     A.    My husband.

24     Q.    Why did you play it for your husband?

25     A.    Why?

[Page 15]

1

2      Q.    Yes, why?

3      A.    I just -- I want to hear -- I want him

4      to hear it.

5      Q.    Why?

6      A.    Because he's my husband.  I share

7      everything with him in my life.

8      Q.    No other reason?

9      A.    No other reason.

10     Q.    Did you tell him before that you were

11     going to tape this conversation without

12     telling Jose?

13     A.    Yes.

14     Q.    Did he think that was a good idea?

15     Did he say whether it was a good idea?

16     A.    He didn't give me comment.

17     Q.    After you listened to the tape, it

18     sounds like three or four times, did you

19     conclude that Mr. Garcia had said anything

20     that would be helpful to you in your

21     lawsuit?

22              MR. VALLAS:  Objection to the

23              extent it calls for a legal

24              conclusion.

25              You can answer.

1

2     A.   When I taped the -- when I taped him,

3     it wasn't in my mind to go after -- to sue

4     them, and I didn't go after GID.

5     Q.   You said several times during that

6     meeting you were intending to sue GE, and if

7     you had to, GID as well; do you remember

8     that?

9            MR. VALLAS:  Objection.  Not

10           sure that's an accurate

11           transcription of the tape.

12           MR. EBERT:  Can you read back

13           the last question and answer

14           before the last question and

15           answer, please?

16          (At which time, the following

17           portion of testimony was read back

18           by the stenographer:

19          QUESTION:  After you listened to

20           the tape, it sounds like three or

21           four times, did you conclude that

22           Mr. Garcia had said anything that

23           would be helpful to you in your

24           lawsuit?)

25     A.   That time I wasn't thinking about sue

1

2          them.

3          Q.    Okay.  As of today, sitting here

4          today, do you think that Mr. Garcia said

5          anything in that conversation that is

6          helpful to you in your lawsuit?

7                      MR. VALLAS:  Objection on the

8                   same grounds.

9          A.    I don't know.

10         Q.    Why did you save the tape?

11         A.    I just did.

12         Q.    I know what you did.  I'm asking you

13         why you saved the tape.

14         A.    I don't know.  I just did.

15         Q.    Well, you saved the tape because you

16         hoped that it would be helpful to you when

17         you sued GE and GID; correct?

18                      MR. VALLAS:  Objection.

19         A.    I didn't think that far.

20         Q.    Did you see a lawyer after that

21         meeting?

22                      MR. VALLAS:  Objection.

23                   Don't reveal anything that was

24                   said.

25                      MR. EBERT:  No, I don't want

[Page 18]

1

2              anything you said to lawyers.

3    BY MR. EBERT:

4        Q.    But did you meet with a lawyer after

5        that meeting?

6        A.    I talked to one of them.

7        Q.    How soon after the meeting with Jose

8        did you speak with a lawyer?

9        A.    Two days after.

10       Q.    Did you play him the tape or her the

11       tape?

12              MR. VALLAS:  When you say --

13   BY MR. EBERT:

14       Q.    Did you play him or her the tape?

15       A.    Not that time.

16              MR. VALLAS:  I don't want to

17            probe any further into

18            communications with counsel.

19   BY MR. EBERT:

20       Q.    What lawyer did you meet with a couple

21       of days after the meeting?

22       A.    I talked to Otting [sic], you know.

23       Q.    The Ottinger Firm, okay.

24       A.    Otting, the same group.

25       Q.    Okay.  And do you believe that

[Page 19]

1

2       Mr. Garcia lied to you during that

3       conversation that you taped?

4       A.    I have a lot of respect for

5       Mr. Garcia.

6       Q.    And he for you.

7             Do you think he lied during that

8       conversation?

9       A.    I don't know.

10      Q.    Is there anything he said that you

11      believe may be a lie?

12      A.    I don't know.

13      Q.    Did you say anything in the

14      conversation --

15            Well, is everything that you said

16      during that conversation, was it truthful at

17      the time you said it?

18      A.    Yes.

19      Q.    And how do you recall that sitting

20      here today, since you can't recall what was

21      said in the conversation?

22                MR. VALLAS:  Objection.  I'm

23                not sure.  How do you recall

24                what?

25                MR. EBERT:  Can you read back

[Page 20]

1

2              the question, please?

3                 (At which time, the following

4              portion of testimony was read back

5              by the stenographer:

6                 QUESTION:  And how do you recall

7              that sitting here today, since you

8              can't recall what was said in the

9              conversation?)

10                MR. VALLAS:  If you

11             understand it, you can answer.

12     A.    I know what he said, but, you know, I

13     know our conversation, what we talked about.

14     Q.    But you don't recall in the

15     conversation talking about having gone to a

16     lawyer before meeting with Jose; correct?

17     A.    I don't remember.

18     Q.    Okay.  So you can't possibly remember

19     everything that went on in the conversation.

20         Can you sit here today and tell me

21     that everything you said in that

22     conversation was truthful?

23     A.    I have to play the tape to myself then

24     I can tell you the answer.

25     Q.    Is it your practice to say things to

[Page 21]

1

2          people that's untruthful?

3          A.     No.

4          Q.     But you'd have to play the tape to see

5          if you had lied in the conversation;

6          correct?

7                    MR. VALLAS:  Objection.

8          A.     I was very emotional.

9          Q.     That's not the question.

10                   MR. EBERT:  Can you read back

11                   the question, please?

12                   (At which time, the following

13                   portion of testimony was read back

14                   by the stenographer:

15                   QUESTION:  But you'd have to play

16                   the tape to see if you had lied in

17                   the conversation; correct?)

18         A.     I have to listen to tape then I can

19         give you answer.

20         Q.     Okay.  So you can't tell me whether

21         everything you said in that conversation

22         that you taped was truthful without again

23         listening to the tape of that conversation.

24         Do I have it right?

25         A.     No, you don't have it right.

[Page 22]

1

2     Q.    How do I have it wrong?

3     A.    I do remember some.  I don't remember

4     word to word, but I remember, you know, our

5     conversation, general idea what we talked

6     about.

7     Q.    Can you say here today that you recall

8     everything you said in that conversation was

9     truthful?

10    A.    I can't give you answer on that.

11    Q.    Okay.  That's fine.

12          Do you recall saying at the meeting

13    that one of the reasons you wanted to sue

14    was so that people like Jared and Sarah

15    would pay for what happened to you?  Do you

16    recall saying that?

17    A.    Yes.

18    Q.    And was that a true statement?

19    A.    Yes.

20    Q.    You wanted them to pay for this;

21    correct?

22    A.    Not in money.

23    Q.    You said you wanted people like Jared

24    and Sarah to pay for what happened to you;

25    right?  Do you recall that?

[Page 23]

1

2      A.    I think so.

3      Q.    Well, do you recall saying it or don't

4      you recall saying it?

5              MR. VALLAS:  To answer no is

6              fine.  It's yes or no.

7  BY MR. EBERT:

8      Q.    A truthful answer is fine.  Just tell

9      me whether --

10              MR. EBERT:  Read it back,

11              please.

12              (At which time, the following

13              portion of testimony was read back

14              by the stenographer:

15              QUESTION:  You said you wanted

16              people like Jared and Sarah to pay

17              for what happened to you; right?  Do

18              you recall that?

19              ANSWER:  I think so.

20              QUESTION:  Well, do you recall

21              saying it or don't you recall saying

22              it?)

23      A.    If my memory serve, yes, I did.

24      Q.    And was that a truthful statement at

25      the time you said it?

1

2              MR. VALLAS:  Objection.

3     A.    Yes.  I wanted justice to be done.

4     Q.    But you said you wanted them to pay

5     for it.  What did you want them to pay for?

6     A.    I live in the U.S. I think I have

7     every right as you, you, and every one of

8     you.  I am a United States' citizen.  I

9     cannot be discriminated.

10    Q.    I cannot agree more.

11              But what is it you wanted Jared or

12    Sarah to pay for?

13              Let's take a break.

14                  MR. EBERT:  The witness is --

15                  let's take a break.

16                  MR. VALLAS:  Let's step

17                  outside.

18                  (Recess held from 2:35 P.M. until

19                  2:41 P.M. )

20                  MR. EBERT:  Can you read back

21                  the pending question, please?

22                  (At which time, the following

23                  portion of testimony was read back

24                  by the stenographer:

25                      QUESTION: I cannot agree more.

[Page 25]

1

2            But what is it you wanted Jared or

3            Sarah to pay for?)

4    BY MR. EBERT:

5       Q.   Can you respond to that question

6    please?

7       A.   I wanted justice to be done.

8       Q.   All right.  And you were, at that

9    time, very mad at Jared; correct?

10      A.   I was mad at the situation.

11      Q.   But were you specifically mad at

12   Jared?

13      A.   I was mad at the situation.

14      Q.   That's not responding to my question.

15   I don't want to know about the situation.  I

16   just want to know about Jared.

17           Were you mad at Jared at the time that

18   this happened?

19              MR. VALLAS:  Objection.  At

20              the time what happened?

21              MR. EBERT:  I'm sorry, good

22              point.

23   BY MR. EBERT:

24      Q.   The lunch with Jose.

25      A.   No.

1

2     Q.    If you weren't mad at him, why did you

3     want him to pay for what he had done?

4     A.    Unfair action.

5     Q.    Unfair action?

6     A.    Yes.

7     Q.    Do you believe that Jared had anything

8     to do with the decision to terminate you at

9     GID?

10    A.    I don't know.

11    Q.    And you also said you wanted

12    "something to happen," those were your

13    words, "something to happen" to Jared and

14    Sarah.  What did you want to have happen to

15    them?

16    A.    I wanted justice to be done.

17    Q.    Why would you want --

18          You just said that you didn't know if

19    Jared had anything to do with your

20    termination at GID.  If you didn't know if

21    he was involved in that termination, why did

22    you want him to pay for it or why did you

23    want anything to happen to him?

24              MR. VALLAS:  Just for the

25              record, it's important that you

[Page 27]

```
1

2              give verbal responses, because

3              the court reporter can't

4              transcribe any non-verbal

5              gestures.

6     A.    Because the last meeting we had.

7     Q.    You wanted to hurt him because of the

8     last meeting you had, even though you didn't

9     know whether he was involved in your

10    termination, is that your testimony?

11    A.    His comment was very strong.

12    Q.    Which comment?

13    A.    When we had the meeting.

14    Q.    Which comment?

15    A.    The comment he made in his office.

16    Q.    What was the comment?

17    A.    That he doesn't care; I'm not his

18    employee; it doesn't matter what happened.

19    Q.    Anything else you were mad at him for?

20    A.    No.

21    Q.    And do you recall saying to Jose that

22    you believed you could hurt Jared and Sarah

23    by filing the lawsuit against them?

24    A.    I don't remember.

25    Q.    Was part of your intention of filing
```

1

2      the lawsuit to hurt Sarah or Jared?

3      A.    I don't think so, no.

4      Q.    Would you be pleased if Sarah or Jared

5      got hurt by this lawsuit?

6      A.    I wanted justice to be done.  I wanted

7      GE to do something about that employee.

8      Q.    I understand, but that wasn't what I

9      asked you.

10             MR. EBERT:  Can you read back

11             the question, please?

12             (At which time, the following

13             portion of testimony was read back

14             by the stenographer:

15             QUESTION:  Would you be pleased if

16             Sarah or Jared got hurt by this

17             lawsuit?)

18     A.    No.

19     Q.    What's your understanding of why you

20     were terminated by GID?

21     A.    I'm sorry, repeat it again.

22     Q.    What is your understanding of why you

23     were terminated by GID?

24             MR. VALLAS:  Objection to the

25             extent it implies the

1

2          termination was conducted by

3          GID.  You can answer the

4          question.

5     A.    Repeat it again.  I'm sorry.

6     Q.    I just want to know what's your

7     understanding as to the reason you were

8     terminated.

9     A.    Because when I brought the

10    discrimination case, what they have done,

11    GID decided -- between GE and GID Global

12    they decided to let me go.

13    Q.    You believe they decided together?

14    A.    Yes.

15    Q.    So who at GE was involved in that

16    decision to terminate you?

17    A.    I don't know the name, but one of the

18    higher ups.

19    Q.    Who?

20    A.    One of the higher ups.

21    Q.    How do you know one of the higher ups

22    was involved in that decision?

23    A.    Based on the conversation that I had.

24    Q.    With?

25    A.    With Jose.

1

2     Q.    What did Jose tell you?

3     A.    It comes from higher up, that's all.

4     Q.    Is that the lunch conversation?

5     A.    Yes.

6     Q.    And it's your recollection that's what

7     Jose said to you during that taped

8     conversation?

9     A.    I believe so.

10    Q.    When you say you believe so, do you

11    have a present recollection that he said

12    that?

13    A.    Yes.

14    Q.    Tell me each person who you believe

15    was involved in the decision to fire you.

16    A.    Please repeat it again.

17    Q.    Somebody had to make the decision to

18    fire you; correct?  It may have been one

19    person, it may have been several people;

20    correct?

21    A.    Correct.

22    Q.    So who, tell me each person that you

23    believe was involved in the decision to fire

24    you.

25    A.    I don't know the answer.

1

2      Q.    Tell me anybody that you know.

3      A.    I don't know.

4      Q.    Was Jared involved?

5      A.    I don't know.

6      Q.    Was Sarah involved?

7      A.    I don't know.

8      Q.    Was Jose involved?

9      A.    Probably, yes.

10     Q.    Probably, or you know he was involved?

11     A.    I don't know.

12     Q.    Was Guillermo involved?

13     A.    I don't know.

14     Q.    Do you believe that Jose, when he told

15     you the reason that you were being

16     terminated, do you believe he was lying to

17     you?

18     A.    He was being dishonest, yes.

19     Q.    So you have other experiences with

20     Jose where he had been dishonest with you?

21     A.    We never had a issue.

22     Q.    Does that mean you don't have any

23     other instances where you think he was being

24     dishonest with you?

25     A.    I was a loyal employee; he was a good

[Page 32]

1

2      manager.

3      Q.    That's not what I asked about.

4           Do you believe that Jose, other than

5      this one time, had ever been dishonest with

6      you?

7      A.    I never had an issue to find out if he

8      was dishonest or not.

9      Q.    What is it that he said that was

10     dishonest?

11     A.    To let me go.

12     Q.    What statement did he make that was

13     dishonest?

14     A.    I don't have a answer.

15     Q.    All right.  And do you recall telling

16     Mr. Garcia at that taped conversation that

17     he was like -- that he and Guillermo were

18     like brothers to you, like family?

19     A.    Yes.  I have -- as I say, I have a lot

20     of respect for both of them.

21     Q.    But you think that Jose lied to you

22     during this conversation, but you can't tell

23     me about what he lied; correct?

24     A.    Correct.

25     Q.    Okay.  Do you know if anybody was

1

2      hired or brought on by GID to replace you on

3      that project?

4      A.    I don't know.

5      Q.    Well, based on your experience working

6      on the project, could that project have been

7      executed under its then current statement of

8      work without you being there?

9      A.    I have done many projects for them.

10     Some of the projects, yes, because I show

11     them.

12     Q.    That was a poor question.

13           You were working on a project for GE;

14     right?

15     A.    I work on many projects for GE.

16     Q.    I'm just talking about the one you

17     were working on when you were terminated by

18     GID.

19           You were on a project; correct?

20     A.    Not one project.  I work on many

21     different project for them.

22     Q.    I want to talk about the incident that

23     you believe lead to your termination.

24           As I understand it, your claim is that

25     someone at GE said something insensitive to

1

2      you regarding your citizenship status; is

3      that right?

4      A.     Regarding my nationality.

5      Q.     Nationality, okay.

6             This is very important that you tell

7      me, as best you can, everything that you

8      recall being said by the people involved in

9      that incident, okay?

10            So start from the very beginning about

11     what prompted -- how that incident started,

12     as best you can recall, everything that

13     everybody said.

14     A.     Miss Sarah Hill, we talk about, you

15     know, sitting on the desk gaining weight.

16     Q.     Who was talking about that?

17     A.     Me, Joe, Jake, three of us.

18     Q.     And did they make comments about

19     getting fat sitting at their desk?

20     A.     They always talk about that one.

21     Q.     I'm talking about this incident.

22     A.     I think so.

23     Q.     You think so.  Do you recall one way

24     or the other?

25     A.     I don't memorize every word.

1

2     Q.    I don't expect you to, but I want to

3     know if you remember what they said, they

4     said in particular about getting fat or

5     gaining weight in that incident.

6           What did they say?

7     A.    I don't remember.

8     Q.    Okay.  What did you say?

9     A.    I said, Well, if we're sitting in a

10    chair, you know, we're not moving, that's

11    why we are gaining weight.

12    Q.    You said we are gaining weight or they

13    were gaining weight?

14    A.    We are.

15    Q.    So you included yourself?

16    A.    Yes.

17    Q.    And is that the best recollection you

18    have of what you said, exactly what you

19    said, as best you recall it?

20    A.    Yes.

21    Q.    And what was said next?

22    A.    Then Sarah start screaming, raising

23    her voice.

24    Q.    We can get to the tone, but I want to

25    know what words that she said.

1

2      A.    She said, In this country we don't

3      talk like that.  It is very common maybe in

4      your country and that people are

5      uncivilized, maybe that's how you guys learn

6      grow up, maybe that's the way you grow up

7      and that's how you talk like that.

8      Q.    That's your recollection of what Sarah

9      Hill said?

10     A.    (Witness shook head in response.)

11     Q.    Did she say anything about people in

12     the U.S. being sensitive about their weight?

13     A.    Yes, she did say that.

14     Q.    So tell me what you recall about that

15     that she said.

16     A.    That she said people in the U.S. are

17     sensitive.  I don't remember every word.  I

18     don't remember.

19     Q.    Just the words that you remember.

20     Best you can.  Very important.

21     A.    What I remember what she told me that,

22     you know, in, you know, in this country, in

23     this country we don't talk like that, maybe

24     in your country they do, and maybe that's

25     the way you grow up, and people there are

1

2      uncivilized.

3            And that's where I got upset.  That's

4      when I got upset.

5      Q.    What did she say about U.S -- people

6      in the U.S. being sensitive about their

7      weight?

8      A.    I don't remember.

9      Q.    Do you remember her saying anything

10     about people in the U.S. being sensitive

11     about their weight?  Because two minutes ago

12     you told me that you recall she said that.

13     A.    I don't remember.  I don't remember.

14     Q.    Okay.  Do you recall that you went to

15     the EEOC and filled out a complaint?

16     A.    My lawyer did.

17     Q.    And when you filed that EEOC

18     complaint, do you recall whether you said in

19     that complaint that you had said what you

20     said about you getting fat?

21           Did you include that in your EEOC

22     complaint?

23     A.    Yes.

24     Q.    Have you looked at your EEOC complaint

25     recently?

[Page 38]

1

2     A.    No.

3     Q.    And in the complaint in this action it

4     says nothing about you having said what you

5     said first.

6           Do you recall whether it's in your

7     complaint that you first said you're all

8     getting fat, including yourself?

9                 MR. VALLAS:  Objection to

10                form.

11    A.    I said, We're all gaining weight, yes.

12    Q.    But did you put that in your complaint

13    in this action?  Do you know?  Do you

14    recall?

15    A.    I don't remember.

16    Q.    Okay.  And when you were reporting

17    what happened to the EEOC, you were doing

18    your absolute best to tell all the facts

19    relevant to your complaint; correct?

20    A.    Yes.

21    Q.    And you signed that complaint, you

22    understand that you signed it under penalty

23    of perjury?

24    A.    Yes.

25    Q.    In your experience, are people in the

1

2        U.S. sensitive about their weight?

3        A.    I'm a U.S. person, too.  I'm a U.S.

4        citizen.  I am one of you.

5        Q.    Okay.  I didn't say otherwise.

6              I'm asking you, in your experience,

7        are people here sensitive about their

8        weight?

9        A.    I think everybody's sensitive about

10       their weight.

11       Q.    It's a universal issue; right?

12       A.    It's a universal issue.

13       Q.    So if you know it's a universal issue,

14       why would you say that to people you work

15       next to?

16                   MR. VALLAS:  Objection.

17       A.    Because we did walk together.  We

18       jake -- joke.  We walk lunchtime.  We talk

19       about different stuff and, you know, the

20       weight it wasn't for them, it was for me

21       too.

22       Q.    So you were just saying to them that

23       they were gaining weight for your own

24       benefit?

25       A.    I said we, we.  We are gaining weight.

[Page 40]

1

2      Q.   Were you gaining weight at the time?

3      A.   Yes.

4      Q.   And if Joe or Jake said Hey, you know,

5      you really look like you're getting fat,

6      would that have hurt you?

7                MR. VALLAS:  Objection.

8      A.   Of course it will hurt.

9      Q.   So would you expect that if you said

10     it to other people it would hurt those other

11     people?

12     A.   I didn't say it to one individual.  I

13     said we.

14     Q.   But you're talking with Joe and Jake;

15     right?

16     A.   Us.  Us.  All three of us.

17     Q.   So you said all three of us are

18     getting fat; right?

19     A.   Yes.

20               MR. VALLAS:  Objection.

21  BY MR. EBERT:

22     Q.   I'm sorry?

23     A.   Yes.  We are.  We are.

24     Q.   Would you expect if you said, We are

25     getting fat, that that would hurt them or

[Page 41]

1

2          that would be unpleasant for them to hear

3          from you?

4                    MR. VALLAS:  Objection.

5          A.    That wasn't about hurting anybody.

6          Q.    But could you imagine that by saying

7          that to somebody, and weight sensitivity

8          now, as you said, it's universal around the

9          world, and if you said to somebody, You're

10         getting fat, would you expect that person to

11         be hurt by that or feel like you had said

12         something inappropriate?

13                    MR. VALLAS:  Objection.

14         A.    I never said the person is getting

15         fat.

16         Q.    What did you say?

17         A.    I said, We are gaining weight.

18         Q.    We are gaining weight.  Okay.

19                    So would you expect that if you say to

20         somebody, We are gaining weight, that they

21         may be hurt by that?

22         A.    No.

23         Q.    Would you be hurt by that if I said

24         that to you?

25         A.    I watch my diet.  I would do more

[Page 42]

1

2       exercise.

3       Q.    Right.  But if I said that to you,

4       would that be hurtful to you?

5       A.    I don't know.

6       Q.    Has anybody ever told you that you

7       look fat or you're gaining weight?

8       A.    I heard a lot.

9       Q.    Did anybody ever say that to you?

10      A.    Yes.

11      Q.    Who said that to you?

12      A.    At work?

13      Q.    Anywhere.

14      A.    My son would tell me, Mom, you're

15      gaining weight.

16      Q.    Did it hurt you when he said that?

17      A.    No, because I know they were talking

18      about my health.

19      Q.    Anybody else say that you were gaining

20      weight?

21      A.    Some friend.

22      Q.    And how did that feel to you?

23      A.    We try to work together, walk

24      together, jog together.

25      Q.    But did you feel good about her

[Page 43]

1

2      telling you that she thought you were

3      gaining weight?

4      A.    They were my friend.  They were honest

5      to me.

6      Q.    But did you feel good about hearing

7      that?

8      A.    It didn't make me sad.

9      Q.    What did it make you feel like?

10      A.    I felt like I got to watch myself.

11      Q.    If George came in here and said, Hey,

12      David, you know, you look like you gained

13      weight since I saw you a couple of weeks

14      ago, would you expect me to be hurt by that?

15      A.    I don't know.

16      Q.    What's your expectation?

17      A.    I don't have an expectation.

18              MR. VALLAS:  Objection.

19  BY MR. EBERT:

20      Q.    In your general experience of living,

21      you can't tell me if you told somebody that

22      they're fat whether that might make that

23      person feel uncomfortable or hurt?

24              MR. VALLAS:  Objection.

25

[Page 44]

1

2    BY MR. EBERT:

3        Q.    That's not something you can testify

4        to?

5        A.    I don't tell people they're fat.

6        Q.    I know.  I know.  Why don't you tell

7        them they're fat?

8        A.    Because it's none of my business.

9        Q.    Right.  So if it was none of your

10       business, why did you say that to Joe and

11       Jake?

12               MR. VALLAS:  Objection.  She

13               already testified she didn't

14               say they were getting fat.

15   BY MR. EBERT:

16       Q.    They were gaining weight.

17       A.    I said we.

18       Q.    Why did you say that to them?  Why

19       didn't you just say, Hey, I'm gaining

20       weight?

21       A.    I said, We are gaining weight.

22       Q.    Why?

23       A.    We were just talking.

24       Q.    Okay.  Is that something you usually

25       say in general conversation just talking,

[Page 45]

1

2          you say, Hey, you're gaining weight.  Is

3          that a common thing for you to say?

4          A.    We were friend.  We were talking.

5          Q.    They were people you work with;

6          correct?

7          A.    We work, yes, together.

8          Q.    Do you think it was appropriate for

9          you to say we're gaining weight?  Was that

10         an appropriate thing to say in a workplace?

11                   MR. VALLAS:  Objection.

12         Q.    Can't we agree that that was an

13         inappropriate thing for you to say in a

14         workplace?

15                   MR. VALLAS:  Objection.

16         A.    We were talking.

17         Q.    That's not the question.

18               Can you and I agree that what you said

19         to them --

20         A.    No comment.

21         Q.    -- is that we are all gaining weight,

22         that was an inappropriate remark for one

23         worker to say to a co-worker, would you

24         agree with me on that?

25         A.    I did not make a remark to one person.

1

2          I said we.

3          Q.    I want to know whether you agree or

4          don't agree.  Was that an inappropriate

5          thing for you to say to people you work

6          with?

7          A.    I don't have a comment.

8          Q.    Okay.  So you said the remark and then

9          Sarah Hill said what she said, which you

10         testified about.

11              Can you tell me once more, best you

12         can, what she said, what Sarah said?

13              You're suing my clients for a lot of

14         money.  This is very, very important that

15         you get this right, or you get this

16         accurately.

17         A.    From what I remember, Sarah said, In

18         this country, we don't talk like that.

19         Maybe it is, you know, in your country, you

20         know --

21         Q.    I'm sorry?

22         A.    She said, In this country we don't

23         talk like that.  Maybe in your country the

24         people talk like that.  You are uncivilized.

25              And that's where I got upset.

[Page 47]

1

2      Q.    And that's everything you recall her

3      saying?

4      A.    That's what I remember.

5      Q.    And what did you say to her in

6      response; if anything?

7      A.    I told her, you know, What my

8      nationality had to do with that?  If my

9      nationality affect her that way I will

10     gladly resign.

11     Q.    Was it untrue that people generally

12     don't talk about each other's weight?

13              MR. VALLAS:  Objection.

14  BY MR. EBERT:

15     Q.    Particularly with co-workers.  Wasn't

16     that a true statement?

17     A.    They told me the same thing.  We never

18     made a big deal over that issue.  We

19     talked --

20     Q.    But I'm asking you a different

21     question.

22              MR. EBERT:  Can you read back

23          the question, please?

24          (At which time, the following

25          portion of testimony was read back

[Page 48]

1

2                by the stenographer:

3                   QUESTION:  Was it untrue that

4                people generally don't talk about

5                each other's weight?

6                Particularly with co-workers.

7                Wasn't that a true statement?

8                   MR. VALLAS:  Objection to the

9                extent it mischaracterizes the

10                witness' earlier testimony

11                about what was said.

12   BY MR. EBERT:

13      Q.   Can you respond to the question?

14      A.   No comment.

15      Q.   What does "no comment" mean?

16                   MR. VALLAS:  Can we take a

17                quick break?

18                   MR. EBERT:  Sure.

19                   (Recess held from 3:04 P.M. until

20                3:09 P.M. )

21                   MR. VALLAS:  I believe

22                there's a pending question.

23                   MR. EBERT:  She said "no

24                comment."

25                   MR. VALLAS:  Okay.

[Page 49]

1

2   BY MR. EBERT:

3       Q.    You've worked many different places

4       for a long period of time; correct?

5             You've been working approximately how

6       many years of your life?

7       A.    I've been working a long time.

8       Q.    Okay.  And in your experience working

9       all those years, do you find that co-workers

10      generally stand outside cubicles and make

11      comments to each other about gaining weight?

12      Is that something you've come across a lot

13      in your work experience?

14                  MR. VALLAS:  Objection.

15      A.    Yes.

16      Q.    Tell me other instances where that's

17      happened, in your experience.

18      A.    It happened at some of us would be

19      standing together.  You talk about, you

20      know, weight, they talk about their health,

21      we talk about our health, how to lose

22      weight, to keep ourselves healthy, to cut

23      down on French fries, fattening stuff,

24      eating those things.

25      Q.    Just one example where somebody said

[Page 50]

1

2      to another co-worker, You're gaining weight,

3      or, You're getting fat; do you recall any

4      instances like that?

5      A.    Yes.

6      Q.    Tell me about it.  Tell me one example

7      of that.

8            Who was there?  Where was it?  Where

9      were you?

10     A.    The simple example when I work at

11     Shenandoah School District.

12     Q.    You were a teacher?

13     A.    Yes.  I teached [sic] the computer

14     lab.

15     Q.    And what happened?

16     A.    One of the, you know, that come in one

17     of the teacher say that to another and, you

18     know, they said we could, you know, we could

19     give each other walk together to lose weight

20     because the person had a health issue.

21     Telling them, you know, Look, you got to

22     watch it, you know, gaining weight.  Start

23     certain thing to, you know.

24     Q.    How long ago that was?

25     A.    About 10 years, 11 years ago.

1

2    Q.   Were there any other experiences where

3    you had one co-worker say to another, You're

4    gaining weight, or, You're getting fat?

5    A.   About three years ago when I worked at

6    generator.

7    Q.   What happened?

8    A.   Nothing.  Same thing, you know.

9    Q.   Who was there?

10    A.   Some of the -- some of the co-worker.

11    Q.   Do you remember any names?

12    A.   Just the co-worker.

13    Q.   Do you remember a name?

14    A.   I am not very good with names.

15    Q.   So you don't remember the name?

16    A.   I know them by faces.

17    Q.   Okay.  Do you remember where it was?

18    A.   We were standing, you know, like a

19    bunch of us talking to each other and, you

20    know.

21    Q.   And what was said?

22    A.   The same thing, that you're gaining

23    weight, you know.

24    Q.   And how did the person who heard

25    somebody tell him or her that they were

1

2      gaining weight react to that?

3      A.    As a friend we care about each other

4      and it really didn't affect us that way, you

5      know.  We thought we're helping each other

6      to lose weight.

7      Q.    Do you believe Sarah is a racist;

8      Sarah Hill?

9      A.    I don't know.

10     Q.    Do you believe she's prejudice against

11     any particular nationality, background,

12     color, religion?

13           Is that your experience with her?

14     A.    I don't know.

15     Q.    You and she had done some personal

16     things together; correct?

17     A.    I invite her.  When I had a Christmas

18     party I invite her, her sister, her

19     boyfriend over for dinner.

20     Q.    Right.  At the time you invited them,

21     you didn't think she was a racist or

22     prejudice; correct?

23              MR. VALLAS:  Objection.

24     A.    I don't -- I don't have my mind set up

25     like people are prejudice or racist because

1

2        I look at myself as one of you.

3        Q.    As do I.  But I don't know what that

4        has to do with anything.

5        A.    When I look at myself, I am U.S.

6        citizen.  I am American.  Why would I think

7        anybody would be prejudice against me?

8        Q.    Okay.  Any other personal things that

9        you did with Sarah?

10       A.    We went -- you know, one time all the

11       whole group we went out for a drink.

12       Q.    Those are the only two things you

13       remember?

14       A.    Maybe one time four of us went to

15       lunch.

16       Q.    Did she express concern about any

17       events in your life?

18       A.    Like what?

19       Q.    I don't know.  Like anything.

20            Do you recall her expressing anything

21       expressing concern about you or expressing

22       concern about something that was happening

23       in your life?

24       A.    Yes, she did.  One time.

25       Q.    Why don't you tell me about that.

[Page 54]

1

2      A.    My mother fell down.   She went in a

3      coma.

4      Q.    And what was Sarah's --

5      A.    And I had an e-mail from my sister

6      telling me that she was in a coma, she was

7      in the hospital and I was emotional.

8      Q.    And what did Sarah do in response?

9      A.    She said, I'm sorry.  Go for it.  I'll

10     send an e-mail to Pete Nelli and Kathleen

11     Bokan.

12     Q.    Pete Nelli and who was the other?

13     A.    Kathleen Bokan.

14     Q.    Okay.  I think you said something

15     about after Sarah said this to you, you said

16     something about resigning?

17     A.    Yes.

18     Q.    What did you say?

19     A.    I said if my nationality affects you

20     so bad, I will gladly resign.

21     Q.    Why did you say that?

22     A.    You were not born in another country.

23     I was.

24     Q.    How do you know where I was born?

25              MR. VALLAS:  Do you want to

[Page 55]

1

2          take a break?

3              THE WITNESS:  Yes.

4              MR. VALLAS:  Let's take just

5          five minutes.

6              (Recess held from 3:16 P.M. until

7          3:17 P.M. )

8              MR. VALLAS:  Not sure if

9          there was a pending question or

10         not.

11             MR. EBERT:  I asked how the

12         witness knows where I was born

13         or in what country I was born.

14             MR. VALLAS:  Are you ready to

15         go?

16    A.   You don't have accent.  I do.

17    Q.   And that's the only reason you think I

18    was born in this country?

19    A.   I don't know where you were born.

20    Q.   Correct.

21    A.   You know, but based on you don't have

22    an accent, I do.  That's all I could...

23    Q.   So you assume anyone who doesn't have

24    an accent was born in this country?

25             MR. VALLAS:  Objection.

1

2      A.    I don't know.

3      Q.    But I'm still not clear why you said

4      to Sarah you will gladly resign?

5      A.    When someone insult me or tell me that

6      they're, you know, in your country where

7      you're born, you know, in your country

8      they -- they --

9            When somebody make the kind of comment

10     she did, I'm assuming they are -- my

11     nationality can affect them so bad that they

12     do make these kind of comments.

13     Q.    But why would you agree to resign just

14     because of something she said?

15     A.    The way it was said.  The way it was

16     said.

17     Q.    Why would you agree to resign in

18     response to that?

19     A.    Why would I want to work someplace

20     that people hate me because of my

21     nationality?

22     Q.    Who do you believe hated you because

23     of your nationality?

24     A.    When people make this type of comment,

25     you know, they basically giving their true

1

2      feeling.

3      Q.    Did you believe that Sarah hated you

4      because of your nationality?

5      A.    Yes.

6      Q.    When did she first come to hate you

7      because of your nationality?

8      A.    When people make this type of comment,

9      usually they will.

10     Q.    When you invited her to your home, did

11     she hate you because of your nationality?

12                  MR. VALLAS:  Objection.

13     A.    I never told anybody where I'm from

14     before.

15     Q.    Before when?

16     A.    Before this thing happened with -- you

17     know, before she came to my house.

18     Q.    Okay.  And then did you tell her where

19     you were from or where you were born when

20     she came to your house?

21     A.    The conversation came when my mother

22     went in a comma, when --

23           My father is an old man.  He's 91.  He

24     had Alzheimer and I had to go help him, and

25     that's when she find out.

[Page 58]

1

2       Q.    And when was that?

3       A.    I don't remember, recall exact date.

4       Q.    Do you remember a month or a year?

5       A.    Maybe a couple months, two, three

6       months after.  I don't recall it.  I cannot

7       give you exact date.

8       Q.    A year?

9       A.    I don't recall.  I don't remember.

10      Q.    Was it before the dinner at your house

11      or after the dinner at your house?

12      A.    I don't remember.

13      Q.    You don't know which came first.

14            So whenever you said it, just what did

15      you say to Sarah about your nationality,

16      where you were born?  What did you say?

17      A.    I don't talk about where I'm born,

18      what my nationality.  In general, when

19      people ask me where I'm from, I will say

20      Clifton Park.

21      Q.    Okay.  But you believe Sarah came to

22      hate you because of your nationality; right?

23      A.    Yes.

24      Q.    Okay.  I want to know when you told

25      her your nationality.

1

2    A.    I don't recall the date.

3    Q.    And as soon as you said that, did she

4    say something or do something to make you

5    believe she hated you because of your

6    nationality?

7    A.    I don't think so.  I don't know.

8    Q.    So what makes you think she hated you

9    based on your nationality?  I'm not

10   understanding that.

11   A.    I don't know.  I don't have answer for

12   that.

13   Q.    Okay.  After this incident happened --

14         I'm sorry.  So you said to Sarah, I'll

15   resign, whatever the words were, I'm not

16   pretending to quote you.  But after you said

17   that, what happened next with respect to

18   this incident?

19   A.    I went to see Pete Nelli and Kathleen

20   Bokan.

21   Q.    Immediately after you said you would

22   resign you went to them?

23   A.    Immediately, yes.

24   Q.    And what did you say to them?

25   A.    They weren't in their cube.

[Page 60]

1

2      Q.    So what did you do after you went to

3      their cube and found they weren't there?

4      A.    I came back.

5      Q.    Came back where?

6      A.    To my cube.

7      Q.    And did what or said what?

8      A.    And I went talk to Jake.

9      Q.    Who is Jake?

10     A.    Jake Tefft.  He worked for GID Group.

11           And I told him I'm thinking about

12     resigning.

13           He told me to go home, just you know,

14     relax, we'll talk about it later.  Just

15     don't do anything, and I left.

16     Q.    What did you tell him?

17     A.    He was there.  He saw everything.

18     Q.    Did you say anything about what had

19     happened?

20     A.    He was there.

21     Q.    I understand.  But did you say

22     anything to him about what had happened?

23     A.    I don't understand your question.

24     Q.    Okay.  So you went there, they weren't

25     at their cubicles, and then you went

[Page 61]

1

2      straight home?

3      A.    I went, talked with Jake.

4      Q.    I'm sorry, you talked to Jake, and

5      then you went straight home?

6      A.    He told me to go home.  I went home,

7      yes.

8      Q.    What time of day was that?

9      A.    Approximately 4:30.

10     Q.    And the next day you weren't scheduled

11     to work; correct?

12     A.    Correct.

13     Q.    So you obviously didn't work that day.

14           On that day after this happened, did

15     you make any notes to yourself about what

16     had happened?

17     A.    I told my husband.

18     Q.    Did you make any written notes about

19     what had happened?

20     A.    No.

21     Q.    And what did you tell your husband?

22     A.    Everything happened.

23     Q.    Tell me what you told him.

24     A.    Exactly what I told you, about Sarah

25     said to me, what was that conversation, what

[Page 62]

1

2      Sarah told me and I tried to go talk to Pete

3      Nelli and Kathleen Bokan.  They weren't

4      there.  Talked to Jake, and he told me to go

5      home, relax, and we'll talk about it later.

6      Q.    Okay.  Do you recall looking at Sarah

7      while this was happening and asking her if

8      you had said anything wrong?

9      A.    No.

10     Q.    Okay.  So what happens next with

11     regard to your employment at GID?

12     A.    Repeat it again.

13     Q.    What happened next regarding your

14     employment?

15           Did you go back to work on Monday?

16     A.    Yes.

17     Q.    What happened on Monday relating to

18     this incident?

19     A.    Jake and Tom was waiting for me when I

20     got there.

21     Q.    Yes?

22     A.    They said they're going to have a

23     meeting.

24     Q.    Yes?

25           And did they say what it would be

1

2      about?

3      A.    About the incident what happened.

4      Q.    Is that all they said, We're going to

5      have a meeting?

6      A.    Yes.  They said, We're going to talk

7      about it.  They were really sincere.

8      Q.    Who was going to be at that meeting,

9      the three of you or just the two of them?

10     A.    Me, Jake and Tom.

11     Q.    So they said, We're going to have a

12     meeting.

13           Did you say, When are we going to have

14     a meeting?

15     A.    8:30 we went to the meeting room.

16     Q.    Okay.  And what happened in the

17     meeting room?

18     A.    They talk.  I think Tom told me that

19     they text or e-mailed Jose Garcia.  They

20     told him what happened, and they understand

21     the discrimination happened.

22           They told me Jose said, Soheila, I

23     will make it up to you and not to worry

24     about that, he's very sorry.

25           They told me I don't have to deal with

[Page 64]

1

2      Sarah.  I don't have to talk to her.  I

3      don't have to, you know, answer her

4      question.

5      Q.    You heard this or this is what Tom was

6      telling you Jose had said?

7      A.    That's what Tom told me Jose said.

8      Q.    So Tom told you Jose said he

9      understands that you had been discriminated

10     against?

11     A.    Yes.

12     Q.    Those were Tom's words?

13     A.    Yes.

14     Q.    What was the discrimination at that

15     point?

16         What had happened that was

17     discriminatory at that point?

18         Had you been fired by that point?  Had

19     anybody said you had been fired?

20              MR. VALLAS:  Objection to the

21              extent it's calling for a legal

22              conclusion.

23   BY MR. EBERT:

24     Q.    Had anybody told you at that point you

25     had been fired?

[Page 65]

1

2      A.    No.

3      Q.    So what was the act of discrimination?

4            MR. VALLAS:  Objection.  Same

5            grounds.

6      A.    My nationality.  People being stupid

7      in that country.

8      Q.    She said they were stupid?

9      A.    I'm sorry, uncivilized.  Not stupid,

10     uncivilized.

11     Q.    That was the discriminatory act?

12     A.    That's what they told me.  That's --

13     they told me they understand it and they

14     sympathize with me.

15     Q.    Who sympathized with you?

16     A.    That's what Tom told me, Tom and Jake.

17     They were both sitting at the desk.

18           I don't exactly remember

19     word-for-word, but it's the one thing I

20     remember, which calmed my down, actually.

21           Those are the conversations what they

22     said to me.

23     Q.    You said that they had told you that

24     somebody had texted or e-mailed Jose?

25     A.    They said they had text or e-mailed

1

2          Jose.

3          Q.    Did they say they talked to him or

4    they texted him or e-mailed him?

5          A.    I don't remember text or I cannot

6    recall that.

7          Q.    Okay.

8          A.    But I know they said, you know,

9    through text or e-mail, you know, one of

10   those, they talked with Jose.

11         Q.    And what day was that?  Just so I make

12   sure we're in the right place.

13         A.    The same day, Wednesday -- Thursday

14   afternoon, after I left.

15         Q.    So that was the day it happened?

16         A.    Yes.

17         Q.    Okay.  I got confused.  I thought this

18   happened the following week.

19                    MR. VALLAS:  Just as a point

20              of clarification, I believe the

21              witness is referring to when

22              she believes the two employees

23              talked to Jose, not when the

24              meeting happened.

25                    THE WITNESS:  Meeting

1

2          happened on Monday.

3     BY MR. EBERT:

4          Q.    And you believe those two employees

5          talked to Jose on when?  When?  The Thursday

6          when it happened?

7          A.    Yes.

8          Q.    And you said you met with them at

9          8:30 in the morning on Monday?

10         A.    Monday, yes.

11         Q.    Did you try to contact Jose over the

12         weekend?

13         A.    No.

14         Q.    Why not?

15         A.    I thought that thing going to blow

16         over and not be a big issue and I could --

17              I had this kind of thing happen so

18         many times in my life.

19              THE WITNESS:  I just need a

20              minute.

21              MR. VALLAS:  Would you like

22              to take a break.

23              THE WITNESS:  No.

24         A.    I had this kind of comment so many

25         time in my life I could let that go.

[Page 68]

1

2          MR. EBERT:  Can you read the

3              question, please?

4              (At which time, the following

5              portion of testimony was read back

6              by the stenographer:

7              QUESTION:  Did you try to contact

8              Jose over the weekend?

9              ANSWER:  No.

10             QUESTION:  Why not?)

11   BY MR. EBERT:

12     Q.    He was like family to you; right?

13     A.    Yes.

14     Q.    So why wouldn't you call somebody who

15     was like family to you over those three days

16     to talk to about what had happened?

17     A.    It doesn't feel good when somebody

18     pick on your nationality, and especially

19     when you're on top of the news at times.

20          Excuse me.  I have to take a couple

21     minutes' break.

22     Q.    Okay.  That's fine.

23             (Recess held from 3:30 P.M. until

24             3:34 P.M. )

25             MR. EBERT:  Read it back.

1

2                    (At which time, the following

3                    portion of testimony was read back

4                    by the stenographer:

5                     QUESTION:  So why wouldn't you

6                    call somebody who was like family to

7                    you over those three days to talk to

8                    about what had happened?

9                     ANSWER:  It doesn't feel good when

10                    somebody pick on your nationality,

11                    and especially when you're on top of

12                    the news at times.

13    BY MR. EBERT:

14        Q.   I agree with that, but why wouldn't

15    you call Jose over those three days to ask

16    him what was going on and what he knew, what

17    was going to happen with you or what was

18    going to happen with Sarah?

19            Why didn't you call him?

20        A.   I thought it was going to blow over

21    because I heard these type of comments

22    before.  It wasn't about nationality, it was

23    about my age, and I thought it would blow

24    over.

25        Q.   Wait a minute.  She made a comment

[Page 70]

1

2      before about your age?

3      A.    Yes.

4      Q.    What did she say?

5      A.    That I was too old.

6      Q.    And how did you feel about that?

7      A.    I let it go.

8      Q.    Did it hurt you when she said that?

9      A.    Did it hurt me?  No.  I think I earned

10     my age.  That doesn't mean I'm dead.

11     Q.    I agree with that.

12           Tell me about that incident.  When did

13     that happen?

14     A.    It happened many times about my age.

15     Q.    When?

16     A.    It happened many times.  I remember

17     Kathleen Bokan was standing there and I

18     don't know what was our conversation, and I

19     said, Well, I think this is the way we

20     should both do it.  You know, I cannot quote

21     exact word what we were talking about, but

22     then she turned around and said, very

23     seriously, Well, you're old.  You don't

24     understand.

25           And I looked at her.  I was shocked.

[Page 71]

1

2      And Kathleen just turned her face.  You

3      know, she just walked away.

4           And I just look at her.  I didn't know

5      what to say.

6           And I turned around, I said, Well, you

7      know, I earned my age, and I went back to my

8      desk.

9      Q.   How many times did that happen that

10     she remarked about your age?

11     A.   More than once.

12     Q.   How many times, many times?

13     A.   Many times.

14     Q.   What would she do, just walk up to you

15     and say you were old?  How would this come

16     up?

17     A.   Well, if I was talking to somebody or,

18     I mean, you know, would be maybe like I'm

19     talking to somebody or, certain thing will,

20     I don't know, some subject we would talk

21     about, Oh, you're too old.  You don't

22     understand.

23     Q.   Do you know how old Sarah is?

24     A.   I know I had a cake for her for her

25     35th birthday.  She should be around 37,

[Page 72]

1

2      I'm not sure.

3      Q.    So the three days go by, you come back

4      on Monday, have this meeting at 8:30 Monday

5      morning.  What happens after that meeting?

6      A.    That meeting they told me I don't have

7      to deal with her, don't have to work with

8      her, and, you know, then they told me, what

9      I said, they took me out to lunch.

10          They took me out to lunch and at

11     lunchtime we didn't talk about it, and the

12     only comment I made to them was, I don't

13     know how that's going to work, they said

14     okay, and that was it.

15     Q.    You said you don't know how it's going

16     to work being separated from Sarah?

17     A.    I said, you know, we work together.

18     How can that be possible we're sitting

19     across to each other not to be civilized to

20     each other, you know.

21     Q.    Did either one of them respond to

22     that?

23     A.    I don't remember.  I cannot recall.

24     Q.    So you went to lunch.  What happened

25     after lunch?

1

2     A.    Came back to work, sat down at my

3     desk, and my headache was really bad and I

4     finished the day and I went home.

5     Q.    Did you have any contact with Sarah?

6     A.    No.

7     Q.    But she sat -- she was there, sitting

8     right near you?

9     A.    Yes.  Like my desk is here, and her

10    cube was there.

11    Q.    Okay.  So you went home, and what do

12    you recall happening next regarding your

13    employment at GID?

14    A.    I get a lot -- I get migraine, you

15    know, when I go through a lot of headache --

16    stress I get migraine really bad.

17          The next day I call them and I left a

18    message for Jake that I won't be at work.

19    That was Tuesday.  Then Wednesday I went to

20    work.

21    Q.    The meeting was on Monday.  You called

22    in sick on Tuesday?

23    A.    Yes.

24    Q.    And then you went to work on

25    Wednesday?

[Page 74]

1

2      A.    Yes.

3      Q.    Was the migraine the only reason you

4      called in sick on Tuesday?

5      A.    Yes.  Because sometimes when I take

6      medicine it will make me drowsy.

7      Q.    Do you remember when you said in your

8      EEOC complaint about why you called in sick

9      on Tuesday?

10     A.    I don't know, no.

11     Q.    What happened?  So you went back on

12     Wednesday, and what happened on Wednesday?

13     A.    I started doing my work, and then I

14     get the e-mail from Jose Garcia.

15     Q.    Yes.

16     A.    He said, I just read the, you know, I

17     quickly look at it, basically, that

18     statement.

19          I think that's what it said, that, you

20     know, my job is terminated, he'll call me,

21     we will have a conference call.

22     Q.    And what happened next?

23     A.    I went talked to Pete Nelli and I

24     asked -- I asked Jake and Tom, What's going

25     on?

[Page 75]

```
 1
 2          They said they're not aware that they
 3     are letting me go.
 4          I went talk to Pete Nelli and Kathleen
 5     Bokan.
 6     Q.    Is Jake a GID employee or GE employee?
 7     A.    GID.
 8     Q.    So when you called in sick, you called
 9     a GID employee.
10          Did you call in sick to any GE
11     employee?
12     A.    Through GID they usually send -- you
13     know, pass the information.
14     Q.    I understand.  But the question was,
15     Did you call anybody or e-mail anybody at GE
16     to say you wouldn't be in that day?
17     A.    I called at GE to Jake.
18     Q.    Besides calling Jake, did you call
19     anybody else at GE?
20     A.    No.
21     Q.    All right.  So you got this e-mail,
22     and what did you do after getting the
23     e-mail?
24     A.    I went talked to Pete Nelli.
25     Q.    I'm sorry, yes, you went to Pete
```

[Page 76]

1

2      Nelli.

3           And what happened then?

4      A.    I asked him whether he was aware of

5      that they are letting me go.

6      Q.    And what did he say?

7      A.    No.

8      Q.    Did you believe him?

9      A.    Yes.

10     Q.    You believed that they didn't know, as

11     of that date, that you had been terminated;

12     right?

13     A.    Yes.

14     Q.    Anything else happen in that

15     conversation?

16     A.    They told me I should go talk to

17     Jared, and three of us walked to Jared's

18     office.

19     Q.    The three of you walked to Jared's

20     office.

21          Did they say why you should speak to

22     Jared?

23     A.    They wanted to know why, you know.

24     They wanted -- they said they didn't know,

25     they wanted -- you know, they said, Let's go

[Page 77]

1

2       find out what happened.

3       Q.    Okay.  So did you go to Jared's

4       office?

5       A.    Yes.

6       Q.    And what was said in Jared's office?

7       A.    I asked him if he knows about they

8       letting me go.

9            He told me he doesn't care.

10            I was upset.

11            He told me he doesn't care, it is not

12       his concern, and I'm not -- I'm not a GE

13       employee.  It doesn't matter what happens to

14       me.

15            I think I asked him, What about as a

16       human?  Don't you even think about when

17       something go wrong like that as a human you

18       don't care?

19            And he said, No, and I walk out of his

20       office.

21       Q.    You walked out of his office?

22       A.    (Witness shook head in response.)

23       Q.    Did he say that he knew you had been

24       terminated at that point?

25       A.    I don't remember.

[Page 78]

1

2      Q.    Was your impression that he knew --

3      A.    Yes.

4      Q.    -- as of that point that --

5      A.    Impression, yes.

6      Q.    I have to finish the question.

7            Was it your impression, at that point,

8      that Jared knew you had been terminated?

9      A.    Yes.

10     Q.    And what's the basis for that?

11     A.    Language; body language.

12     Q.    What body language did you observe

13     that made you think he knew?

14     A.    Just looking at him, his face

15     expression.

16     Q.    So by his face, the expression on his

17     face, you concluded that he knew that you

18     had been terminated; right?

19     A.    Yes.

20     Q.    Anything else?

21     A.    I think that day, actually, at

22     12 o'clock, 12:30 --

23     Q.    I'm sorry, you did what?  I missed

24     that.

25     A.    I think the same day something -- but,

[Page 79]

1

2      yes, by his face expression and the comment

3      he gave me.

4      Q.   The comment being he didn't care about

5      you, you weren't a GE employee, that

6      comment?

7      A.   Yes.

8           And it doesn't matter what happens to

9      me.

10     Q.   Was it true that you weren't a GE

11     employee?

12     A.   I worked for GE.  I had the cube at

13     the GE.  I had my e-mail there.  The way I

14     look at it, I am -- you know, maybe, you

15     know, like I'm doing all the GE's work, you

16     know.  My paycheck is not coming from GE,

17     but I'm working there.

18     Q.   So you thought you were a GE employee

19     because of where you were sitting and the

20     work you were doing; right?

21     A.   You have to believe in that to be able

22     to do the right job for them.

23     Q.   You have to believe that they're your

24     employer to do the right job for them?

25     A.   Yeah.  You know, you care about, you

1

2      know, where you work.  GID pays my check and

3      I work for them.

4             Pete Nelli was my GE manager and I

5      always talk to him, you know.  They were the

6      ones training me.

7      Q.    Why would GID pay your salary if you

8      were a GE employee?

9      A.    I don't know.

10     Q.    Did you ever ask that question of

11     Jose, Why are you paying me if I'm an

12     employee of GE?

13     A.    No.

14     Q.    Okay.  So what do you recall happening

15     next?

16     A.    Next I got back to my cube.

17            So they called and I asked him on the

18     phone, I said, You letting me go even after

19     I been discriminated with Sarah Hill.

20            And he said, Yes.  Pack your stuff,

21     leave your badge and go.

22     Q.    Who said that?

23     A.    Jose Garcia.

24     Q.    Okay.

25     A.    I hung up the phone, I packed my

1

2      stuff.

3            Jake and Tom walked with me outside,

4      they gave me a phone number for Jake -- for

5      Jose and I came home.

6      Q.    He gave you a phone number for Jose?

7      A.    Yes.

8      Q.    Didn't you have his office number?

9      A.    At work e-mail I had.  I had it in my

10     e-mail, but not with me.  Not in my cellular

11     phone, things like that.

12     Q.    Oh, so he gave you his cell phone

13     number?

14     A.    He gave me the number in Mexico.

15     Q.    Then you went home?

16     A.    I went home.

17     Q.    What happened next in regards to your

18     termination?

19     A.    I called.  I called Jose.

20     Q.    When?

21     A.    When I got home.

22     Q.    That same day?

23     A.    That same day.

24     Q.    Yes.

25     A.    I told him I'm very disappointed at

[Page 82]

1

2      him.

3      Q.     Right.

4      A.     I said, This is the second time GE has

5      done it to me.

6      Q.     Has done what to you?

7      A.     Discriminated me.

8      Q.     What was the first time?

9      A.     The first time?

10            Okay.  The first time happened at the

11     generator when I work at Building 273.

12     Q.     When was that?

13                   MR. VALLAS:  Would you like

14                to take a break?

15                   THE WITNESS:  Yes.

16                   MR. VALLAS:  Let's step

17                outside.

18                   THE WITNESS:  I'm okay.  I'm

19                okay.

20                   MR. VALLAS:  Are you sure?

21                   THE WITNESS:  Yes.

22     A.     I -- at that time I worked for Kevin

23     Layton.

24     Q.     When was that?

25     A.     A year before that.

1

2      Q.    A year before what?

3      A.    The one before I start working for GID

4      Group.

5      Q.    So what was the discrimination?

6      A.    One of the lady there, they -- she

7      moved from the steam to the generator and

8      the company went through the reorganization

9      and they brought these two people.  Some of

10     the people got changed, you know, they moved

11     the people around.  They brought the people

12     from the steam to the, you know, steam was

13     on the second floor, there was -- generator

14     was on the third floor.  They brought them

15     up.

16          I think the CEO, I think they called

17     them, CEO, I don't know, general manager for

18     that group.

19          And the lady, she was doing the work

20     on the budget.  I don't remember her name

21     either, and I can get it for you, but right

22     now I don't remember it.  We both work on

23     budget, you know.

24          And I did most of my work were for

25     Kevin Layton.  I did aftermarket for him and

1

2       all the reporting.  I did report for his

3       budget and, you know, like, whatever he

4       needed, and I did it for generator.

5            And when she came and Kevin wanted

6       thing to be done a specific way and I

7       understood what he want and I start doing it

8       what he wanted to be done, you know, the way

9       he asked me.

10           And this lady didn't like it, because

11      we would have a meeting.  It would be

12      difference between her budget.  It would be

13      like 5,000 or 5 million-dollar difference.

14           And Kevin would say, Well, I didn't

15      spend that much money.  And I would bring

16      the report and show them, okay, where the

17      money's going.

18           And she didn't like it, because she

19      thought I was challenging her.  And one day

20      she stop me, after, like, 4, 4:30, and she

21      really start coming after me, telling me

22      that I'm stupid, I have an accent, I don't

23      understand it.

24           If I don't follow her or listen to

25      what she says, being a contractor, you know,

1

2       she would let me go.  She have that kind of

3       power.  And she went on and on and on.

4              And I was very upset and I want to

5       talk to Tony Rye -- Ray (Phonetic Spelling).

6              You know, because by then it was six,

7       6:30, and I told Tony what happened.  I

8       said, Tony, you know, what am I supposed to

9       do?

10             He said, Let's calm down.

11             And then I came home and I called one

12      of my friend, Vickie, Vickie Chen, and her

13      husband is Joe Collin.  I called and I said,

14      Vickie, this is what this woman is doing.

15                   MR. VALLAS:  This is what

16                   this woman is doing.

17                   THE WITNESS:  Yes.

18      A.    And I, you know, I told Vickie what

19      happened to me.  And, you know, and she --

20      you know, Joe was coming back that night

21      from trip someplace.  Joe told Vickie what

22      happened.  That lady didn't have a good

23      reputation at generator.  My understanding

24      nobody could even talk to her because she

25      was very hard to talk to or communicate

[Page 86]

1

2      with.

3            And I think Joe stop, and they told me

4      Joe stop and talk to her manager, to that

5      lady's manager, and told her, This is not

6      correct.  This is not the way we treat

7      people and this is not the way -- you

8      shouldn't pick on her for her accent or

9      nationality or whatever.  This has got to

10     stop.

11           And then the next thing I knew that HR

12     got involved and, you know, the Granite got

13     involved.  They went through it, and I just

14     did my work.

15           And then after that they wanted me to

16     work for Mr. Poply (Phonetic Spelling) and I

17     said I wouldn't work for him and I had

18     started working for Kevin Layton and he

19     always been good to me and I just want to

20     keep it up.

21           And that went on and they were trying

22     to get me to work for Kevin Layton and I

23     know there were so many meetings they had

24     between HR and Granite, and I don't know

25     exactly what happened.

[Page 87]

1

2           But they told me, We have to let you

3      go and we'll get you back in three months,

4      and during that time when GID reach me.

5           And that was, you know, the first time

6      when it happened.

7      Q.    And what you just described you

8      believed constituted discrimination against

9      you based on your nationality?

10               MR. VALLAS:  Objection to the

11                  extent that it calls for a

12                  legal conclusion.

13     A.    (Witness shook head in response.)

14     Q.    Is that a yes?

15     A.    Yes.

16               MR. VALLAS:  Do you want to

17                  take break?

18               THE WITNESS:  I'm okay.

19   BY MR. EBERT:

20     Q.    You told me a little bit ago you

21     didn't tell anybody your nationality until

22     Sarah Hill came to your house.  Do you

23     recall saying that?

24     A.    Yes, that was --

25     Q.    How would they know your nationality

[Page 88]

1

2        if you hadn't told anybody your nationality?

3        A.    I had a couple of friend and my friend

4        knew about my nationality.

5        Q.    And you think they told the people who

6        discriminated against you?

7        A.    I don't know, but I have an accent,

8        too.   My accent go against me.

9             And Iran being top of the news, if

10       anybody know I'm Iranian you know, yes.

11       Q.    But do they know you're Iranian?

12       A.    I assume so.

13       Q.    What do you base that assumption on?

14       A.    I assume they do know.

15       Q.    You assume?

16       A.    When I fill out my application, they

17       ask me, you know, my birthplace or they ask

18       for paperwork to show -- I have to show them

19       my American passport, and American passport

20       say born in Iran.

21       Q.    And you think they looked back at your

22       paperwork to see where you were born?

23       A.    I don't know.  I don't know.

24       Q.    I want to go back to the conversation

25       with Jared for a second.

1

2          You said that he didn't care about

3      you, didn't like you?  Did he say he didn't

4      like you?

5      A.    Yes.  He said he doesn't like me, he

6      doesn't care about me.  Yes, he said that

7      exact words.

8      Q.    So if he said that and felt that way,

9      why do you think he didn't fire you earlier

10      if you think he had the power to fire you?

11      A.    He was new himself there.  Before him,

12      I worked -- you know, there was another lady

13      who had that position.

14      Q.    How long did you work with Jared?

15      A.    I don't remember exact number of the

16      month.  Actually, I was trying to think

17      about when he start that job.  I couldn't

18      remember it.

19      Q.    I want to go back to this employment

20      issue.

21          So tell me what entity employed you

22      while you were working on site at GE before

23      you got terminated?

24                MR. VALLAS:  Objection.  You

25                can answer.

[Page 90]

1

2     A.     Repeat it again.

3     Q.     When you were working on site at GE,

4     who was your employer?

5     A.     GID.

6     Q.     Okay.  What entity paid you for your

7     work on site at GE?

8     A.     GID.

9     Q.     Did you ever apply directly for a job

10    with GE?

11    A.     Probably.

12    Q.     When you say "probably," does that

13    mean you recall or you don't recall?

14    A.     I think I did, yes.

15    Q.     And was that while you were working at

16    GID?

17    A.     No.

18    Q.     When was that?

19    A.     Couple of years before that.

20    Q.     What did you apply for?  What position

21    did you apply for?

22    A.     I don't remember.

23    Q.     Did you interview with anybody at GE

24    before starting to work on site on this last

25    project you worked on before you were

[Page 91]

1

2          terminated?

3          A.    My first job I was at generator.

4                Tony Array (Phonetic Spelling), he is

5          the one from GE who interviewed me over the

6          phone.

7          Q.    That was a prior project; right?

8          A.    Yes.

9          Q.    For this project, did anybody

10         interview you at GE?

11         A.    No.

12         Q.    And who told you that you were going

13         to be working on GE's site for this last

14         project?  Who told you that?

15         A.    Jake.

16         Q.    Jake told you before Jose told you

17         that you were going to be working on site at

18         GE?

19         A.    Jake was my contact.  He was the one

20         who approached me for the job at GID.

21         Q.    I'm talking about the job when you

22         were on site at GE.

23                You were working at GE before you were

24         terminated.  That's what I'm talking about.

25                Who told you you were going to be

[Page 92]

1

2      working on that project for GE?  Jose,

3      right?  I'm just trying to get the --

4      A.    No, no.  Actually, Toni-Anne --

5      Toni-Anne was the one who tried to come up

6      with the job description and give me a bunch

7      of the list, and then Pete Nelli.

8      Q.    And they told you to report to work on

9      a certain day?

10     A.    That said report to the work was

11     Saturday.  That's when I got hired by GID.

12     You know, that's when, you know, and also

13     the GE people.  We tried to make the hours I

14     be there the time they need me.

15     Q.    Do you recall exchanging e-mails with

16     Jose in which he told you when to start

17     working at GE on site and what you would be

18     doing?

19          Do you recall e-mails back and forth

20     with him about that?

21     A.    I don't recall.

22     Q.    Okay.  Did you sign an employment

23     agreement with either GE or GID?

24     A.    Yes, I did with GE -- with GID.

25     Q.    Did you sign one with GE?

[Page 93]

1

2      A.    No.

3      Q.    Did you receive any sort of

4      orientation when you started on this project

5      with GE?

6      A.    Explain your question.  I don't know

7      what you're trying to ask me here.

8      Q.    Are you familiar with the word

9      "orientation --"

10     A.    Yes.

11     Q.    -- when you start a new job?

12     A.    Yes.

13     Q.    Did you have any sort of orientation

14     from GE when you started on site with GE?

15     A.    They didn't give me any orientation.

16     Q.    Do you know whether they give their

17     employees orientations generally?

18     A.    I don't know.  No, I don't know.

19     Q.    Were you required to respond to any GE

20     questionnaire before you started with GE?

21     A.    With GID Group when I --

22     Q.    No, with GE.

23     A.    With GE, you know, when I work on the

24     budget I had to take the test, some kind of

25     test they give you, and I had to pass that

1

2      one.

3      Q.    GE had the test?

4      A.    Yes.

5      Q.    And what was that test, do you recall?

6      A.    I don't remember it, but I did pass

7      it.

8      Q.    When did you take that test?

9      A.    The year before or nine months.  I

10     cannot give you exact date, but before I

11     start working for GID.  Last time I work on

12     the budget.

13     Q.    That's when you were with Granite?

14     A.    Yes.

15     Q.    Were you part of it?  Did you

16     participate in any GE benefits or retirement

17     programs?

18     A.    No.

19     Q.    Did you ever discuss your salary with

20     anyone at GE?

21     A.    No.

22     Q.    Do you know if anybody at GE knew your

23     salary?

24     A.    I think some people did.

25     Q.    Who?

1

2      A.    The co-workers.  Some of the

3      co-worker, they knew how much I make in an

4      hour.

5      Q.    How do you know they knew?

6      A.    Because they told me.

7      Q.    They told you what you were making?

8      A.    Yeah.

9      Q.    And these were GID people or GE

10     people?

11     A.    Well, GID people and GE people, they

12     were friends.  They tell each other, you

13     know, both.

14     Q.    Who said to you they knew what you

15     make, a GID person or a GE person?

16     A.    GID person told me that.

17     Q.    Okay.  Were you required to

18     participate in any GE training programs?

19     A.    I took some of the meeting with the

20     support central, you know, I work with.  I

21     was in those meetings.

22     Q.    Did you take any harassment or

23     discrimination training programs with GE

24     when you started to work on site?

25     A.    No.

1

2      Q.    Were you required to sign any pieces

3      of paper that were on GE letterhead or that

4      had "GE" on the head of the document?

5      A.    I don't remember.

6      Q.    Did you have to fill out any tax forms

7      for GID [sic] withholding?

8      A.    For GID?

9      Q.    For GE --

10     A.    No.

11     Q.    -- withholding taxes or anything like

12     that?

13     A.    No.

14     Q.    When you were going to take time off,

15     you would contact Jose, maybe Guillermo, but

16     nobody at GE; is that right?

17     A.    I would let the GE -- my GE manager

18     know.

19     Q.    Well, you sent e-mails to Jose and

20     Garcia where you were asking about taking

21     time off and you did not copy anybody at GE.

22          Are you aware of that?

23     A.    Yes.

24     Q.    Why didn't you copy anybody at GE?

25     A.    I will ask them to give me, you know,

1

2      let them know that I'm going to take the

3      time off and I will let my GE manager know

4      that I am taking those days.

5      Q.    Didn't you have to ask GE for

6      permission?

7      A.    I don't know.  I just ask Jose.

8      Q.    And you expected him to arrange with

9      GE for you to be out for certain periods;

10     right?

11     A.    I just ask.

12     Q.    But you didn't tell anybody at GE that

13     you wanted that time off; right?

14     A.    I usually used to let, you know, my

15     manager know that I'm going to take those

16     two week off.

17     Q.    In September of 2012, you wanted to

18     take September 26th through October 11th

19     off to get your parents back to Iran; is

20     that right?

21     A.    Correct.

22     Q.    Who did you tell that you wanted the

23     time off?

24     A.    My GE manager knew about it.

25     Q.    Who did you tell?

[Page 98]

1

2      A.    I told Jose.

3      Q.    Anybody else you told or recall

4      telling?

5      A.    I told, you know, Pete Nelli and

6      Kathleen Bokan.

7      Q.    You specifically recall, sitting here

8      today, telling them this?

9      A.    Yes.  I told them I'm going to be

10     taking them back.

11     Q.    When did you tell them this?

12     A.    We talk about it over the summer.  I

13     told them about it.

14           My father is 91, he have Alzheimer, he

15     have a lot of problem, but he want to die in

16     Iran and, you know, there's nobody to take

17     him.  They're too old to go by themself.

18           My mother had a stroke, and I had to

19     go to make sure they got there and get

20     somebody to drive them out.

21     Q.    Did you file personal tax returns for

22     2011 and 2012.

23     A.    My husband take care of it.

24     Q.    Do you know what your husband put down

25     for your employer for those two years?

[Page 99]

1

2      A.    I don't.  My husband take care of it.

3      He go through my stuff.  I don't know.  He

4      probably put GID, but I don't know.

5      Q.    Probably.  Why do you think he

6      probably put GID?

7      A.    Because my tax -- my paycheck is from

8      GID.

9      Q.    Have you spoken to anybody about the

10     events that form the basis of your claim,

11     other than your husband and your lawyers?

12     A.    My son knows.

13     Q.    Other than family members, anybody

14     else that you spoke to about this?

15     A.    Couple of my friend.

16     Q.    Which friends did you tell?

17     A.    Some of my friend.  Vickie knows about

18     it.

19     Q.    What's her name?

20     A.    Vickie.

21     Q.    What's her last name?

22     A.    Chen.

23     Q.    C-H-E-N?

24     A.    Yes.

25     Q.    Where does she live?

1

2     A.     She live in Rotterdam.

3     Q.     Rotterdam?

4     A.     Yes.

5     Q.     Who else did you tell?

6     A.     One of my neighbor.

7     Q.     Who is that?

8     A.     Dori Kuli (Phonetic Spelling).

9     Q.     Dori?

10    A.     Yes.

11    Q.     Do you know how to spell her last

12    name?

13    A.     K -- not exactly.  I think it's

14    K-U-L-I, something like that.

15    Q.     Anyone else you told?

16    A.     My sisters.

17    Q.     Anyone else other than family members?

18    A.     No.  I try to keep it low profile.

19    Q.     So why did you tell these two

20    neighbors?

21    A.     They're close friends.

22    Q.     Why did you tell them about this?

23    A.     I just need to talk.

24    Q.     You needed to talk?

25    A.     Yeah.

1

2      Q.    No other reason?

3      A.    Uh-huh.

4      Q.    You're claiming damages against my

5      clients.

6            Includes claims of emotional distress.

7      Are you aware of that?

8      A.    Yes.

9      Q.    And humiliation?

10     A.    Uh-huh.

11     Q.    Have you sought any professional help

12     for the humiliation you've felt or the

13     reactions you've had to this?

14           Have you seen a doctor?

15     A.    No, just my husband.

16     Q.    Why didn't you go to see a doctor?

17     A.    Because I don't want anybody to know

18     about my personal life.

19     Q.    Except your close friends that you

20     told about?

21     A.    Couple of my close friends and it was

22     on the -- some of my neighbors saw it

23     online.

24     Q.    They saw it online?

25     A.    Yeah.  I think in the New York Times

1

2       something like that they saw it, and they

3       actually stopped and told me about it.

4       Q.    They saw an article about this case in

5       the New York Times?

6       A.    Uh-huh.

7       Q.    Do you have that article?

8       A.    I think it's online.  If you --

9       Q.    Have you looked at that article?

10      A.    Yes.  After they told me, I do look at

11      it.

12      Q.    What is the article about?

13      A.    It's talk about some Judge Cohen and,

14      they, you know, something that that case

15      going to go on.

16      Q.    Your case?

17      A.    Yes.  Soheila Hexemer, is Iranian born

18      in Iran, you know.  I don't know exact word,

19      but, yes, I read it online.

20      Q.    Did you save a copy of that?

21      A.    It still is online.

22      Q.    Did you print out and save a copy of

23      it?

24      A.    No.

25      Q.    Did you tell anybody that this article

1

2      had appeared in the New York Times?

3      A.    They told me.  People told me.

4      Q.    I know.  But after you found out, did

5      you tell anybody else?

6      A.    No.

7      Q.    Do you know when you saw that article?

8      A.    Date?  No, I don't remember the date.

9      Q.    And you said you didn't want to go to

10     a doctor because you didn't want anybody to

11     know about your personal life?

12     A.    Uh-huh.

13     Q.    You're concerned about a doctor

14     knowing about what's happening in your

15     personal life?

16     A.    I'm a private person.  My husband is

17     the only one who knows.

18     Q.    You go to doctors I take it; right?

19     A.    I go to doctors very seldom, unless --

20     I go if I'm dying.  Otherwise, I try to just

21     do the some kind of walking, exercise,

22     anything I can to get myself, my mind, busy.

23     Q.    Do you take any medications?

24     A.    I take medicine for my headache.

25     Q.    Who prescribed that?

1

2      A.    My doctor prescribed that, my family

3      doctor, Dr. Bassamma (Phonetic Spelling),

4      and then I go to headache center because the

5      headache I get from time to time.

6      Q.    Right.

7      A.    And then, you know, a lot of time I

8      try to take Aleve to help the pain go away.

9      Q.    I'm focusing on the statement that you

10     don't want to tell doctors about your

11     personal life.

12          So you're feeling this humiliation,

13     this stress, this anxiety, and you decided

14     not to go to doctors because you don't want

15     to tell them about your personal life, is

16     that what happened?

17     A.    Yes.

18     Q.    Have you been looking for a job?

19     A.    Well, yes.  I start a part-time job

20     and I do go to school to Schenectady.

21     Q.    You have a part-time job now?

22     A.    I just started a few weeks ago.

23     Q.    That's great.  That's great.  What's

24     the job?

25     A.    Nothing to brag about.  I'm working as

1

2     a chef.

3     Q.    Good.  Okay.  So that's part time.

4     You go to school part time?

5     A.    I go to school full time.

6     Q.    Were you looking for a job between the

7     time you started this job and the time that

8     you were terminated by GID?

9     A.    Yes.  I look every day.  You know,

10    anything I see good I apply.

11    Q.    Where do you look for positions?

12    A.    I do it on Career Builder.

13    Q.    Career Builder?

14    A.    Yes.  I do it on Monster, a couple of

15    other one I do it.  I went to Department of

16    Labor.

17    Q.    Right.

18    A.    I did get my certificate on QuickBook

19    [sic].

20    Q.    Right.

21    A.    That's through the -- you know, the

22    Department of Labor set it up for me.

23          And I go through different website,

24    you know.

25    Q.    Are you still looking for a full-time

1

2      position?

3      A.    Yes.

4      Q.    And if you get a full-time position,

5      you'll leave the part-time position and stop

6      going to school?

7      A.    I will continue my school on a

8      part-time basis at night.

9      Q.    Okay.  You prepared résumés, of

10     course, while you were applying for work;

11     right?

12     A.    Yes.

13     Q.    Are you aware that on some of those

14     résumés you say that you stopped working for

15     GID in 2013?

16     A.    No, I don't remember.  I don't know.

17     Q.    Is there any reason that you would

18     have told people that you stopped working at

19     GE -- I'm sorry, GID in 2013?

20     A.    It must have been a typic [sic] error.

21     Q.    You're very careful about inputting

22     information; correct?

23     A.    Yes.

24     Q.    It's very unlikely you would have made

25     a typo like that; right?

1

2              MR. VALLAS:  Objection.

3     A.    It's very possible, you know, because

4     sometimes you type it in.  It must have been

5     typic error.

6     Q.    When you work on those manuals, isn't

7     that highly technical work?  You have to be

8     very careful about each thing that gets

9     entered?

10    A.    Mistake can happen.

11    Q.    So it's just a mistake?

12    A.    I'm human being, right.

13    Q.    So if I have a résumé that says you

14    left in 2013, that was just a mistake, a

15    typo?

16    A.    It has to be a mistake.  I didn't -- I

17    haven't looked at it, really.

18    Q.    Okay.

19              MR. EBERT:  Just let us take

20              a couple of minutes.  We'll be

21              right back.

22              MR. VALLAS:  Sure.

23              (Recess held from 4:10 P.M. until

24              4:17 P.M. )

25

1

2    BY MR. EBERT:

3        Q.    Just one follow-up thing.

4              You made reference a couple of times

5        in your deposition to GE managers.

6              What GE managers did you report to

7        while you work at GID on site at GE?  Who

8        were the different managers?

9        A.    Pete Nelli.

10       Q.    When did you report to him as your

11       manager?

12       A.    They had him and GE website, if you

13       look, they had him as my manager and then

14       also Toni-Anne.

15       Q.    Toni-Anne is a man or a woman?

16       A.    Woman.

17       Q.    There's a GE website that had you

18       listed?

19       A.    There is a -- there is a part on GE

20       that, like, if you click on it, it shows you

21       who you work with, which department you are

22       in.  And then if you go in the e-mail, you

23       click on the name you can find out which

24       department, which building, who is the

25       manager.

1

2      Q.    Did you have any other managers?

3      A.    For GID, you know, Pete Nelli.

4      Q.    As your manager, what interaction did

5      you have with him from a manager

6      perspective?

7      A.    You know, we supposed to meet once a

8      month, and then we go through all the work I

9      did.  I think Jake was in it, too.

10           We would have a conference call and

11      they would have it write down on an Excel

12      sheet, you know, all the work you

13      accomplished.

14      Q.    Anything else as your manager he did?

15      A.    Some of my work I did I bring it up to

16      him, ask him question, and he tell me what

17      he wanted me to get done.

18      Q.    Did he ever identify himself as your

19      manager?

20      A.    On the GE side he was my manager.

21      Q.    But to you; did he ever identify

22      himself to you as your GE manager?

23      A.    We never -- you know, it never -- we

24      never talk about any of this stuff.

25      Q.    How about Toni-Anne, did she ever

1

2        identify herself to you as your GE manager?

3        A.    We never talk about this stuff.

4        Q.    And Toni-Anne was your manager when

5        you were working for Granite; is that right?

6        A.    No.  When I start working at GID,

7        Toni-Anne had the job before Janet Miller.

8        Q.    When was Toni-Anne your GE manager?

9        A.    I guess when I start working.  I don't

10       know exactly.  I don't know exact time.

11       Q.    Approximately a year?

12       A.    I don't know that.

13                 MR. EBERT:  Okay.  I have

14             nothing further.

15                 MR. VALLAS:  Just give me two

16             seconds.

17                 (At which time, there was a brief

18             pause in the proceedings.)

19                 MR. VALLAS:  I don't have any

20             follow-up.

21                 MR. EBERT:  Okay.

22                     * * * * *

23                 (Whereupon, the examination of

24             SOHEILA HEXEMER in the

25       above-entitled matter concluded at 4:20 p.m.)

[Page 111]

1

2              This is the Deposition of

3                  SOHEILA HEXEMER

4    taken in the matter, on the date, and at the

5    time and place set out on the title page hereof.

6

7   It was requested that the deposition be taken by

8      the reporter and that same be reduced to

9                  typewritten form.

10

11    It was agreed by and between counsel and the

12   parties that the Deponent will read and sign the

13              transcript of said deposition.

14

15

16

17

18

19

20

21

22

23

24

25

1

2            DEPONENT'S  CERTIFICATE

3       STATE OF_____:

4       COUNTY/CITY OF_____:

5            Before me, this day, personally appeared

6    SOHEILA HEXEMER, who, being duly sworn, states

7    that the foregoing transcript of his/her

8    Deposition, taken in the matter, on the date, and

9    at the time and place set out on the title page

10   hereof, constitutes a true and accurate transcript

11   of said deposition.

12

13            _____

14                 SOHEILA HEXEMER

15

16

17

18       Signed and subscribed to before me

19       this____day of_____,20___.

         _____

20

         NOTARY PUBLIC, STATE OF NEW YORK

21

22

23

24

25

1

2                    DEPOSITION ERRATA SHEET

3      Page No._____Line No.____Change to:_____

4      _____

5      Reason for change:_____

       Page No._____Line No.____Change to:_____

6

       _____

7

       Reason for change:_____

8      Page No._____Line No.____Change to:_____

9      _____

10     Reason for change:_____

       Page No._____Line No.____Change to:_____

11

       _____

12

       Reason for change:_____

13     Page No._____Line No.____Change to:_____

14     _____

15     Reason for change:_____

       Page No._____Line No.____Change to:_____

16

       _____

17

       Reason for change:_____

18     Page No._____Line No.____Change to:_____

19     _____

20     Reason for change:_____

21

       SIGNATURE:_____DATE:_____

22             SOHEILA HEXEMER

23

24

25

[Page 114]

1

2                REPORTER'S CERTIFICATION

3

4           I, ROBERTA-ANNE SCHMITT, a Court

5    Reporter and Notary Public certified in and for

6    the State of New York, do hereby certify that I

7    recorded stenographically the proceedings herein

8    at the time and place noted in the heading hereof,

9    and that the foregoing transcript is true and

10   accurate to the best of my knowledge, skill and

11   ability.

12           IN WITNESS WHEREOF, I have hereunto set

13   my hand.

14

15        _____

16              ROBERTA-ANNE SCHMITT

17

18

19

20

21

22

23

24

25

**A**

**ability** 114:11
**able** 9:17 79:21
**above-entitled** 110:25
**absolute** 38:18
**accent** 55:16,22,24 84:22
86:8 88:7,8
**accomplish** 6:3
**accomplished** 109:13
**accurate** 16:10 112:10
114:10
**accurately** 46:16
**act** 65:3,11
**action** 26:4,5 38:3,13
**affect** 47:9 52:4 56:11
**affirmed** 5:12
**aftermarket** 83:25
**afternoon** 66:14
**age** 69:23 70:2,10,14 71:7,10
**ago** 37:11 43:14 50:24,25
51:5 87:20 104:22
**agree** 24:10,25 45:12,18,24
46:3,4 56:13,17 69:14
70:11
**agreed** 4:3,9,14 6:6 111:11
**agreeing** 6:8
**agreement** 92:23
**Aleve** 104:8
**Alzheimer** 57:24 98:14
**American** 53:6 88:19,19
**answer** 15:25 16:13,15 20:11
20:24 21:19 22:10 23:5,8
23:19 29:3 30:25 32:14
59:11 64:3 68:9 69:9 89:25
**anxiety** 104:13
**anybody** 31:2 32:25 41:5
42:6,9,19 53:7 57:13 64:19
64:24 75:15,15,19 87:21
88:2,10 90:23 91:9 94:22
96:21,24 97:12 98:3 99:9
99:13 101:17 102:25 103:5
103:10
**appeared** 103:2 112:5
**application** 88:16
**apply** 90:9,20,21 105:10
**applying** 106:10
**approached** 91:20
**appropriate** 45:8,10
**approximately** 49:5 61:9

110:11
**arrange** 97:8
**Array** 91:4
**article** 102:4,7,9,12,25 103:7
**asked** 6:5 12:5 28:9 32:3
55:11 74:24,24 76:4 77:7
77:15 80:17 84:9
**asking** 17:12 39:6 47:20 62:7
96:20
**assume** 8:16 55:23 88:12,14
88:15
**assuming** 56:10
**assumption** 88:13
**attorneys** 2:5,13 4:4
**Avenue** 2:6,14
**aware** 75:2 76:4 96:22 101:7
106:13

**B**

**back** 9:18 13:6,9 16:12,17
19:25 20:4 21:10,13 23:10
23:13 24:20,23 28:10,13
47:22,25 60:4,5 62:15 68:5
68:25 69:3 71:7 72:3 73:2
74:11 80:16 85:20 87:3
88:21,24 89:19 92:19 97:19
98:10 107:21
**background** 52:11
**bad** 54:20 56:11 73:3,16
**badge** 80:21
**base** 88:13
**based** 29:23 33:5 55:21 59:9
87:9
**basically** 56:25 74:17
**basis** 8:18 78:10 99:10 106:8
**Bassamma** 104:3
**beginning** 34:10
**behalf** 5:3
**believe** 18:25 19:11 26:7
29:13 30:9,10,14,23 31:14
31:16 32:4 33:23 48:21
52:7,10 56:22 57:3 58:21
59:5 66:20 67:4 76:8 79:21
79:23
**believed** 27:22 76:10 87:8
**believes** 66:22
**benefit** 39:24
**benefits** 94:16
**BERTOLOTTI** 2:12
**best** 34:7,12 35:17,19 36:20

38:18 46:11 114:10
**big** 47:18 67:16
**birthday** 71:25
**birthplace** 88:17
**bit** 87:20
**blow** 67:15 69:20,23
**body** 78:11,12
**Bokan** 54:11,13 59:20 62:3
70:17 75:5 98:6
**born** 54:22,24 55:12,13,18,19
55:24 56:7 57:19 58:16,17
88:20,22 102:17
**boyfriend** 52:19
**brag** 104:25
**break** 24:13,15 48:17 55:2
67:22 68:21 82:14 87:17
**brief** 110:17
**bring** 84:15 109:15
**brothers** 32:18
**brought** 29:9 33:2 83:9,11,14
**budget** 83:20,23 84:3,12
93:24 94:12
**Builder** 105:12,13
**building** 82:11 108:24
**bunch** 51:19 92:6
**business** 44:8,10
**busy** 103:22

**C**

**C** 2:2
**cake** 71:24
**call** 68:14 69:6,15,19 73:17
74:20,21 75:10,15,18
109:10
**called** 5:10 73:21 74:4,8 75:8
75:8,17 80:17 81:19,19
83:16 85:11,13
**calling** 64:21 75:18
**calls** 15:23 87:11
**calm** 85:10
**calmed** 65:20
**capacities** 1:9
**care** 27:17 52:3 77:9,11,18
79:4,25 89:2,6 98:23 99:2
**Career** 105:12,13
**careful** 106:21 107:8
**CARROLL** 2:12
**case** 1:5 29:10 102:4,14,16
**caused** 12:22 13:2,12
**cautioned** 5:11

**cell** 81:12
**cellular** 81:10
**center** 104:4
**central** 95:20
**CEO** 83:16,17
**certain** 50:23 71:19 92:9 97:9
**certificate** 105:18 112:2
**certification** 4:6 114:2
**certified** 114:5
**certify** 114:6
**chair** 35:10
**challenging** 84:19
**change** 113:3,5,5,7,8,10,10
   113:12,13,15,15,17,18,20
**changed** 83:10
**check** 80:2
**chef** 105:2
**Chen** 85:12 99:22
**Christmas** 52:17
**citizen** 24:8 39:4 53:6
**citizenship** 34:2
**CIV** 1:5
**civilized** 72:19
**claim** 33:24 99:10
**claiming** 101:4
**claims** 101:6
**clarification** 66:20
**clear** 56:3
**click** 108:20,23
**clients** 46:13 101:5
**Clifton** 58:20
**close** 100:21 101:19,21
**Cohen** 102:13
**Collin** 85:13
**color** 52:12
**coma** 54:3,6
**come** 49:12 50:16 57:6 71:15
   72:3 92:5
**comes** 30:3
**coming** 79:16 84:21 85:20
**comma** 57:22
**comment** 13:4 15:16 27:11
   27:12,14,15,16 45:20 46:7
   48:14,15,24 56:9,24 57:8
   67:24 69:25 72:12 79:2,4,6
**comments** 34:18 49:11 56:12
   69:21
**common** 36:3 45:3
**communicate** 85:25
**communications** 18:18

**company** 1:6 83:8
**complaint** 37:15,18,19,22,24
   38:3,7,12,19,21 74:8
**computer** 50:13
**concern** 53:16,21,22 77:12
**concerned** 103:13
**conclude** 15:19 16:21
**concluded** 78:17 110:25
**conclusion** 15:24 64:22 87:12
**conducted** 29:2
**conference** 74:21 109:10
**confused** 66:17
**constituted** 87:8
**constitutes** 112:10
**contact** 67:11 68:7 73:5
   91:19 96:15
**continue** 106:7
**contractor** 84:25
**conversation** 6:24 7:8,10
   8:12 9:9,18,24 10:11,19
   11:12,17,25 12:3,9,12 13:3
   13:13 15:11 17:5 19:3,8,14
   19:16,21 20:9,13,15,19,22
   21:5,17,21,23 22:5,8 29:23
   30:4,8 32:16,22 44:25
   57:21 61:25 70:18 76:15
   88:24
**conversations** 8:17 12:16
   65:21
**copy** 96:21,24 102:20,22
**correct** 6:15,16 7:15,19 8:18
   8:19 9:2,5 10:19,24 17:17
   20:16 21:6,17 22:21 25:9
   30:18,20,21 32:23,24 33:19
   38:19 45:6 49:4 52:16,22
   55:20 61:11,12 86:6 97:21
   106:22
**counsel** 2:22 14:21 18:18
   111:11
**country** 36:2,4,22,23,24
   46:18,19,22,23 54:22 55:13
   55:18,24 56:6,7 65:7
**COUNTY/CITY** 112:4
**couple** 13:20 14:3,9 18:20
   43:13 58:5 68:20 88:3
   90:19 99:15 101:21 105:14
   107:20 108:4
**course** 40:8 106:10
**court** 1:1 4:19 5:5,12 27:3
   114:4

**co-worker** 45:23 50:2 51:3
   51:10,12 95:3
**co-workers** 47:15 48:6 49:9
   95:2
**cube** 59:25 60:3,6 73:10
   79:12 80:16
**cubicles** 49:10 60:25
**current** 33:7
**cut** 49:22
**C-H-E-N** 99:23

**D**

**D** 4:2
**damages** 101:4
**date** 5:21 58:3,7 59:2 76:11
   94:10 103:8,8 111:4 112:8
   113:21
**David** 2:11 43:12
**day** 13:24 14:2 61:8,10,13,14
   66:11,13,15 73:4,17 75:16
   78:21,25 81:22,23 84:19
   92:9 105:9 112:5,19
**days** 14:8 18:9,21 68:15 69:7
   69:15 72:3 97:4
**dead** 70:10
**deal** 47:18 63:25 72:7
**Debert@ingramllp.com** 2:17
**deceitful** 9:23
**decided** 29:11,12,13 104:13
**decision** 26:8 29:16,22 30:15
   30:17,23
**Defendant(s)** 1:10 2:13
**department** 105:15,22
   108:21,24
**Deponent** 111:12
**DEPONENT'S** 112:2
**deposition** 1:12 5:2 108:5
   111:2,7,13 112:8,11 113:2
**described** 87:7
**description** 92:6
**desk** 34:15,19 65:17 71:8
   73:3,9
**device** 10:13
**die** 98:15
**diet** 41:25
**difference** 84:12,13
**different** 12:6 33:21 39:19
   47:20 49:3 105:23 108:8
**dinner** 52:19 58:10,11
**directly** 90:9

**disappointed** 81:25
**discriminated** 24:9 64:9
   80:19 82:7 88:6
**discrimination** 29:10 63:21
   64:14 65:3 83:5 87:8 95:23
**discriminatory** 64:17 65:11
**discuss** 94:19
**dishonest** 31:18,20,24 32:5,8
   32:10,13
**distress** 101:6
**District** 1:1,2 50:11
**doctor** 101:14,16 103:10,13
   104:2,3
**doctors** 103:18,19 104:10,14
**document** 96:4
**doing** 9:20,22 10:4 38:17
   74:13 79:15,20 83:19 84:7
   85:14,16 92:18
**Dori** 100:8,9
**Dr** 104:3
**drink** 53:11
**drive** 98:20
**drowsy** 74:6
**duly** 5:11 112:6
**dying** 103:20

**E**

**e** 2:2,2,9,17 4:2,2
**earlier** 48:10 89:9
**earned** 70:9 71:7
**eating** 49:24
**EBERT** 2:11 3:3 5:17 9:4
   12:24 13:6,16 16:12 17:25
   18:3,13,19 19:25 21:10
   23:7,10 24:14,20 25:4,21,23
   28:10 40:21 43:19 44:2,15
   47:14,22 48:12,18,23 49:2
   55:11 64:23 67:3 68:2,11
   68:25 69:13 87:19 107:19
   108:2 110:13,21
**EEOC** 37:15,17,21,24 38:17
   74:8
**effect** 4:18
**either** 72:21 83:21 92:23
**ELECTRIC** 1:6
**emotional** 7:12 21:8 54:7
   101:6
**employed** 89:21
**employee** 27:18 28:7 31:25
   75:6,6,9,11 77:13 79:5,11

79:18 80:8,12
**employees** 66:22 67:4 93:17
**employer** 79:24 90:4 98:25
**employment** 2:22 62:11,14
   73:13 89:19 92:22
**entered** 107:9
**entity** 89:21 90:6
**ERRATA** 113:2
**error** 106:20 107:5
**especially** 68:18 69:11
**ESQ** 2:3,11,21
**events** 53:17 99:10
**everybody** 7:5,6 34:13
**everybody's** 39:9
**exact** 58:3,7 70:21 89:7,15
   94:10 102:18 110:10
**exactly** 35:18 61:24 65:18
   86:25 100:13 110:10
**examination** 3:2 4:15 5:16
   110:23
**examined** 5:15
**example** 49:25 50:6,10
**Excel** 109:11
**exchanging** 92:15
**Excuse** 68:20
**executed** 33:7
**exercise** 42:2 103:21
**expect** 7:9 35:2 40:9,24 41:10
   41:19 43:14
**expectation** 43:16,17
**expected** 97:8
**experience** 33:5 38:25 39:6
   43:20 49:8,13,17 52:13
**experiences** 31:19 51:2
**explain** 7:7 93:6
**express** 53:16
**expressing** 53:20,21,21
**expression** 78:15,16 79:2
**extent** 15:23 28:25 48:9
   64:21 87:11
**e-mail** 54:5,10 66:9 74:14
   75:15,21,23 79:13 81:9,10
   108:22
**e-mailed** 63:19 65:24,25 66:4
**e-mails** 92:15,19 96:19

**F**

**F** 4:2
**face** 71:2 78:14,16,17 79:2
**faces** 51:16

**facts** 38:18
**familiar** 93:8
**family** 32:18 68:12,15 69:6
   99:13 100:17 104:2
**far** 17:19
**fat** 34:19 35:4 37:20 38:8
   40:5,18,25 41:10,15 42:7
   43:22 44:5,7,14 50:3 51:4
**father** 57:23 98:14
**fattening** 49:23
**feel** 41:11 42:22,25 43:6,9,23
   68:17 69:9 70:6
**feeling** 57:2 104:12
**fell** 54:2
**felt** 43:10 89:8 101:12
**file** 98:21
**filed** 37:17
**filing** 4:5 27:23,25
**fill** 88:16 96:6
**filled** 37:15
**find** 32:7 49:9 57:25 77:2
   108:23
**fine** 22:11 23:6,8 68:22
**finish** 11:24 78:6
**finished** 73:4
**fire** 30:15,18,23 89:9,10
**fired** 64:18,19,25
**Firm** 2:4 18:23
**first** 5:11 38:5,7 57:6 58:13
   82:8,9,10 87:5 91:3
**five** 55:5
**Fl** 2:6
**floor** 83:13,14
**focusing** 104:9
**follow** 84:24
**following** 13:8 16:16 20:3
   21:12 23:12 24:22 28:12
   47:24 66:18 68:4 69:2
**follows** 5:15
**follow-up** 108:3 110:20
**force** 4:17
**foregoing** 112:7 114:9
**form** 4:11 38:10 99:10 111:9
**forms** 96:6
**forth** 92:19
**found** 60:3 103:4
**four** 15:18 16:21 53:14
**French** 49:23
**Friday** 14:10
**friend** 42:21 43:4 45:4 52:3

85:12 88:3,3 99:15,17
**friends** 95:12 99:16 100:21
  101:19,21
**fries** 49:23
**full** 105:5
**full-time** 105:25 106:4
**further** 4:9,14 18:17 110:14

─────────────
**G**
**G** 2:11
**gained** 43:12
**GAINEN** 2:12
**gaining** 34:15 35:5,11,12,13
  38:11 39:23,25 40:2 41:17
  41:18,20 42:7,15,19 43:3
  44:16,19,21 45:2,9,21 49:11
  50:2,22 51:4,22 52:2
**Garcia** 1:7 5:18,25 6:17,23
  8:11 9:10,19 12:8 15:19
  16:22 17:4 19:2,5 32:16
  63:19 74:14 80:23 96:20
**GE** 2:20 7:5,6 16:6 17:17
  28:7 29:11,15 33:13,15,25
  75:6,10,15,17,19 77:12 79:5
  79:10,12,13,16,18 80:4,8,12
  82:4 89:22 90:3,7,10,23
  91:5,10,18,22,23 92:2,13,17
  92:23,24,25 93:5,14,14,19
  93:20,22,23 94:3,16,20,22
  95:9,11,15,18,23 96:3,4,9
  96:16,17,17,21,24 97:3,5,9
  97:12,24 106:19 108:5,6,7
  108:12,17,19 109:20,22
  110:2,8
**general** 1:6 22:5 43:20 44:25
  58:18 83:17
**generally** 47:11 48:4 49:10
  93:17
**generator** 51:6 82:11 83:7,13
  84:4 85:23 91:3
**George** 2:3 43:11
**George@ottingerlaw.com**
  2:9
**gestures** 27:5
**getting** 34:19 35:4 37:20 38:8
  40:5,18,25 41:10,14 44:14
  50:3 51:4 75:22
**GE's** 79:15 91:13
**GID** 1:7 16:4,7 17:17 26:9,20
  28:20,23 29:3,11,11 33:2,18

60:10 62:11 73:13 75:6,7,9
  75:12 80:2,7 83:3 87:4 90:5
  90:8,16 91:20 92:11,23,24
  93:21 94:11 95:9,11,15,16
  96:7,8 99:4,6,8 105:8
  106:15,19 108:7 109:3
  110:6
**give** 15:16 21:19 22:10 27:2
  50:19 58:7 92:6 93:15,16
  93:25 94:10 96:25 110:15
**giving** 56:25
**gladly** 47:10 54:20 56:4
**Global** 1:7 29:11
**go** 6:13 10:10 16:3,4 29:12
  32:11 54:9 55:15 57:24
  60:13 61:6 62:2,4,15 67:25
  70:7 72:3 73:15 75:3 76:5
  76:16,25 77:3,8,17 80:18,21
  85:2 87:3 88:8,24 89:19
  98:17,19 99:3 101:16
  102:15 103:9,18,19,20
  104:4,8,14,20 105:4,5,23
  108:22 109:8
**going** 6:24 8:2,5 9:13 15:11
  62:22 63:4,6,8,11,13 67:15
  69:16,17,18,20 72:13,15
  74:24 84:17 91:12,17,25
  96:14 97:2,15 98:9 102:15
  106:6
**good** 15:14,15 25:21 31:25
  42:25 43:6 51:14 68:17
  69:9 85:22 86:19 105:3,10
**Granite** 86:12,24 94:13
  110:5
**great** 104:23,23
**grounds** 17:8 65:5
**group** 18:24 53:11 60:10 83:4
  83:18 93:21
**grow** 36:6,6,25
**guess** 110:9
**Guillermo** 31:12 32:17 96:15
**guys** 7:3,4 36:5

─────────────
**H**
**hand** 114:13
**happen** 26:12,13,14,23 67:17
  69:17,18 70:13 71:9 76:14
  107:10
**happened** 8:24 11:6 13:22,23
  22:15,24 23:17 25:18,20

27:18 38:17 49:17,18 50:15
  51:7 57:16 59:13,17 60:19
  60:22 61:14,16,19,22 62:13
  62:17 63:3,16,20,21 64:16
  66:15,18,24 67:2,6 68:16
  69:8 70:14,16 72:24 74:11
  74:12,22 76:3 77:2 81:17
  82:10 85:7,19,22 86:25
  87:6 104:16
**happening** 53:22 62:7 73:12
  80:14 103:14
**happens** 62:10 72:5 77:13
  79:8
**harassment** 95:22
**hard** 85:25
**hate** 56:20 57:6,11 58:22
**hated** 56:22 57:3 59:5,8
**head** 36:10 77:22 87:13 96:4
**headache** 73:3,15 103:24
  104:4,5
**heading** 114:8
**health** 42:18 49:20,21 50:20
**healthy** 49:22
**hear** 15:3,4 41:2
**heard** 42:8 51:24 64:5 69:21
**hearing** 43:6
**held** 1:14 24:18 48:19 55:6
  68:23 107:23
**help** 7:14 8:25 57:24 101:11
  104:8
**helpful** 15:20 16:23 17:6,16
**helping** 52:5
**hereinbefore** 5:10
**hereof** 111:5 112:10 114:8
**hereto** 4:5
**hereunto** 114:12
**Hexemer** 1:3,13 3:3 5:3,9
  102:17 110:24 111:3 112:6
  112:14 113:22
**Hey** 40:4 43:11 44:19 45:2
**he'll** 74:20
**higher** 29:18,20,21 30:3
**highly** 107:7
**Hill** 34:14 36:9 46:9 52:8
  80:19 87:22
**hired** 33:2 92:11
**his/her** 112:7
**home** 57:10 60:13 61:2,5,6,6
  62:5 73:4,11 81:5,15,16,21
  85:11

honest 43:4
hoped 6:2 17:16
hoping 7:13 8:25
hospital 54:7
hour 95:4
hours 9:24 92:13
house 57:17,20 58:10,11
  87:22
HR 86:11,24
human 77:16,17 107:12
humiliation 101:9,12 104:12
hung 80:25
hurt 27:7,22 28:2,5,16 40:6,8
  40:10,25 41:11,21,23 42:16
  43:14,23 70:8,9
hurtful 42:4
hurting 41:5
husband 14:19,23,24 15:6
  61:17,21 85:13 98:23,24
  99:2,11 101:15 103:16

**I**

idea 15:14,15 22:5
identify 109:18,21 110:2
illegal 12:4
imagine 41:6
Immediately 59:21,23
implies 28:25
important 26:25 34:6 36:20
  46:14
impression 78:2,5,7
inappropriate 41:12 45:13
  45:22 46:4
incident 33:22 34:9,11,21
  35:5 59:13,18 62:18 63:3
  70:12
include 37:21
included 35:15
Includes 101:6
including 7:4 38:8
individual 1:8 40:12
information 75:13 106:22
INGRAM 2:12
inputting 106:21
insensitive 33:25
inside 10:20,22
instances 31:23 49:16 50:4
insult 56:5
intended 6:18
intending 16:6

intention 27:25
interaction 109:4
interview 90:23 91:10
interviewed 91:5
invite 52:17,18
invited 52:20 57:10
involved 26:21 27:9 29:15,22
  30:15,23 31:4,6,8,10,12
  34:8 86:12,13
Iran 88:9,20 97:19 98:16
  102:18
Iranian 88:10,11 102:17
issue 31:21 32:7 39:11,12,13
  47:18 50:20 67:16 89:20

**J**

jake 34:17 39:18 40:4,14
  44:11 60:8,9,10 61:3,4 62:4
  62:19 63:10 65:16 73:18
  74:24 75:6,17,18 81:3,4
  91:15,16,19 109:9
Janet 110:7
Jared 22:14,23 23:16 24:11
  25:2,9,12,16,17 26:7,13,19
  27:22 28:2,4,16 31:4 76:17
  76:22 78:8 88:25 89:14
Jared's 76:17,19 77:3,6
job 74:20 79:22,24 89:17
  90:9 91:3,20,21 92:6 93:11
  104:18,19,21,24 105:6,7
  110:7
Joe 34:17 40:4,14 44:10
  85:13,20,21 86:3,4
jog 42:24
joke 39:18
Jose 1:7 7:13,22,25 10:18
  15:12 18:7 20:16 25:24
  27:21 29:25 30:2,7 31:8,14
  31:20 32:4,21 63:19,22
  64:6,7,8 65:24 66:2,10,23
  67:5,11 68:8 69:15 74:14
  80:11,23 81:5,6,19 91:16
  92:2,16 96:15,19 97:7 98:2
Judge 102:13
JUNE 1:14 5:4
justice 24:3 25:7 26:16 28:6

**K**

K 100:13
Kathleen 54:10,13 59:19

62:3 70:17 71:2 75:4 98:6
keep 49:22 86:20 100:18
Kevin 82:22 83:25 84:5,14
  86:18,22
kind 56:9,12 67:17,24 85:2
  93:24 103:21
knew 7:2 69:16 77:23 78:2,8
  78:13,17 86:11 88:4 94:22
  95:3,5,14 97:24
know 6:11 11:11,14,18,20
  12:3 14:9 17:9,12,14 18:22
  19:9,12 20:12,12,13 22:4
  25:15,16 26:10,18,20 27:9
  29:6,17,21 30:25 31:2,3,5,7
  31:10,11,13 32:25 33:4
  34:15 35:3,10,25 36:22,22
  38:13 39:13,19 40:4 42:5
  42:17 43:12,15 44:6,6 46:3
  46:19,20 47:7 49:20 50:16
  50:18,18,21,22,23 51:8,16
  51:18,20,23 52:5,9,14 53:3
  53:10,19 54:24 55:19,21
  56:2,6,7,25 57:17 58:13,24
  59:7,11 60:13 64:3 66:8,8,9
  70:18,20 71:3,4,7,18,20,23
  71:24 72:8,13,15,17,20
  73:15 74:10,16,20 75:13
  76:10,23,23,24,25 79:14,15
  79:16,25 80:2,5,9 83:10,12
  83:17,23 84:3,8,25 85:6,8
  85:18,19,20 86:12,23,24
  87:5,25 88:7,10,10,11,14,17
  88:23,23 89:12 92:12,12
  93:6,16,18,18,23 94:22 95:5
  95:13,20 96:18,25 97:2,3,7
  97:14,15 98:5,16,24 99:3,4
  100:11 101:17 102:14,18,18
  103:4,7,11 104:7 105:9,21
  105:24 106:16 107:3 109:3
  109:7,12,23 110:10,10,12
knowing 103:14
knowledge 114:10
knows 55:12 77:7 99:12,17
  103:17
Kuli 100:8
K-U-L-I 100:14

**L**

L 4:2,2
lab 50:14

**Labor** 2:22 105:16,22
**lady** 83:6,19 84:10 85:22 89:12
**lady's** 86:5
**language** 78:11,11,12
**lawsuit** 7:15 9:2,6,8 15:21 16:24 17:6 27:23 28:2,5,17
**lawyer** 7:18,23 8:2,6 17:20 18:4,8,20 20:16 37:16
**lawyers** 18:2 99:11
**Layton** 82:23 83:25 86:18,22
**lead** 33:23
**learn** 36:5
**leave** 80:21 106:5
**left** 60:15 66:14 73:17 107:14
**legal** 15:23 64:21 87:12
**LEK/CFH** 1:5
**letterhead** 96:3
**letting** 75:3 76:5 77:8 80:18
**let's** 24:13,15,16 55:4 76:25 82:16 85:10
**lie** 19:11
**lied** 19:2,7 21:5,16 32:21,23
**life** 15:7 49:6 53:17,23 67:18 67:25 101:18 103:11,15 104:11,15
**Line** 113:3,5,8,10,13,15,18
**list** 92:7
**listed** 108:18
**listen** 7:11 8:22,23 9:11,18 13:14,17,19,21,25 14:6,12 14:15 21:18 84:24
**listened** 14:8,9,10,10 15:17 16:19
**listening** 21:23
**little** 87:20
**live** 24:6 99:25 100:2
**living** 43:20
**LLC** 1:7
**LLP** 2:12
**long** 49:4,7 50:24 89:14
**look** 40:5 42:7 43:12 50:21 53:2,5 71:4 74:17 79:14 102:10 105:9,11 108:13
**looked** 37:24 70:25 88:21 102:9 107:17
**looking** 62:6 78:14 104:18 105:6,25
**lose** 49:21 50:19 52:6
**lot** 19:4 32:19 42:8 46:13

49:12 73:14,15 98:15 104:7
**low** 100:18
**loyal** 31:25
**lunch** 5:23 25:24 30:4 53:15 72:9,10,24,25
**lunchtime** 39:18 72:11
**lying** 31:16

## M

**mad** 25:9,10,11,13,17 26:2 27:19
**making** 95:7
**man** 57:23 108:15
**manager** 32:2 80:4 83:17 86:4,5 96:17 97:3,15,24 108:11,13,25 109:4,5,14,19 109:20,22 110:2,4,8
**managers** 108:5,6,8 109:2
**manuals** 107:6
**matter** 27:18 77:13 79:8 110:25 111:4 112:8
**MAUREEN** 2:21
**mean** 31:22 48:15 70:10 71:18 90:13
**medications** 103:23
**medicine** 74:6 103:24
**meet** 6:5,6,8 8:2,6 18:4,20 109:7
**meeting** 6:4,10,14,18,19 7:17 7:18,21 8:3,7,10 16:6 17:21 18:5,7,21 20:16 22:12 27:6 27:8,13 62:23 63:5,8,12,14 63:15,17 66:24,25 72:4,5,6 73:21 84:11 95:19
**meetings** 86:23 95:21
**members** 99:13 100:17
**memorize** 34:25
**memory** 23:23
**mentioned** 9:8
**message** 73:18
**met** 5:18,22,25 7:18,22 67:8
**Mexico** 81:14
**microphone** 10:15
**migraine** 73:14,16 74:3
**Miller** 110:7
**million-dollar** 84:13
**mind** 16:3 52:24 103:22
**minute** 67:20 69:25
**minutes** 37:11 55:5 68:21 107:20

**mischaracterizes** 48:9
**missed** 78:23
**mistake** 107:10,11,14,16
**Mom** 42:14
**Monday** 8:2,6 62:15,17 67:2 67:9,10 72:4,4 73:21
**money** 22:22 46:14 84:15
**money's** 84:17
**Monster** 105:14
**month** 58:4 89:16 109:8
**months** 58:5,6 87:3 94:9
**morning** 67:9 72:5
**mother** 54:2 57:21 98:18
**moved** 83:7,10
**moving** 35:10

## N

**N** 2:2 4:2
**name** 29:17 51:13,15 83:20 99:19,21 100:12 108:23
**named** 5:11
**names** 51:11,14
**nationality** 34:4,5 47:8,9 52:11 54:19 56:11,21,23 57:4,7,11 58:15,18,22,25 59:6,9 65:6 68:18 69:10,22 86:9 87:9,21,25 88:2,4
**near** 73:8
**need** 67:19 92:14 100:23
**needed** 84:4 100:24
**neighbor** 100:6
**neighbors** 100:20 101:22
**Nelli** 54:10,12 59:19 62:3 74:23 75:4,24 76:2 80:4 92:7 98:5 108:9 109:3
**never** 12:18 31:21 32:7 41:14 47:17 57:13 109:23,23,24 110:3
**new** 1:2 2:7,15 5:7 89:11 93:11 101:25 102:5 103:2 112:20 114:6
**news** 68:19 69:12 88:9
**night** 85:20 106:8
**nine** 94:9
**non-verbal** 27:4
**NORTHERN** 1:2
**notary** 4:17 5:6,13 112:20 114:5
**noted** 114:8
**notes** 61:15,18

**NOTICE** 5:4
**November** 5:19
**number** 81:4,6,8,13,14 89:15
**NY** 2:7,15

**O**

**O** 4:2
**Objection** 9:3 10:7 12:23
  14:20 15:22 16:9 17:7,18
  17:22 19:22 21:7 24:2
  25:19 28:24 38:9 39:16
  40:7,20 41:4,13 43:18,24
  44:12 45:11,15 47:13 48:8
  49:14 52:23 55:25 57:12
  64:20 65:4 87:10 89:24
  107:2
**objections** 4:10
**observe** 78:12
**obviously** 61:13
**October** 97:18
**office** 27:15 76:18,20 77:4,6
  77:20,21 81:8
**Oh** 71:21 81:12
**okay** 6:14 10:21 11:11 12:10
  12:13 17:3 18:23,25 20:18
  21:20 22:11 32:25 34:5,9
  35:8 37:14 38:16 39:5
  41:18 44:24 46:8 48:25
  49:8 51:17 53:8 54:14
  57:18 58:21,24 59:13 60:24
  62:6,10 63:16 66:7,17
  68:22 72:14 73:11 77:3
  80:14,24 82:10,18,19 84:16
  87:18 90:6 92:22 95:17
  105:3 106:9 107:18 110:13
  110:21
**old** 57:23 70:5,23 71:15,21,23
  98:17
**once** 46:11 71:11 109:7
**ones** 80:6
**online** 101:23,24 102:8,19,21
**ORAL** 5:2
**orientation** 93:4,9,13,15
**orientations** 93:17
**other's** 47:12 48:5
**Otting** 18:22,24
**Ottinger** 2:4 18:23
**outside** 10:22 24:17 49:10
  81:3 82:17
**o'clock** 78:22

**P**

**p** 2:2,2,8,16 4:2
**Pack** 80:20
**packed** 80:25
**page** 111:5 112:9 113:3,5,8
  113:10,13,15,18
**PAGE(S)** 3:2
**paid** 90:6
**pain** 104:8
**paper** 96:3
**paperwork** 88:18,22
**parents** 97:19
**Park** 2:6,14 58:20
**part** 27:25 94:15 105:3,4
  108:19
**participate** 94:16 95:18
**particular** 6:3 8:21 12:21
  35:4 52:11
**Particularly** 47:15 48:6
**parties** 4:5 111:12
**party** 52:18
**part-time** 104:19,21 106:5,8
**pass** 75:13 93:25 94:6
**passport** 88:19,19
**pause** 110:18
**pay** 22:15,20,24 23:16 24:4,5
  24:12 25:3 26:3,22 80:7
**paycheck** 79:16 99:7
**paying** 80:11
**pays** 80:2
**penalty** 38:22
**pending** 24:21 48:22 55:9
**people** 12:17 21:2 22:14,23
  23:16 30:19 34:8 36:4,11
  36:16,25 37:5,10 38:25
  39:7,14 40:10,11 44:5 45:5
  46:5,24 47:11 48:4 52:25
  56:20,24 57:8 58:19 65:6
  83:9,10,11,11 86:7 88:5
  92:13 94:24 95:9,10,11,11
  103:3 106:18
**period** 49:4
**periods** 97:9
**perjury** 38:23
**permission** 97:6
**person** 12:2,13 30:14,19,22
  39:3 41:10,14 43:23 45:25
  50:20 51:24 95:15,15,16
  103:16

**personal** 52:15 53:8 98:21
  101:18 103:11,15 104:11,15
**personally** 112:5
**perspective** 6:9 109:6
**Pete** 54:10,12 59:19 62:2
  74:23 75:4,24,25 80:4 92:7
  98:5 108:9 109:3
**phone** 80:18,25 81:4,6,11,12
  91:6
**Phonetic** 85:5 86:16 91:4
  100:8 104:3
**pick** 10:19 68:18 69:10 86:8
**pieces** 96:2
**place** 10:17 66:12 111:5
  112:9 114:8
**places** 49:3
**PLAINTIFF** 5:3
**Plaintiff(s)** 1:4 2:5
**play** 14:24 18:10,14 20:23
  21:4,15
**played** 14:18
**please** 13:7 16:15 20:2 21:11
  23:11 24:21 25:6 28:11
  30:16 47:23 68:3
**pleased** 28:4,15
**point** 25:22 64:15,17,18,24
  66:19 77:24 78:4,7
**poor** 33:12
**Poply** 86:16
**portion** 13:9 16:17 20:4
  21:13 23:13 24:23 28:13
  47:25 68:5 69:3
**position** 10:17 89:13 90:20
  106:2,4,5
**positions** 105:11
**possible** 72:18 107:3
**possibly** 20:18
**power** 2:20 85:3 89:10
**practice** 20:25
**prejudice** 52:10,22,25 53:7
**prepared** 106:9
**prescribed** 103:25 104:2
**present** 2:19 30:11
**pretending** 59:16
**print** 102:22
**prior** 91:7
**private** 11:17 103:16
**privately** 11:21 12:12
**probably** 31:9,10 90:11,12
  99:4,5,6

**probe** 18:17
**problem** 98:15
**proceedings** 110:18 114:7
**produced** 5:4
**professional** 1:8 101:11
**profile** 100:18
**programs** 94:17 95:18,23
**project** 33:3,6,6,13,19,20,21
  90:25 91:7,9,14 92:2 93:4
**projects** 33:9,10,15
**prompted** 34:11
**protect** 7:3
**protection** 6:22
**public** 4:17 5:6,13 112:20
  114:5
**purpose** 6:9 9:17
**purse** 10:20,22,23 11:5,6,10
**pursuant** 5:4
**put** 11:7 38:12 98:24 99:4,6
**P.C** 2:4
**p.m** 1:15,15 24:18,19 48:19
  48:20 55:6,7 68:23,24
  107:23,24 110:25

**Q**
**question** 4:11 11:24 12:6
  13:7,11 16:13,14,19 20:2,6
  21:9,11,15 23:15,20 24:21
  24:25 25:5,14 28:11,15
  29:4 33:12 45:17 47:21,23
  48:3,13,22 55:9 60:23 64:4
  68:3,7,10 69:5 75:14 78:6
  80:10 93:6 109:16
**questionnaire** 93:20
**quick** 48:17
**QuickBook** 105:18
**quickly** 74:17
**quote** 59:16 70:20

**R**
**R** 2:2 4:2
**racist** 52:7,21,25
**raising** 35:22
**Ray** 85:5
**reach** 87:4
**react** 52:2
**reactions** 101:13
**read** 13:6,9 16:12,17 19:25
  20:4 21:10,13 23:10,13
  24:20,23 28:10,13 47:22,25

68:2,5,25 69:3 74:16
  102:19 111:12
**ready** 55:14
**really** 40:5 52:4 63:7 73:3,16
  84:21 107:17
**reason** 8:16,21 10:21 11:2,3
  11:15 15:8,9 29:7 31:15
  55:17 74:3 101:2 106:17
  113:5,7,10,12,15,17,20
**reasons** 22:13
**recall** 5:19 7:21,23,25 9:10
  9:13,14 19:19,20,23 20:6,8
  20:14 22:7,12,16,25 23:3,4
  23:18,20,21 27:21 32:15
  34:8,12,23 35:19 36:14
  37:12,14,18 38:6,14 47:2
  50:3 53:20 58:3,6,9 59:2
  62:6 66:6 72:23 73:12
  80:14 87:23 90:13,13 92:15
  92:19,21 94:5 98:3,7
**receive** 93:3
**Recess** 24:18 48:19 55:6
  68:23 107:23
**recollection** 30:6,11 35:17
  36:8
**record** 6:18 8:17 10:12 26:25
**recorded** 11:16,18 114:7
**recorder** 10:14 11:4
**recording** 8:11,20 9:24 10:10
**reduced** 111:8
**reference** 108:4
**referring** 66:21
**regard** 62:11
**regarding** 34:2,4 62:13 73:12
**regards** 81:17
**regular** 8:18
**relating** 62:17
**relax** 60:14 62:5
**relevant** 38:19
**religion** 52:12
**remark** 45:22,25 46:8
**remarked** 71:10
**remember** 5:21 7:24 8:4,8,8
  9:11,16 16:7 20:17,18 22:3
  22:3,4 27:24 35:3,7 36:17
  36:18,19,21 37:8,9,13,13
  38:15 46:17 47:4 51:11,13
  51:15,17 53:13 58:3,4,9,12
  65:18,20 66:5 70:16 72:23
  74:7 77:25 83:20,22 89:15

89:18 90:22 94:6 96:5
  103:8 106:16
**reorganization** 83:8
**repeat** 28:21 29:5 30:16
  62:12 90:2
**replace** 33:2
**report** 84:2,16 92:8,10 108:6
  108:10
**Reported** 1:24
**reporter** 5:6,13 27:3 111:8
  114:5
**REPORTER'S** 114:2
**reporting** 38:16 84:2
**reputation** 85:23
**requested** 111:7
**required** 93:19 95:17 96:2
**reserved** 4:11
**resign** 47:10 54:20 56:4,13
  56:17 59:15,22
**resigning** 54:16 60:12
**respect** 19:4 32:20 59:17
**respective** 4:5
**respond** 25:5 48:13 72:21
  93:19
**responding** 25:14
**response** 11:19 13:5 36:10
  47:6 54:8 56:18 77:22
  87:13
**responses** 27:2
**restaurant** 5:19,22 9:23
  11:22 12:2,7
**retirement** 94:16
**returns** 98:21
**reveal** 17:23
**right** 8:21 12:14 21:24,25
  22:25 23:17 24:7 25:8
  32:15 33:14 34:3 39:11
  40:15,18 42:3 44:9 46:15
  52:20 58:22 66:12 68:12
  73:8 75:21 76:12 78:18
  79:20,22,24 82:3 83:21
  91:7 92:3 96:16 97:10,13
  97:20 103:18 104:6 105:17
  105:20 106:11,25 107:12,21
  110:5
**ROBERTA-ANNE** 1:25 5:5
  5:12 114:4,16
**room** 63:15,17
**Rotterdam** 100:2,3
**Rye** 85:5

**résumé** 107:13
**résumés** 106:9,14

**S**

**S** 2:2 4:2,2
**sad** 43:8
**salary** 80:7 94:19,23
**Sarah** 22:14,24 23:16 24:12
  25:3 26:14 27:22 28:2,4,16
  31:6 34:14 35:22 36:8 46:9
  46:12,17 52:7,8 53:9 54:8
  54:15 56:4 57:3 58:15,21
  59:14 61:24 62:2,6 64:2
  69:18 71:23 72:16 73:5
  80:19 87:22
**Sarah's** 54:4
**sat** 73:2,7
**Saturday** 14:11 92:11
**save** 17:10 102:20,22
**saved** 17:13,15
**saw** 43:13 60:17 101:22,24
  102:2,4 103:7
**saying** 7:21 8:9 9:13 22:12,16
  23:3,4,21,21 27:21 37:9
  39:22 41:6 47:3 87:23
**says** 38:4 84:25 107:13
**scheduled** 61:10
**Schenectady** 104:20
**SCHMITT** 1:25 5:5,12 114:4
  114:16
**school** 50:11 104:20 105:4,5
  106:6,7
**screaming** 35:22
**sealing** 4:6
**second** 82:4 83:13 88:25
**seconds** 110:16
**see** 8:23 10:18,23 17:20 21:4
  21:16 59:19 88:22 101:16
  105:10
**seen** 101:14
**seldom** 103:19
**send** 54:10 75:12
**sensitive** 36:12,17 37:6,10
  39:2,7,9
**sensitivity** 41:7
**sent** 96:19
**separated** 72:16
**September** 97:17,18
**seriously** 70:23
**serve** 23:23

**set** 52:24 105:22 111:5 112:9
  114:12
**share** 15:6
**sheet** 109:12 113:2
**Shenandoah** 50:11
**shocked** 70:25
**shook** 36:10 77:22 87:13
**show** 33:10 84:16 88:18,18
**shows** 108:20
**sic** 18:22 50:13 96:7 105:19
  106:20
**sick** 73:22 74:4,8 75:8,10
**side** 109:20
**sign** 92:22,25 96:2 111:12
**SIGNATURE** 113:21
**signed** 38:21,22 112:18
**simple** 50:10
**sincere** 63:7
**sister** 52:18 54:5
**sisters** 100:16
**sit** 20:20
**site** 89:22 90:3,7,24 91:13,17
  91:22 92:17 93:14 95:24
  108:7
**sitting** 9:23 11:21 12:7 17:3
  19:19 20:7 34:15,19 35:9
  65:17 72:18 73:7 79:19
  98:7
**situation** 25:10,13,15
**six** 85:6
**skill** 114:10
**small** 10:14
**Soheila** 1:3,13 3:3 5:2,9
  63:22 102:17 110:24 111:3
  112:6,14 113:22
**somebody** 11:16 30:17 41:7,9
  41:20 43:21 49:25 51:25
  56:9 65:24 68:14,17 69:6
  69:10 71:17,19 98:20
**someplace** 56:19 85:21
**son** 42:14 99:12
**soon** 13:23 18:7 59:3
**sorry** 25:21 28:21 29:5 40:22
  46:21 54:9 59:14 61:4
  63:24 65:9 75:25 78:23
  106:19
**sort** 93:3,13
**sought** 101:11
**sounds** 15:18 16:20
**South** 2:6

**speak** 18:8 76:21
**specific** 84:6
**specifically** 25:11 98:7
**spell** 100:11
**Spelling** 85:5 86:16 91:4
  100:8 104:3
**spend** 84:15
**spoke** 99:14
**spoken** 99:9
**stand** 49:10
**standing** 49:19 51:18 70:17
**start** 34:10 35:22 50:22 83:3
  84:7,21 89:17 92:16 93:11
  94:11 104:19 110:6,9
**started** 34:11 74:13 86:18
  93:4,14,20 95:24 104:22
  105:7
**starting** 90:24
**State** 5:6 112:3,20 114:6
**statement** 22:18 23:24 32:12
  33:7 47:16 48:7 74:18
  104:9
**states** 1:1 24:8 112:6
**status** 34:2
**steam** 83:7,12,12
**stenographer** 13:10 16:18
  20:5 21:14 23:14 24:24
  28:14 48:2 68:6 69:4
**stenographically** 114:7
**step** 24:16 82:16
**STIPULATED** 4:3,9,14
**stop** 84:20 86:3,4,10 106:5
**stopped** 102:3 106:14,18
**straight** 61:2,5
**stress** 73:16 104:13
**stroke** 98:18
**strong** 27:11
**stuff** 39:19 49:23 80:20 81:2
  99:3 109:24 110:3
**stupid** 65:6,8,9 84:22
**subject** 71:20
**subscribed** 4:16,18 112:18
**sue** 9:14 16:3,6,25 22:13
**sued** 17:17
**suing** 46:13
**summer** 98:12
**support** 95:20
**supposed** 85:8 109:7
**sure** 16:10 19:23 48:18 55:8
  66:12 72:2 82:20 98:19

107:22

**sworn** 4:16,19 5:11 112:6
**sympathize** 65:14
**sympathized** 65:15

---

**T**

**T** 4:2,2
**table** 11:8
**take** 11:7,9 24:13,15 48:16
  55:2,4 67:22 68:20 74:5
  82:14 87:17 93:24 94:8
  95:22 96:14 97:2,15,18
  98:16,23 99:2 103:18,23,24
  104:8 107:19
**taken** 111:4,7 112:8
**talk** 33:22 34:14,20 36:3,7,23
  39:18 46:18,23,24 47:12
  48:4 49:19,20,21 58:17
  60:8,14 62:2,5 63:6,18 64:2
  68:16 69:7 71:20 72:11
  75:4 76:16 80:5 85:5,24,25
  86:4 98:12 100:23,24
  102:13 109:24 110:3
**talked** 18:6,22 20:13 22:5
  47:19 61:3,4 62:4 66:3,10
  66:23 67:5 74:23 75:24
**talking** 20:15 33:16 34:16,21
  40:14 42:17 44:23,25 45:4
  45:16 51:19 70:21 71:17,19
  91:21,24
**tape** 6:24 7:8 9:12 10:14 11:4
  12:16,22 15:11,17 16:11,20
  17:10,13,15 18:10,11,14
  20:23 21:4,16,18,23
**taped** 7:18 16:2,2 19:3 21:22
  30:7 32:16
**tape-recorded** 6:14
**taping** 7:10 11:12 12:2,8,13
**tax** 96:6 98:21 99:7
**taxes** 96:11
**teached** 50:13
**teacher** 50:12,17
**technical** 107:7
**Tefft** 60:10
**tell** 5:13 6:17,23 8:10 9:19
  10:4,6 15:10 20:20,24
  21:20 23:8 30:2,14,22 31:2
  32:22 34:6 36:14 38:18
  42:14 43:21 44:5,6 46:11
  49:16 50:6,6 51:25 53:25

56:5 57:18 60:16 61:21,23
  70:12 87:21 89:21 95:12
  97:12,22,25 98:11 99:16
  100:5,19,22 102:25 103:5
  104:10,15 109:16
**telling** 7:25 9:14,25 12:9,14
  15:12 32:15 43:2 50:21
  54:6 64:6 84:21 98:4,8
**terminate** 26:8 29:16
**terminated** 28:20,23 29:8
  31:16 33:17 74:20 76:11
  77:24 78:8,18 89:23 91:2
  91:24 105:8
**termination** 26:20,21 27:10
  29:2 33:23 81:18
**test** 93:24,25 94:3,5,8
**testified** 5:15 44:13 46:10
**testify** 14:16 44:3
**testimony** 13:9 16:17 20:4
  21:13 23:13 24:23 27:10
  28:13 47:25 48:10 68:5
  69:3
**text** 63:19 65:25 66:5,9
**texted** 65:24 66:4
**themself** 98:17
**the/on** 5:3
**thing** 45:3,10,13 46:5 47:17
  50:23 51:8,22 57:16 65:19
  67:15,17 71:19 84:6 86:11
  107:8 108:3
**things** 20:25 49:24 52:16
  53:8,12 81:11
**think** 9:21,22 10:2,3,8,9,25
  11:8 15:14 17:4,19 19:7
  23:2,19 24:6 28:3 31:23
  32:21 34:22,23 39:9 45:8
  52:21 53:6 54:14 55:17
  59:7,8 63:18 70:9,19 74:19
  77:15,16 78:13,21,25 83:16
  83:16 86:3 88:5,21 89:9,10
  89:16 90:14 94:24 99:5
  100:13 101:25 102:8 109:9
**thinking** 9:6 16:25 60:11
**third** 83:14
**thought** 43:2 52:5 66:17
  67:15 69:20,23 79:18 84:19
**three** 14:8 15:18 16:20 34:17
  40:16,17 51:5 58:5 63:9
  68:15 69:7,15 72:3 76:1
  76:19 87:3

**Thursday** 14:10 66:13 67:5
**time** 4:12 9:7 12:19,25 13:8
  13:11,20 14:3,9 16:16,25
  18:15 19:17 20:3 21:12
  23:12,25 24:22 25:9,17,20
  28:12 32:5 40:2 47:24 49:4
  49:7 52:20 53:10,14,24
  61:8 67:25 68:4 69:2 82:4,8
  82:9,10,22 87:4,5 92:14
  94:11 96:14,21 97:3,13,23
  104:5,5,7 105:3,4,5,7,7
  110:10,17 111:5 112:9
  114:8
**times** 9:9 13:19 14:4,7 15:18
  16:5,21 67:18 68:19 69:12
  70:14,16 71:9,12,12,13
  101:25 102:5 103:2 108:4
**title** 111:5 112:9
**today** 17:3,4 19:20 20:7,20
  22:7 98:8
**told** 31:14 36:21 37:12 42:6
  43:21 47:7,17 57:13 58:24
  60:11,13 61:6,17,23,24 62:2
  62:4 63:18,20,22,25 64:7,8
  64:24 65:12,13,16,23 72:6,8
  76:16 77:9,11 81:25 85:7
  85:18,21 86:3,5 87:2,20
  88:2,5 91:12,14,16,16,25
  92:8,16 95:6,7,16 98:2,3,5,9
  98:13 100:15 101:20 102:3
  102:10 103:3,3 106:18
**Tom** 62:19 63:10,18 64:5,7,8
  65:16,16 74:24 81:3
**Tom's** 64:12
**tone** 35:24
**Toni-Anne** 92:4,5 108:14,15
  109:25 110:4,7,8
**Tony** 85:5,7,8 91:4
**top** 68:19 69:11 88:9
**training** 80:6 95:18,23
**transcribe** 27:4
**transcript** 111:13 112:7,10
  114:9
**transcription** 16:11
**treat** 86:6
**trial** 4:12
**tried** 62:2 92:5,13
**trip** 85:21
**true** 8:5 22:18 47:16 48:7
  56:25 79:10 112:10 114:9

**truth** 5:14,14,14
**truthful** 19:16 20:22 21:22
   22:9 23:8,24
**try** 42:23 67:11 68:7 100:18
   103:20 104:8
**trying** 10:5 86:21 89:16 92:3
   93:7
**Tuesday** 73:19,22 74:4,9
**turned** 70:22 71:2,6
**twice** 14:5
**two** 14:6,8 18:9 37:11 53:12
   58:5 63:9 66:22 67:4 83:9
   97:16 98:25 100:19 110:15
**type** 56:24 57:8 69:21 107:4
**typewritten** 111:9
**typic** 106:20 107:5
**typo** 106:25 107:15

### U

**U** 4:2
**Uh-huh** 101:3,10 102:6
   103:12
**uncivilized** 36:5 37:2 46:24
   65:9,10
**uncomfortable** 43:23
**understand** 20:11 28:8 33:24
   38:22 60:21,23 63:20 65:13
   70:24 71:22 75:14 84:23
**understanding** 28:19,22 29:7
   59:10 85:23
**understands** 64:9
**understood** 84:7
**Unfair** 26:4,5
**United** 1:1 24:8
**universal** 39:11,12,13 41:8
**unpleasant** 41:2
**untrue** 47:11 48:3
**untruthful** 21:2
**ups** 29:18,20,21
**upset** 37:3,4 46:25 77:10 85:4
**use** 10:13
**usually** 44:24 57:9 75:12
   97:14
**U.S** 24:6 36:12,16 37:5,6,10
   39:2,3,3 53:5

### V

**v** 1:5
**VALLAS** 2:3 9:3 10:7 12:23
   14:20 15:22 16:9 17:7,18

17:22 18:12,16 19:22 20:10
   21:7 23:5 24:2,16 25:19
   26:24 28:24 38:9 39:16
   40:7,20 41:4,13 43:18,24
   44:12 45:11,15 47:13 48:8
   48:16,21,25 49:14 52:23
   54:25 55:4,8,14,25 57:12
   64:20 65:4 66:19 67:21
   82:13,16,20 85:15 87:10,16
   89:24 107:2,22 110:15,19
**verbal** 27:2
**verbal/audible** 11:19
**Vickie** 85:12,12,14,18,21
   99:17,20
**voice** 35:23

### W

**Wait** 69:25
**waiting** 62:19
**waived** 4:7
**walk** 39:17,18 42:23 50:19
   71:14 77:19
**walked** 71:3 76:17,19 77:21
   81:3
**walking** 103:21
**want** 6:11 7:11 11:11,14,20
   12:3 13:14 15:3,3 17:25
   18:16 24:5 25:15,16 26:3
   26:14,17,22,23 29:6 33:22
   35:2,24 46:3 54:25 56:19
   58:24 84:7 85:4 86:19
   87:16 88:24 89:19 98:15
   101:17 103:9,10 104:10,14
**wanted** 8:22 22:13,20,23
   23:15 24:3,4,11 25:2,7
   26:11,16 27:7 28:6,6 76:23
   76:24,25 84:5,8 86:15
   97:13,17,22 109:17
**wasn't** 9:6 10:25 11:3 16:3,25
   28:8 39:20 41:5 47:15 48:7
   69:22
**watch** 41:25 43:10 50:22
**WATER** 2:20
**way** 34:23 36:6,25 47:9 52:4
   56:15,15 70:19 79:13 84:6
   84:8 86:6,7 89:8
**website** 105:23 108:12,17
**Wednesday** 1:14 5:4 66:13
   73:19,25 74:12,12
**week** 66:18 97:16

**weekend** 67:12 68:8
**weeks** 43:13 104:22
**weight** 34:15 35:5,11,12,13
   36:12 37:7,11 38:11 39:2,8
   39:10,20,23,25 40:2 41:7,17
   41:18,20 42:7,15,20 43:3,13
   44:16,20,21 45:2,9,21 47:12
   48:5 49:11,20,22 50:2,19,22
   51:4,23 52:2,6
**went** 7:17 20:19 37:14 53:10
   53:11,14 54:2 57:22 59:19
   59:22 60:2,8,24,25 61:3,5,6
   63:15 71:7 72:24 73:4,11
   73:19,24 74:11,23 75:4,24
   75:25 81:15,16 83:8 85:3
   86:13,21 105:15
**weren't** 26:2 59:25 60:3,24
   61:10 62:3 79:5,10
**we'll** 60:14 62:5 87:3 107:20
**we're** 35:9,10 38:11 45:9
   52:5 63:4,6,11 66:12 72:18
**WHEREOF** 114:12
**withholding** 96:7,11
**witness** 5:10 24:14 36:10
   48:10 55:3,12 66:21,25
   67:19,23 77:22 82:15,18,21
   85:17 87:13,18 114:12
**woman** 85:14,16 108:15,16
**word** 22:4,4 34:25 36:17
   70:21 93:8 102:18
**words** 26:13 35:25 36:19
   59:15 64:12 89:7
**word-for-word** 65:19
**work** 33:8,15,20 39:14 42:12
   42:23 45:5,7 46:5 49:13
   50:10 56:19 61:11,13 62:15
   72:7,13,16,17 73:2,18,20,24
   74:13 79:15,20 80:2,3 81:9
   82:11 83:19,22,24 86:14,16
   86:17,22 89:14 90:7,24
   92:8,10 93:23 94:11 95:20
   95:24 106:10 107:6,7 108:7
   108:21 109:8,12,15
**worked** 49:3 51:5 60:10
   79:12 82:22 89:12 90:25
**worker** 45:23
**working** 33:5,13,17 49:5,7,8
   79:17 83:3 86:18 89:22
   90:3,15 91:13,17,23 92:2,17
   94:11 104:25 106:14,18

110:5,6,9
**workplace** 45:10,14
**world** 41:9
**worry** 63:23
**wouldn't** 9:19 10:4,18,23
    11:20 12:3 68:14 69:5,14
    75:16 86:17
**write** 109:11
**written** 61:18
**wrong** 22:2 62:8 77:17

---

### Y

**Yeah** 79:25 95:8 100:25
    101:25
**year** 58:4,8 82:25 83:2 94:9
    110:11
**years** 49:6,9 50:25,25 51:5
    90:19 98:25
**York** 1:2 2:7,15 5:7 101:25
    102:5 103:2 112:20 114:6
**YOUNG** 2:21
**YUZEK** 2:12

---

### $

**$500,000** 9:14

---

### 1

**10** 50:25
**10016** 2:7
**10177** 2:15
**11** 1:14 5:4 50:25
**11th** 97:18
**12** 1:5 78:22
**12:30** 78:22
**1808** 1:5

---

### 2

**2:19** 1:15
**2:35** 24:18
**2:41** 24:19
**20** 112:19
**2011** 98:22
**2012** 97:17 98:22
**2013** 106:15,19 107:14
**2014** 1:14 5:5
**212-571-2000** 2:8
**212-907-9603** 2:16
**250** 2:14
**26th** 97:18
**273** 82:11

---

### 3

**3:04** 48:19
**3:09** 48:20
**3:16** 55:6
**3:17** 55:7
**3:30** 68:23
**3:34** 68:24
**35th** 71:25
**37** 71:25

---

### 4

**4** 84:20
**4:10** 107:23
**4:17** 107:24
**4:20** 1:15 110:25
**4:30** 61:9 84:20
**401** 2:6

---

### 5

**5** 3:3 84:13
**5,000** 84:13

---

### 6

**6** 5:19
**6:30** 85:7

---

### 8

**8:30** 63:15 67:9 72:4

---

### 9

**9th** 2:6
**91** 57:23 98:14