UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---------------------------------------

SOHEILA HEXEMER,

                          Plaintiff(s),

  -v-           Case No.:12 CIV. 1808 (LEK/CFH)

GENERAL ELECTRIC COMPANY;

GID GLOBAL, LLC. and JOSE GARCIA,

in his professional and individual

capacities,

                          Defendant(s).

---------------------------------------


DEPOSITION OF:

JARED YORK

HELD: WEDNESDAY, JUNE 11, 2014

11:55 a.m.  - 1:38 p.m.


Reported by:

ROBERTA-ANNE SCHMITT

[Page 2]

1

2    SCHENECTADY, NEW YORK

3

4              This is the Deposition of JARED YORK,

5    appearing on behalf of the DEFENDANTs herein, held

6    at GENERAL ELECTRIC COMPANY, located at 1 River

7    Road, Schenectady, New York, commencing at 11:54

8    a.m., on JUNE 11, 2014, before Roberta-Anne

9    Schmitt, Court Reporter and Notary Public in and

10   for the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2     A P P E A R A N C E S

3     GEORGE VALLAS, ESQ.

4     THE OTTINGER FIRM, P.C.

5     Attorneys for Plaintiff(s)

6     401 Park Avenue South 9th Fl.

7     New York, NY 10016

8     p:  212-571-2000

9     e:  George@ottingerlaw.com

10

11    DAVID G. EBERT, ESQ.

12    INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP.

13    Attorneys for Defendant(s)

14    250 Park Avenue

15    New York, NY 10177

16    p:  212-907-9603

17    e:  Debert@ingramllp.com

18

19    ALSO PRESENT:

20    GE POWER & WATER

21    BY:  MAUREEN YOUNG, ESQ.

22    COUNSEL, LABOR & EMPLOYMENT

23

24

25

[Page 4]

1

2

EXAMINATION BY                          PAGE(S)

3

JARED YORK              MR. VALLAS              7

4                TO EXHIBITS MARKED

5            (Attached to transcript)

6    PLAINTIFF'S           DESCRIPTION              PAGE

7    Exhibit A     E-mail chain Bates stamped          38

8                  GEGID20709, 710, two pages

9    Exhibit B     E-mail chain, Bates stamped         40

10                 GEGID20706, one page

11   Exhibit C     E-mail, Bates stamped               44

12                 GEGID20707, one page

13   Exhibit D     E-mail, Bates stamped               51

14                 GEGID20724, one page

15   Exhibit E     E-mail chain, Bates stamped         62

16                 GEGID20720, 721, two pages

17   Exhibit F     E-mail chain, Bates stamped         66

18                 GEGID20704, 705, two pages

19

20

21

22

23

24

25

1

2          INDEX TO EXHIBITS MARKED (cont'd)

3   PLAINTIFF'S          DESCRIPTION                    PAGE

4   Exhibit G      Plaintiff's Notice of              67

5                  Deposition Pursuant to Rule

6                  30(b)(6) To Defendant

7                  General Electric Company,

8                  five pages

9   Exhibit H      Defendants' Responses to           70

10                 Plaintiff's First Set of

11                 Interrogatories to

12                 Defendants, double-sided, 14

13                 pages

14

15

16

17

18

19

20

21

22

23

24

25

1

2   F E D E R A L       S T I P U L A T I O N S

3         IT IS HEREBY STIPULATED AND AGREED

4       by and between the attorneys for the

5       respective parties hereto that filing,

6        sealing and certification be and the

7             same are hereby waived.

8

9         IT IS FURTHER STIPULATED AND AGREED

10       that all objections, except as to the

11      form of the question, shall be reserved

12            to the time of the trial.

13

14        IT IS FURTHER STIPULATED AND AGREED

15       that the within examination may be

16       subscribed and sworn to before any

17      notary public with the same force and

18          effect as though subscribed

19           and sworn before the court.

20

21

22

23

24

25

1

2           THIS IS THE ORAL DEPOSITION OF JARED

3    YORK, appearing on behalf of the DEFENDANTs

4    herein, produced pursuant to NOTICE on June 11,

5    2014, before ROBERTA-ANNE SCHMITT, a Court

6    Reporter and Notary Public in and for the State of

7    New York.

8                    * * * * * * *

9                      JARED YORK

10          called as the witness, hereinbefore

11   named, being first duly cautioned and sworn or

12   affirmed by ROBERTA-ANNE SCHMITT, the Court

13   Reporter and Notary Public herein, to tell the

14   truth, the whole truth, and nothing but the truth,

15   was examined and testified as follows:

16                    EXAMINATION

17   BY MR. VALLAS:

18       Q.   Hi.  My name is George Vallas.  We

19          just met a moment ago, but I represent

20          Soheila Hexemer in claims that she's

21          bringing against General Electric and GID

22          Global, LLC.

23              I'm going to ask you a few questions

24          today.  As an initial matter, I'd just like

25          to go over some of the protocol of a

1

2     deposition.

3          Do you understand that you've just

4     been sworn in by the court reporter?

5     A.    I do.

6     Q.    And that you'll be testifying under

7     oath?

8     A.    I do.

9     Q.    Have you ever testified in a

10    deposition before?

11    A.    No.

12    Q.    Have you ever been a part of a lawsuit

13    before?

14    A.    No.

15    Q.    So it's important today that you give

16    oral answers to my questions, because the

17    court reporter won't be able to transcribe a

18    nod or a shake of the head.

19    A.    Right.  Understood.

20    Q.    Also, if you don't understand the

21    question or if you don't hear me, please

22    tell me to repeat the question or to

23    rephrase and I'll be happy to do so.

24    A.    Okay.

25    Q.    At any time during the deposition if

1

2       you'd like to correct an earlier answer,

3       please feel free to do so.

4       A.    Okay.

5       Q.    You can take as many breaks as often

6       as you'd like.  The only thing I ask is that

7       before you take a break, if there's a

8       pending question, you answer it before we

9       break.

10                  MR. EBERT:  Unless there's

11              some issue of privilege.

12                  THE WITNESS:  Okay.

13                  MR. EBERT:  Unless we say

14              otherwise.

15   BY MR. VALLAS:

16       Q.    Precisely right.

17       A.    Understood.

18       Q.    If you just allow me to finish my

19       questions fully before you answer; likewise,

20       I'll do my best to let you finish your

21       answer fully without interrupting.

22       A.    Okay.

23       Q.    Just to make life easier for the court

24       reporter.

25       A.    Okay.

1

2      Q.    Are you on any medication today or

3      other controlled substances?

4      A.    I take Citalopram for --

5             MR. EBERT:  I'm sorry.

6             Anything that would affect your

7             ability to testify.

8               THE WITNESS:  No.

9             MR. EBERT:  You don't have to

10            give a medical --

11            MR. VALLAS:  Thank you for

12            that clarification.  That's

13            correct.

14   BY MR. VALLAS:

15     Q.    Have you consumed any alcohol in the

16     past six hours?

17     A.    No.

18     Q.    Are you sick at all today?

19            Are you under any medical attention?

20     A.    No.

21     Q.    Can you think of any other reason why

22     you would be unable to testify fully and

23     truthfully?

24     A.    No.

25     Q.    Do you understand that you are

1

2      represented today by an attorney?

3      A.    Yes.

4      Q.    I'd like to ask you, just as a

5      preliminary matter, what you have done today

6      to prepare for this deposition.  But to

7      clarify, I'm not asking you anything that

8      you said to your attorney or that your

9      attorney said to you.

10                  MR. EBERT:  Your attorney

11                includes Maureen.

12     A.    To clarify, you're asking what I've

13     done today?

14     Q.    What you've done in general to prepare

15     for today.

16     A.    Reviewed some of the e-mails that I

17     sent a year and a half ago; had some

18     discussions with my attorney.

19     Q.    Did you talk to anybody else about the

20     fact that you're testifying today?

21     A.    No.

22     Q.    Can you state your full name for the

23     record?

24     A.    Jared, J-A-R-E-D, Adam, A-D-A-M, York,

25     Y-O-R-K.

1

2      Q.    Did you go to high school, Mr. York?

3      A.    I did.

4      Q.    And did you graduate?

5      A.    I did.

6      Q.    What year did you graduate?

7      A.    1991.

8      Q.    And did you attend college?

9      A.    I did.

10     Q.    Did you receive a degree?

11     A.    I received a BA from State University

12     of New York at Plattsburgh and a master of

13     arts from the University at Albany.

14     Q.    And what year did you receive your BA?

15     A.    BA in 1995; MA in 2006.

16     Q.    What is your current job title?

17     A.    Manager of the operation and

18     maintenance manuals group.

19     Q.    And which company is that with?

20     A.    General Electric Company.

21     Q.    How long have you held that position?

22     A.    Since April of 2012.

23     Q.    How long have you been with General

24     Electric?

25     A.    Since 2007; September.

1

2   Q.   What I'd like to do is go over your

3   position history at General Electric, and if

4   we could work in reverse chronological

5   order, so if we could start with your most

6   recent and work our way back.

7   A.   Okay.

8   Q.   Prior to being manager of the

9   operations group what was your next most

10  recent?

11  A.   I was the project manager for the

12  thermal power plant department.

13  Q.   And how long did you hold that

14  position?

15  A.   Since September of 2007.

16  Q.   Did you hold any other positions with

17  GE?

18  A.   No.

19  Q.   What was your employment immediately

20  before joining GE?

21  A.   I worked for Granite Services

22  International as a contractor for General

23  Electric.

24  Q.   And how long were you a contractor?

25          MR. EBERT:  Approximate dates

1

2          are fine.

3                MR. VALLAS:  Strike that.

4     A.    Since 2001.

5     Q.    Just to clarify, how long were you a

6     contractor for GE?

7     A.    That entire time.

8     Q.    As project manager, what was --

9                MR. VALLAS:  Strike that.

10   BY MR. VALLAS:

11    Q.    What did your job responsibilities

12    entail?

13    A.    The delivery of power plants to

14    customers, and that entails all facets of

15    power plant delivery, from engineering,

16    sourcing, finance, contract; everything.  I

17    was responsible for everything.

18    Q.    Were you in a managerial role?

19    A.    Yes.

20    Q.    Did you supervise employees?

21    A.    I did not supervise them from an HR

22    standpoint, but I was the leader of a very

23    large complex team.

24    Q.    What would be the distinction between

25    supervising from an HR standpoint?

1

2    A.    I did not -- I was not responsible for

3    their performance evaluations.  I did not

4    hire or fire them.

5    Q.    And so what were your supervisory

6    responsibilities?

7    A.    I had to ensure that they completed

8    the tasks that they were assigned to in

9    support of the project.

10        I did have input to their managers

11   regarding their performance, but I did not

12   directly -- I was not directly involved.

13   Q.    Approximately how many employees did

14   you supervise in that capacity?

15   A.    I mean, dozens.

16        Over the life of the project, which

17   can last years, people come and go

18   throughout the course of the project.  At

19   one point you could say that I was

20   responsible for all 900 people who were on

21   site performing construction.

22   Q.    Who is your direct report in that

23   role?

24   A.    I had no direct reports in that role.

25             MR. EBERT:  Who he directly

1

2                    reported to or who directly

3                    reported to him?

4                        MR. VALLAS:  I appreciate the

5                    clarification.

6   BY MR. VALLAS:

7       Q.    To whom did you directly report?

8       A.    I had several managers over the course

9       of that position.  The manager who hired me

10      was Lynne Rollins (Phonetic Spelling), who

11      is no longer with the company, and the last

12      manager I had was Joseph Zapp (Phonetic

13      Spelling).

14      Q.    What was Mr. Zapp's title?

15      A.    Pole manager.

16      Q.    So you received a change of title in

17      April of 2012 to become manager of

18      operations group?

19      A.    That's correct.

20      Q.    And what are your job responsibilities

21      in that role?

22      A.    The management of the production

23      process by which our operation maintenance

24      manuals are delivered to customers.

25                        MR. VALLAS:  Would you read

1

2              the last answer back.

3                  (At which time, the following

4              portion of testimony was read back

5              by the stenographer:

6                  ANSWER: The management of the

7              production process by which our

8              operation maintenance manuals are

9              delivered to customers.)

10   BY MR. VALLAS:

11      Q.    Do you supervise employees in that

12   role?

13      A.    I do.

14      Q.    How many employees do you supervise?

15      A.    Currently I have one direct report.

16      Q.    And who is that?

17      A.    Kathleen Bokan.

18      Q.    What is her position?

19      A.    Team leader, operation maintenance

20   manuals.

21      Q.    And are you responsible for overseeing

22   any contractors?

23      A.    Yes.

24      Q.    And approximately how many contractors

25   are you responsible for overseeing?

[Page 18]

1

2      A.    Well, a point of clarification.   I'm

3      responsible for a master services agreement

4      with GRUPO, G-R-U-P-O, who is our production

5      supplier.

6           So in that capacity, GRUPO may staff

7      according to their needs.   I contract a

8      scope of work; they provide it.   If they can

9      do that with two people or 20, it's

10     irrelevant to me.

11     Q.    GRUPO, is that the name of the

12     company?

13     A.    GID.   They -- they -- I'm not -- it's

14     GRUPO International.

15     Q.    Is it GID Global?

16     A.    GID Global, same thing, yes.

17              MR. EBERT:   It's the same,

18          yes.

19   BY MR. VALLAS:

20     Q.    Is GRUPO the sole contractor that you

21     interact with in your current title?

22     A.    I would refer to them as a supplier,

23     but, yes.

24     Q.    When you say you would refer to them

25     as a "supplier," could you clarify what

1

2      GRUPO's --

3      A.    Well, they're a production supplier,

4      so they perform a number of functions for

5      me, but they're no different from any other

6      supplier from a -- in most cases.

7            They have a scope of work they need to

8      supply to me, period.

9      Q.    What sort of work do they do?

10     A.    They print the manuals at their shop

11     down in Mexico.  They ship them out to the

12     customers.  They handle that process for us.

13           Some of the individuals on the GRUPO

14     team are involved in the, what I would call,

15     engineering of the tables of contents for

16     the manual.  The manuals are extremely large

17     and very complex, so that's fairly

18     meticulous detailed work.  They perform some

19     of that.

20     Q.    How long has GE maintained a

21     relationship with GRUPO?

22     A.    I don't know.

23     Q.    Have they maintained a relationship

24     with GRUPO throughout your tenure?

25     A.    Yes.

1

2      Q.   You referred earlier to a master

3      services agreement?

4      A.   Yes.

5      Q.   You had no --

6              MR. VALLAS:  Strike that.

7  BY MR. VALLAS:

8      Q.   Did you have any input in the terms of

9      that agreement?

10              MR. EBERT:  Let him finish

11           the question first.

12              THE WITNESS:  Sorry.

13      A.   I signed it.

14  BY MR. VALLAS:

15      Q.   When was that agreement signed?

16      A.   I last signed it in July of 2013.

17      It's renewed yearly; if we decide to renew

18      it.

19      Q.   When the agreement comes up for

20      renewal, do you have any input in revising

21      its terms?

22      A.   If I wanted to I would, yes.

23      Q.   Have you done so in your capacity as

24      master of operations group?

25      A.   I don't remember.

[Page 21]

1

2      Q.    Did you have a relationship with GRUPO

3      when you were working as a project manager?

4      A.    I did not.

5      Q.    How closely --

6              MR. VALLAS:  Strike that.

7   BY MR. VALLAS:

8      Q.    How many employees does GRUPO

9      currently staff to GE?

10     A.    I don't know.

11     Q.    Is there anyone at GE who would be

12     aware of that?

13     A.    I don't know.

14     Q.    How closely do you supervise the work

15     of those employees?

16              MR. EBERT:  Objection to

17                 form, but if you understand you

18                 can answer it.

19     A.    I don't supervise them.

20   BY MR. VALLAS:

21     Q.    Who is your point of contact at GRUPO?

22     A.    I have contacted Jose Garcia,

23     Guillermo Garcia, and most recently, Guy

24     Liberatore, whose name I can help you spell.

25     L-I-B-E-R-A-T-O-R-E.

[Page 22]

1

2       Q.    And what's Mr. Liberatore's title?

3       A.    I don't know.

4       Q.    What sort of interactions do you have

5       with Mr. Liberatore?

6                   MR. EBERT:  I'm sorry, what

7                sort of what?

8                   MR. VALLAS:  Interaction.

9                   MR. EBERT:  Interactions.

10      A.    He is a point person for any issues

11      that I have; somebody to go to who is on

12      site in Schenectady apart from Jose or

13      Guillermo Garcia.  I'm not clear on what

14      officially his title is.

15   BY MR. VALLAS:

16      Q.    Guillermo Garcia, what is his role at

17      GRUPO?

18      A.    I don't know specifically.

19      Q.    And Jose Garcia?

20      A.    I, again, don't know specifically what

21      they call themselves.

22      Q.    A moment ago you used the phrase "on

23      site."

24            Does GRUPO have facilities on the GE

25      campus?

1

2      A.    No.   They use GE facilities on the GE

3      campus.

4      Q.    And what sort of facilities do they

5      use?

6      A.    Phones and computers and desks.

7      Q.    Do GRUPO employees get GE e-mail

8      addresses?

9      A.    They specify "non GE" on them.

10     Q.    Can you elaborate on that a little

11     bit?

12     A.    Right in the e-mail.  I'm -- I don't

13     know how it works, but when I send an e-mail

14     to somebody from GRUPO, their e-mail address

15     pops up in the address book as name, and in

16     parens, non GE.

17                 MR. EBERT:  You have examples

18             of that.

19   BY MR. VALLAS:

20     Q.    Are you familiar with the terms under

21     which GRUPO is allowed to utilize GE

22     facilities?

23     A.    I'm not.

24     Q.    Do you know who would be?

25     A.    I don't.

[Page 24]

1

2      Q.   Is that outlined in the master

3      services agreement?

4      A.   I don't know.

5      Q.   So you mentioned earlier that your

6      role as manager of operations group is to

7      review the work product of GRUPO

8      contractors, in part, your role?

9                 MR. EBERT:  Objection.  I

10                don't think that's what he

11                said.

12     A.   Yeah, I didn't say that.

13                MR. VALLAS:  I'll withdraw

14                it.

15  BY MR. VALLAS:

16     Q.   Can you describe to me again your role

17     as operations project manager?

18     A.   I oversee and manage the production of

19     the operation and maintenance manuals that

20     are delivered to our customers.

21     Q.   And the work that's done by GRUPO, the

22     work product that's done by GRUPO, do you

23     have a role in reviewing that?

24     A.   I don't, unless work is not being done

25     properly; in which case I would investigate

1

2      why it's not being done properly.

3      Q.    Who makes the determination of whether

4      or not it's done properly?

5      A.    Well, typically an error would come in

6      from a customer or we may catch it ourselves

7      as part of the production process.

8      Q.    So when GRUPO prints out the manuals

9      or indexes the manuals and so forth, they

10     ship them out directly without any GE

11     oversight?

12     A.    No, that's not correct.

13                 MR. EBERT:  That's -- that

14                 was the answer.

15  BY MR. VALLAS:

16     Q.    So there is somebody at GE who would

17     oversee the finished work product?

18                 MR. EBERT:  Objection.  You

19                 can answer if you're able.

20     A.    Not the finished work product, no.

21     The manuals are too big.

22  BY MR. VALLAS:

23     Q.    So just so that I understand, GRUPO's

24     role is to print out manuals to ship them to

25     index table of contents as you mentioned

[Page 26]

1

2      earlier?

3      A.    I'd say that's accurate, yes.

4      Q.    From the time that they begin indexing

5      and printing and shipping to clients, is

6      there anyone at GE who has direct oversight

7      over that process?

8      A.    I don't know how to answer that.  Can

9      you elaborate or ask that a different way?

10     Q.    Sure.

11           You testified a little bit earlier

12     that you would review GRUPO's work product

13     if an error was brought to your attention.

14              MR. EBERT:  Is there a

15              question?

16   BY MR. VALLAS:

17     Q.    Is that correct?

18     A.    Can you repeat that?

19     Q.    I believe you testified earlier that

20     you would review GRUPO's work product.

21     A.    No.  I review any issues pertinent to

22     manuals that come up.

23     Q.    Who would bring those issues to your

24     attention?

25     A.    Could be a customer, could be an

1

2      internal person who realized there was

3      something inaccurate.  More than likely it

4      was somebody on my team.  Either a GRUPO

5      person brought it to somebody on my team or

6      somebody on my team found it directly.

7      Q.   Do you or anybody on your team have a

8      regular process or procedures for

9      identifying those issues or is it just

10     incidentals, it's just randomly noticed?

11     A.   I would say it's primarily incidental.

12     We do our best to put processes in place to

13     catch such issues, but by and large they

14     come in as issues, defects.

15     Q.   Can you describe to me what you mean

16     by your "team"?

17     A.   I have one direct report, Kathleen

18     Bokan.  I had two dotted-line reports who

19     currently work for our power generation

20     services organization, who functionally

21     report to me but directly report, again, to

22     that power generation services manager.

23          So those three individuals I would

24     consider my team.

25     Q.   And who are the two dotted-line

1

2      reports?

3      A.    Sarah Hill and Scott Powers.

4            In addition, there is a counterpart

5      organization at our facility in Belfort,

6      France who has a lead for the manuals that

7      come out of that group with whom I am

8      closely aligned and I would consider part of

9      my team.

10           That is a GE employee.  All of those

11     individuals are GE employees.

12     Q.    At the organization in France?

13     A.    And the two that I mentioned that are

14     here at PGS.  That's just another arm of

15     General Electric.

16     Q.    I'm sorry, what do you mean by "PGS"?

17     A.    I work for Power and Water; those two

18     individuals work for Power Generation

19     Services.

20     Q.    And just describe the two individuals

21     to whom you're referring.

22     A.    Scott Powers and Sarah Hill.

23     Q.    What's Scott Powers title?

24     A.    Customer support specialist.  He

25     doesn't have a really hard and fast title.

[Page 29]

1

2          He's on the O and M manual team.

3     Q.     As we go forward, just so I don't have

4     to keep asking, if you use an acronym,

5     especially for the first time, just describe

6     what it means.

7     A.     Sure.

8     Q.     So you said O and M?

9     A.     Operations and maintenance.

10    Q.     And Sarah Hill, what's her title?

11    A.     Same as Scott:  Customer support

12    specialist.

13    Q.     Do Ms. Hill and Mr. Powers share

14    facilities with GRUPO employees?

15    A.     No.

16           Perhaps you could clarify the

17    question.

18    Q.     Do they work in the same offices?

19    A.     They work in the same building.

20    Q.     Do they have interaction with GRUPO

21    members?

22    A.     Occasionally.

23    Q.     And what would be the nature of that

24    interaction?

25    A.     If a GRUPO person had a question, if a

[Page 30]

1

2       GRUPO person found some kind of an error

3       they wanted to report back to the team.

4       Q.    Do they have any supervisory

5       authority --

6       A.    No.

7       Q.    -- over GRUPO employees?

8       A.    Sorry.  No, they do not.

9               MR. EBERT:  Sorry.  Does who

10              have supervisory?

11              MR. VALLAS:  Right now I'm

12              referring to Ms. Hill and

13              Mr. Powers.

14              MR. EBERT:  Okay.

15   BY MR. VALLAS:

16      Q.    Do you, yourself, have any supervisory

17      authority over any GE employees?

18      A.    I do not.

19              Wait.  Over any GE employees?

20      Q.    I'm sorry.  That was an error.

21              Over any GRUPO employees.

22      A.    I do not have any supervisory role

23      over any GRUPO employees.

24      Q.    Other than the three GRUPO employees

25      you mentioned earlier:  Jose Garcia,

1

2       Guillermo Garcia, and Guy Liberatore, do you

3       have any interaction with any other GRUPO

4       employees?

5       A.    Occasionally; rarely.

6       Q.    What would be the nature of that

7       interaction?

8       A.    If I had a question about something

9       that GRUPO does that was of a more

10      operational nature or a simple question.

11            Many of the GRUPO people have been

12      around a lot longer than I have, quite

13      frankly, so I might ask them a question.

14      Apart from that ...

15      Q.    Are you ever involved in disciplining

16      any GRUPO employees?

17      A.    No.

18      Q.    Okay.  I'd like to turn to a slightly

19      different matter.

20            Are you familiar with Ms. Soheila

21      Hexemer?

22      A.    Yes.

23      Q.    And how do you know Ms. Hexemer?

24      A.    She's a former GRUPO employee.

25      Q.    Do you know what her role at GRUPO

[Page 32]

1

2      was?

3      A.    I don't.

4      Q.    Do you know when she began working at

5      GRUPO?

6      A.    I don't.

7      Q.    Do you remember when you first became

8      acquainted with Ms. Hexemer?

9      A.    I don't.

10                MR. EBERT:  If ever.

11                MR. VALLAS:  I believe he

12           testified that he knew her.

13   BY MR. VALLAS:

14      Q.    Did you have any interactions with

15      Ms. Hexemer while she was employed by GRUPO?

16      A.    Yes.

17      Q.    Can you describe the earliest of those

18      interactions?

19      A.    I can't.  I don't remember the first

20      time I saw her or met her.  She was another

21      one of the GRUPO people who were part of

22      that team.

23      Q.    Do you remember an incident that arose

24      between Ms. Hexemer and Ms. Hill while

25      Ms. Hexemer was employed by GE?

[Page 33]

1

2             MR. EBERT:  Objection.  She

3             wasn't employed by GE.

4   BY MR. VALLAS:

5      Q.    While Ms. Hexemer was employed by

6   GRUPO?

7      A.    I remember an incident, yes.

8      Q.    Can you describe to me your

9   recollection of what that incident involved?

10     A.    I can describe my recollection of what

11   Sarah Hill told me following the incident.

12     Q.    Please.

13     A.    My recollection is that Sara came to

14   me very upset because she had been -- there

15   had been some kind of a joke told by Soheila

16   to a couple of other GRUPO folks in the

17   presence of Sarah or nearby her cube or

18   something to that effect.

19            She -- Soheila got --

20            Sarah said something to the effect

21   that, you know, Americans may not like it

22   when people joke about their weight, at

23   which point Soheila became very upset,

24   emotional, voice raised, I believe.  She

25   started crying, and generally an incident

1

2       happened.

3              Sarah came to me because she was upset

4       that Soheila had accused her of being

5       prejudice and she was just very upset by the

6       whole situation.

7       Q.    Let's back up just for a moment.

8              Do you remember approximately when

9       this incident occurred?

10      A.    Late October of 2012.

11      Q.    Okay.  Do you remember any more

12      precisely than that?

13      A.    I don't.

14      Q.    Okay.  Did Miss Hill approach you on

15      the same day that this incident occurred?

16      A.    I don't know.

17      Q.    You said she was very upset.  How do

18      you know that she was very upset?

19                    MR. EBERT:  Who was very

20                upset?

21                    MR. VALLAS:  Excuse me.

22   BY MR. VALLAS:

23      Q.    You said Ms. Hill was very upset when

24      she approached you.

25              Was she crying?

[Page 35]

1

2    A.    No.

3    Q.    Was she angry?

4    A.    No.

5    Q.    What made you think that she was

6    upset?

7    A.    The words, the way she was describing

8    the incident.  She seemed distraught I would

9    say is the best word.

10   Q.    Did she describe to you in detail what

11   was said?

12   A.    She did, but I don't remember every

13   detail of what she said.

14   Q.    You say that she was upset because

15   Ms. Hexemer called her prejudice?

16   A.    That was one of the points.

17   Q.    How did you respond to Miss Hill's

18   account?

19   A.    I said -- and I'm paraphrasing --

20   Okay.  Stay away from her.  Let's let things

21   calm down and see what happens.

22         I believe we agreed to let the weekend

23   transpire and see how things were going on

24   Monday.

25   Q.    I believe you testified that this

1

2      incident occurred near Ms. Hill's cube?

3      A.    Uh-huh.

4      Q.    Is Miss Hill's cube located in close

5      proximity to the workplaces of other GRUPO

6      employees?

7      A.    What's close proximity?

8      Q.    In the same room.

9      A.    The whole floor is one room, so yes.

10     Q.    Is there any way that GE employees are

11     distinguished from GRUPO employees in that

12     room?

13                 MR. EBERT:  Objection.  Just

14                 when you say "distinguished"

15                 meaning what?

16  BY MR. VALLAS:

17     Q.    If someone were to walk in the room,

18     is there a clear demarcation between GE

19     employees and GRUPO employees?

20     A.    When we were in that building they sat

21     in different rows.

22     Q.    Would it have been feasible for

23     Ms. Hill to stay away from Ms. Hexemer

24     given --

25                 MR. EBERT:  Objection.  You

1

2                   can answer.

3      A.    My understanding is that they were

4      chatting with Sarah, and by "they" I mean

5      Jacob Tefft, Joe Hunt and Soheila, were

6      standing outside Sarah's cube talking to her

7      in a, frankly, non-work capacity chatting

8      and the joke was made and then the incident

9      happened.

10          But to answer your question, they

11     could easily sit in their cubes and be

12     divided from each other.

13  BY MR. VALLAS:

14     Q.    Were they required to interact with

15     one another for professional reasons?

16     A.    Is that a question?

17     Q.    Yes.

18     A.    Are they required?

19     Q.    Were they at the time --

20     A.    No.

21     Q.    -- Ms. Hill and Ms. Hexemer, required

22     to interact with each other?

23     A.    No.  Their job duties did not require

24     them to interact with each other.

25     Q.    When you told Ms. Hill to stay away

1

2        from Ms. Hexemer, did you say anything else

3        during that conversation?

4        A.    I don't remember specifically what I

5        said.

6        Q.    Did you, at that time, decide to take

7        any further action regarding the incident?

8        A.    I did not.

9        Q.    Did you, at that time, ask Ms. Hill to

10       document her recollection of the incident?

11       A.    I did not.

12       Q.    Did you, at that time, report the

13       incident to anyone else at GE?

14       A.    I don't remember.

15                MR. VALLAS:  I'd like to ask

16                the court reporter to mark this

17                Plaintiff's Exhibit A.  I

18                apologize, I only have two

19                copies.

20                MR. EBERT:  All right.  If

21                you describe what it is, I'm

22                sure we have a copy.

23                MR. VALLAS:  It is a Friday,

24                October 26, e-mail from Sarah

25                Hill to Jared York sent at

1

2          11:18 a.m.

3               MR. EBERT:  Okay.  We have

4          it.

5               (Plaintiff's  Exhibit A, E-mail

6          chain Bates stamped GEGID20709, 710,

7          two pages, was received and marked

8          for identification; exhibit appended

9          to transcript.)

10   BY MR. VALLAS:

11        Q.    Mr. York, I'd like you to take as much

12    time as you like to review that and just let

13    me know when you're finished.

14        A.    I'm good.  I remember seeing it.

15        Q.    Do you remember receiving that e-mail?

16        A.    I do.

17        Q.    On the very top of the e-mail that was

18    sent from Sarah Hill to Sarah Hill, the

19    subject 25 Oct 12 incident.

20        A.    Uh-huh.

21        Q.    First line says, Events that took

22    place 25 Oct 12 approximately 4:15 at

23    Sarah's cube.

24             Does that refresh your recollection as

25    to the date this occurred?

[Page 40]

1

2      A.    Sure.

3              MR. EBERT:  I'll stipulate as

4           to the dates when things

5           happened based on the e-mails.

6           It's not going to be

7           controversial.

8              MR. VALLAS:  Sure.  No, no,

9           I'm trying to work out the

10          chronology here.

11             MR. EBERT:  Sure.

12   BY MR. VALLAS:

13      Q.   Do you know why Ms. Hill wrote that

14   e-mail to herself?

15      A.   I don't.

16      Q.   Do you know why she forwarded it to

17   you?

18      A.   I don't.

19      Q.   Did she, at any subsequent time,

20   explain to you why she forwarded it to you?

21      A.   I don't recall her doing so, no.

22      Q.   Did you ever ask her why she sent it

23   to you?

24      A.   No.

25      Q.   Did you do anything in response to

[Page 41]

1

2          this e-mail?

3          A.     I didn't.

4          Q.     Did you forward it to anybody?

5          A.     I don't recall.

6                      MR. VALLAS:  I would like to

7                 ask the court reporter to mark

8                 this Plaintiff's Exhibit B.

9                      (Plaintiff's  Exhibit B, E-mail

10                chain, Bates stamped GEGID20706, one

11                page, was received and marked for

12                identification; exhibit appended to

13                transcript.)

14                     MR. EBERT:  Can you describe

15                what B is, please?

16                     MR. VALLAS:  B is an e-mail

17                that was sent from Sarah Hill

18                to Jared York on October 26,

19                2012, at 11:28.  The subject is

20                Re: Issue with GRUPO

21                contractor.

22                     MR. EBERT:  Got it.

23                     MR. VALLAS:  Oh, was going to

24                give you the Bates numbers.

25                     MR. EBERT:  No, I don't want

[Page 42]

1

2            Bates numbers.  What am I going

3            to do with Bates numbers?

4                MR. VALLAS:  Okay.

5    BY MR. VALLAS:

6        Q.    Mr. York, please take as much time as

7        you need to to review that e-mail.

8        A.    Okay.

9        Q.    Just let me know when you're finished.

10       A.    Yup.  I remember this one too.

11       Q.    The second e-mail on this page that

12       was sent from you to Sarah, 11:18 p.m --

13       excuse me, 11:18 a.m. on October 26th.

14            Do you recognize that e-mail?

15       A.    Yes.

16       Q.    Do you remember writing it?

17       A.    Yes.

18       Q.    Do you remember for what purpose you

19       wrote that e-mail?

20       A.    I was preparing a letter to or an

21       e-mail to Jose Garcia regarding this

22       incident.

23       Q.    Why were you preparing an e-mail to

24       Jose Garcia?

25       A.    I wanted to make him aware of an issue

[Page 43]

1

2          with one of his employees.

3          Q.    When did you decide that you had to

4          make Mr. Guillermo aware of an issue with

5          one of his employees?

6                    MR. EBERT:  Objection.  You

7                    can answer.

8          A.    I was going to say at some point

9          between Exhibit A and Exhibit B.

10   BY MR. VALLAS:

11         Q.    Did anything happen in that time

12         period that made you make that decision?

13         A.    I don't remember.

14         Q.    Do you remember approximately when in

15         that intervening period you decided to make

16         that decision?

17         A.    I don't.

18                But based on the dates, it was a

19         45-minute window.

20                    MR. EBERT:  Whenever it's

21                    convenient for you I just want

22                    to take a very short break,

23                    five-minute break.

24                    MR. VALLAS:  Right now is

25                    fine with me.

[Page 44]

1

2              MR. EBERT:  Okay.

3              (Recess held from 12:35 P.M. until

4         12:40 P.M. )

5              MR. VALLAS:  Could you read

6         back the last question and

7         answer.

8              (At which time, the following

9         portion of testimony was read back

10        by the stenographer:

11             QUESTION:  Do you remember

12        approximately when in that

13        intervening period you decided to

14        make that decision?

15             ANSWER:  I don't.  But based on

16        the dates, it was a 45-minute

17        window.)

18             MR. VALLAS:  Thank you.

19   BY MR. VALLAS:

20   Q.    Mr. York, why did you decide to

21   contact Mr. Guillermo about an issue with

22   one of his employees?

23   A.    I felt it was serious enough that it

24   should be brought to his attention.

25   Q.    Had you ever done so before?

[Page 45]

1

2      A.    I don't remember.

3      Q.    Let me rephrase that.

4            Had you ever contacted Mr. Guillermo

5      or any other GID Global employee about

6      issues with their employees?

7      A.    No.

8                 MR. VALLAS:  I'd like to ask

9                 the court reporter to mark a

10                document Plaintiff's Exhibit C.

11                   (Plaintiff's  Exhibit C, E-mail,

12                Bates stamped GEGID20707, one page,

13                was received and marked for

14                identification; exhibit appended to

15                transcript.)

16                 MR. EBERT:  Can you describe

17                this?

18                 MR. VALLAS:  Sure.  It's an

19                e-mail, Bates number

20                GEGID20707, e-mail from Jared

21                York to Sarah Hill sent

22                October 26, 2012, 11:21 a.m.

23                 MR. EBERT:  Got it.

24   BY MR. VALLAS:

25      Q.    Please just take a moment to look at

[Page 46]

1

2      that, and as soon as you're ready --

3      A.    I'm all set.

4      Q.    Do you notice the e-mail on the top

5      that was sent by you to Sarah?

6      A.    I do.

7      Q.    Just for the sake of clarity, would

8      you just read the first line into the

9      record, the first two lines into the record?

10     A.    (Reading from Document)

11          I accidentally hit send on this,

12     smiley face.

13                MR. EBERT:  I didn't picture

14           you as a smiley face kind of

15           guy.

16     A.    (Reading from Document)

17          But these were the words that I was

18     thinking of sending to Jeannine.

19   BY MR. VALLAS:

20     Q.    Does that refresh your recollection

21     about the purpose of the e-mail from you to

22     Sarah sent at 11:18 a.m.?

23     A.    Well, I believe I knew the purpose.  I

24     wanted to send that to Jose.

25     Q.    In the e-mail marked Plaintiff's

1

2       Exhibit C, I believe you said, These are the

3       words I was thinking of sending to Jeannine.

4           Who was Jeannine?

5       A.    She was my HR manager at the time.

6       Q.    What is her full name?

7       A.    Jeannine Parkes, P-A-R-K-E-S.

8       Q.    What is her title?

9       A.    At the time she was my HR manager; I

10      don't know what her title is now.

11      Q.    Is she a GE employee?

12      A.    She was at the time; I don't know

13      where she is now.

14      Q.    So you intended to copy Ms. Parkes on

15      an e-mail to Jose.  Did you intend to

16      contact Ms. Parkes independently?

17      A.    I don't know.

18      Q.    Did you speak with Ms. Parkes about

19      this incident?

20      A.    At some point I did.

21      Q.    Do you remember when?

22      A.    I don't.

23      Q.    Do you remember if it was prior to

24      sending that e-mail?

25      A.    I don't.

[Page 48]

1

2      Q.    I'd like to turn to the e-mail that's

3      at the bottom of that chain that was sent

4      from you to Sarah Hill on 11:18.

5      A.    Okay.

6                   MR. VALLAS:  This is a little

7                   bit long, but it can be helpful

8                   to have this e-mail read into

9                   the record.

10                  MR. EBERT:  Do you really

11                  need to read it in?  We're

12                  going to have the document.

13                  MR. VALLAS:  Actually, you're

14                  right.  It's going to take too

15                  long.

16                  Withdrawn.

17   BY MR. VALLAS:

18      Q.    Can you read the first sentence into

19      the record please?

20      A.    (Reading from Document)

21           One of the GRUPO contractors,

22      parenthetical, Soheila, was apparently

23      joking with two of the other contractors,

24      parenthetical, Jake and Joe, and made a

25      derogatory reference to their weight,

[Page 49]

1

2      parenthetical, presumably intended as a

3      joke.

4      Q.    Can you identify who "Jake" and "Joe"

5      are?

6      A.    Jacob Tefft and Joe, Joseph Hunt, who

7      are both GRUPO employees.

8      Q.    Do you know what their roles are at

9      GRUPO?

10     A.    I don't.

11     Q.    Do you have any professional

12     interactions with Mr. Tefft or Mr. Hunt?

13     A.    As mentioned previously, if I had a

14     question, I might ask one of them.

15     Q.    So you were acquainted with Mr. Tefft

16     and Mr. Hunt?

17     A.    I know who they are, yes.

18     Q.    Where did you get the information that

19     forms the basis of this account?

20     A.    From Sarah's e-mail and from Sarah's

21     conversations with me.

22     Q.    When you say, "from Sarah's e-mail,"

23     is that the e-mail that was sent marked

24     Plaintiff's Exhibit A?

25     A.    Correct.

[Page 50]

1

2      Q.    It looks like that was sent to you at

3      precisely the same time you sent this

4      account to Sarah Hill.

5                 MR. EBERT:  Is that a

6             question?

7   BY MR. VALLAS:

8      Q.    I want to make sure that we are

9      referring to this e-mail when you say that

10     that's the one you base your account on and

11     not another e-mail, since they were sent at

12     a simultaneous time.

13     A.    They're a few minutes' apart.

14     Q.    I believe if you look at the second

15     e-mail in the chain on Plaintiff's Exhibit

16     C, also Plaintiff's Exhibit B, looks like it

17     was sent from you to Sarah Hill at

18     11:18 a.m. on October 26, 2012?

19     A.    Oh, yeah.

20     Q.    And then coincidentally it seems as

21     though her e-mail to you was sent at

22     precisely that time, and I just wanted to

23     ask whether there was any earlier e-mail or

24     account sent to you about this incident from

25     Sarah?

[Page 51]

1

2      A.    Apart from Exhibit A, no.

3      Q.    Had you spoken with Ms. Hill on the

4      phone?

5      A.    No, but we spoke in my office at some

6      point right after the incident happened.

7      Q.    And that's what you testified to

8      earlier?

9      A.    Correct.

10     Q.    Was there any other conversations you

11     had with Ms. Hill?

12     A.    I don't remember.

13     Q.    Did you speak with Mr. Tefft or

14     Mr. Hunt about the incident?

15     A.    I --

16              MR. VALLAS:  Strike that.

17   BY MR. VALLAS:

18     Q.    Did you speak with Mr. Tefft or

19     Mr. Hunt prior to writing the e-mail

20     outlined in Plaintiff's Exhibit C?

21     A.    No.

22     Q.    Did you speak to Ms. Hexemer herself

23     prior to the e-mail that was written in

24     Plaintiff's Exhibit C?

25     A.    No.

[Page 52]

1

2      Q.    If I could turn your attention to

3      Plaintiff's Exhibit B, the e-mail from

4      Miss Hill to you sent at 11:28.

5      A     (Witness complied with counsel's

6      request.)

7      Q.    In the first sentence it seems as

8      though Ms. Hill is offering some

9      corrections.

10          (Reading from Document)

11          For the record, it reads:  Couple of

12     things...she didn't call me "racist" but

13     said "prejudice" and said I didn't like

14     Iranians.

15          Did you make those corrections to the

16     account that you sent to Ms. Hill?

17     A.    I don't remember.

18     Q.    Did you ever send the e-mail that was

19     written by you at 11:18 to Mr. Guillermo?

20     A.    Not in this form.

21     Q.    Did you ever send it to Ms. Parkes?

22     A.    Not in that form.

23     Q.    Do you remember when you contacted

24     Mr. Guillermo about this incident?

25     A.    I don't.

[Page 53]

1

2      Q.   Do you remember when you contacted

3      Ms. Parkes about this incident?

4      A.   I don't.

5      Q.   Do you remember if you contacted

6      Ms. Parkes first or if you contacted

7      Mr. Guillermo first?

8      A.   I don't recall.

9             MR. VALLAS:  If I could ask

10            the court reporter to please

11            mark this document Plaintiff's

12            Exhibit D.

13              (Plaintiff's  Exhibit D, E-mail,

14            Bates stamped GEGID20724, one page,

15            was received and marked for

16            identification; exhibit appended to

17            transcript.)

18             MR. EBERT:  What's that,

19            George?

20             MR. VALLAS:  This is an

21            e-mail, GEGID20724, sent from

22            Jared York to Sarah Hill

23            October 30th, 2012, 3:50 p.m.

24   BY MR. VALLAS:

25      Q.   Please take as much time as you need.

1

2      A.    Yup, I remember this one.

3      Q.    We'll just wait until your attorney.

4            MR. EBERT:  I'm good.  I'm

5            good.

6   BY MR. VALLAS:

7      Q.    I'd like to direct your attention to

8      the second e-mail in that chain, Mr. York,

9      that was sent from you to Guillermo Garcia,

10     October 30th, 2012, 3:47 p.m., and also to

11     Jose M.

12           Is "Jose M." Jose Garcia?

13     A.    Yes.

14     Q.    And you testified earlier that when a

15     GRUPO contractor is provided with a GE

16     e-mail address, the signature it will pop-up

17     non GE?

18           MR. EBERT:  Not in the

19           signature, but --

20   BY MR. VALLAS:

21     Q.    In the e-mail --

22           MR. EBERT:  Address.

23   BY MR. VALLAS:

24     Q.    -- address pops up non GE?

25     A.    Right.  As you see on this page.

[Page 55]

1

2    Q.    Is that an example of that?

3    A.    Right, yes.

4    Q.    Do you know if this is something that

5    would show up if Mr. Guillermo were to send

6    an e-mail to somebody not -- who didn't have

7    him in his address book, or is this a

8    function of your GE address book?

9    A.    I don't know.

10   Q.    Do you remember sending this e-mail to

11   Guillermo and Jose?

12   A.    I do.

13   Q.    Was this your first contact with --

14            MR. VALLAS:  Forgive me for

15            using their first names.

16            Mr. Garcia and Mr. Garcia seems

17            confusing.

18            MR. EBERT:  That's fine.

19   BY MR. VALLAS:

20   Q.    -- with Guillermo and Jose about this

21   incident?

22   A.    Yes.

23   Q.    You hadn't spoken to either of them

24   prior to this?

25   A.    About the incident?

[Page 56]

1

2      Q.    That's correct.

3      A.    No.

4      Q.    Had you spoken to anybody at GRUPO

5      about this incident prior to this e-mail?

6      A.    No.

7      Q.    Did you receive a response to this

8      e-mail from either Mr -- from either

9      Guillermo or Jose?

10     A.    I did.

11     Q.    What form did that response take?

12     A.    Telephone call.

13     Q.    From whom did you receive a telephone

14     call?

15     A.    They were either on a speakerphone or

16     conferenced together, but from both of them.

17     Q.    Do you remember approximately when?

18     A.    I don't.  I could say approximately

19     within a day or two of me sending this

20     e-mail.

21     Q.    And do you remember what was said on

22     that call?

23     A.    Not verbatim, but I remember the gist.

24     Q.    And what was the gist?

25     A.    That they had already decided to

1

2          terminate Soheila's employment.

3          Q.    Did they explain why they had decided

4          to terminate Soheila's employment?

5          A.    No.

6          Q.    Did they describe when they had

7          decided to terminate Soheila's employment?

8          A.    No.

9          Q.    Did they describe the termination as

10         something that had already happened or

11         something that was prospective?

12         A.    They didn't go into any details on the

13         whys.  My recollection is that they said

14         they had already decided to terminate her.

15         Q.    But they didn't say whether or not

16         they had already terminated --

17                    MR. VALLAS:  Strike that.

18     BY MR. VALLAS:

19         Q.    Do you remember whether they said they

20         had already terminated her or whether they

21         were going to terminate her?

22         A.    I don't understand the distinction.

23         Q.    I'm trying to work on the chronology

24         of when this phone call took place, whether

25         it was before Ms. Hexemer's termination or

[Page 58]

1

2      after.

3      A.    Oh, okay.

4            I wouldn't know.

5      Q.    How long was the conversation?

6      A.    Less than five minutes.

7      Q.    Did they ask you about the incident?

8      A.    They didn't.

9      Q.    Did they ask you about the contents of

10     your e-mail?

11     A.    Not that I recollect.

12     Q.    On the first e-mail of this chain it

13     looks like you forwarded the e-mail to Sarah

14     Hill on October 30th, 2012, at 3:50 p.m.

15           (Reading from Document)

16           And for the record, that e-mail is one

17     line and states:  Guillermo is away but I

18     will speak directly with him as well.

19           Does that refresh your recollection as

20     to whether or not you spoke with Jose Garcia

21     prior to the conference call you just

22     described?

23     A.    No.

24     Q.    Do you remember what you meant by "as

25     well"?

[Page 59]

1

2      A.    In addition to the e-mail, I will

3      speak with him directly.

4      Q.    Was there a reason why you identified

5      Guillermo as the person you would speak with

6      and not Guillermo and Jose?

7      A.    I tended to deal with him more on

8      operational issues; Guillermo, that is.

9      Q.    Would you consider this to be an

10     operational issue?

11     A.    Yeah.  It's an issue with one of his

12     operatives.

13     Q.    When you say you tend to deal with

14     Guillermo on operational issues, what sort

15     of issues would those involve?

16     A.    Typically, anything to do with the

17     GRUPO MSA, master services agreement.

18     Q.    Would they deal with issues involving

19     operators?

20              MR. VALLAS:  Strike that.

21              Let me rephrase.

22  BY MR. VALLAS:

23     Q.    Would those issues include issues that

24     you may have with GRUPO employees?

25     A.    If I had an issue with a GRUPO

1

2      employee, I would go to Guillermo and/or

3      Jose.  I use them interchangeably in that

4      fashion.

5      Q.    Do you remember any issues that you

6      had approached either Guillermo or Jose with

7      prior to this incident with Ms. Hexemer?

8      A.    I don't.

9      Q.    Do you remember any subsequent

10     incident about a GRUPO employee that you

11     approached either Guillermo or Jose about?

12     A.    No.

13     Q.    Okay.  Why did you send that e-mail to

14     Sarah -- excuse me.

15            Why did you send that e-mail to

16     Ms. Hill?

17                 MR. EBERT:  Which e-mail?

18                 MR. VALLAS:  Thank you for

19              that clarification.

20                 MR. EBERT:  Exhibit D?

21   BY MR. VALLAS:

22     Q.    Why did you send the e-mail at the top

23     of Plaintiff's Exhibit D to Ms. Hill?

24     A.    To reassure her that I had taken some

25     action with Soheila's employer.

[Page 61]

1

2      Q.    Had Ms. Hill expressed concern that

3      action hadn't been taken up to that point?

4      A.    No, not that I recollect.

5      Q.    Was there any particular reason why

6      you felt compelled to reassure her?

7      A.    No.

8      Q.    Between October 25th, when the

9      incident occurred, and October 30th, when

10     this e-mail was sent, had you been in

11     communication with Ms. Hill about the

12     incident?

13     A.    I don't recollect.

14     Q.    Do you know if any action was taken

15     with respect to Ms. Hexemer's termination?

16               MR. VALLAS:  Strike that.

17               MR. EBERT:  Object.

18  BY MR. VALLAS:

19     Q.    Do you know if any action was taken

20     with respect to Ms. Hexemer's employment

21     subsequent to this incident?

22               MR. EBERT:  Objection.  I

23            don't understand.

24     A.    Yeah, I don't either.

25

[Page 62]

1

2   BY MR. VALLAS:

3        Q.    Is Ms. Hexemer still employed by

4        GRUPO?

5        A.    I don't know.

6        Q.    Do you know whether she was ever --

7                    MR. VALLAS:  Strike that.

8   BY MR. VALLAS:

9        Q.    Do you recall ever learning that

10       Ms. Hexemer had been terminated?

11       A.    Yes.

12       Q.    And when did you learn that?

13       A.    I don't recall.

14       Q.    Did you have any discussions with

15       Ms. Hexemer about her termination?

16       A.    Prior to her leaving she wanted to see

17       me.

18       Q.    When you say "prior to her leaving" --

19       A.    Prior to her exiting --

20                    MR. EBERT:  There's no

21              question.

22                    THE WITNESS:  Sorry.

23   BY MR. VALLAS:

24       Q.    When you say "prior to her leaving,"

25       do you mean prior to her leaving the

1

2      building on the day of her termination or

3      prior to her leaving the employ of GRUPO?

4              MR. EBERT:  Objection.  He

5              said he doesn't know if she

6              left or --

7              MR. VALLAS:  Withdrawn.

8          Withdrawn.

9              MR. EBERT:  -- the employ of

10             GRUPO.

11             MR. VALLAS:  Withdrawn.

12         Withdrawn.

13   BY MR. VALLAS:

14     Q.    Why --

15             MR. VALLAS:  Strike that.

16   BY MR. VALLAS:

17     Q.    Do you know why Ms. Hexemer wanted to

18     speak with you?

19     A.    No.

20     Q.    Do you know if she was referred to you

21     by other employees?

22     A.    No.

23             MR. VALLAS:  I'd like to ask

24             the court reporter to please

25             mark this Plaintiff's Exhibit

[Page 64]

1

2                     E.

3                        (Plaintiff's  Exhibit E, E-mail

4                     chain, Bates stamped GEGID20720,

5                     721, two pages, was received and

6                     marked for identification; exhibit

7                     appended to transcript.)

8                      MR. VALLAS:  This is an

9                     e-mail sent from Jared York to

10                    Jeannine Parkes on

11                    October 31st, 2012,

12                    4:19 p.m., Bates number

13                    GEGID20720.

14    BY MR. VALLAS:

15        Q.    Again, Mr. York, please take as much

16        time as you need with this e-mail.

17        A.    Yup.  I'm all set.

18                        MR. VALLAS:  You guys all

19                    set?

20                        MR. EBERT:  Yes, good.

21                    Thanks.

22    BY MR. VALLAS:

23        Q.    Do you recognize this e-mail,

24        Mr. York?

25        A.    I do.

1

2     Q.    Does it refresh your recollection

3     about the meeting you had with Ms. Hexemer?

4     A.    It does.

5     Q.    Can you describe what happened during

6     that meeting?

7     A.    Well, the contents are here in the

8     e-mail, but for whatever reason, she asked

9     to meet with me prior to leaving the

10    premises.

11          I said, Okay.  Fine.

12          I invited my two direct reports, Peter

13    Nelli and Kathleen Bokan, to join us because

14    I wanted to have other people in the room

15    with us, quite frankly.

16          Soheila reiterated some of the things

17    that she said to Sarah at the aforementioned

18    incident about GE being discriminatory or I

19    was firing her because she was racist.

20          I said, You know, sorry you feel that

21    way.  You're not my employee.  I've got

22    three employees, you're not one of them,

23    actually four employees at the time, she

24    wasn't one of them.

25          She was emotional.  She was talking

1

2      very fast.

3           I essentially just wanted to calm her

4      down and get her out, so I listened.

5           I said, I'm sorry you feel that way;

6      nothing I can do for you.

7      Q.    Approximately how long did that

8      conversation last?

9      A.    I'd say less than 15 minutes.

10     Q.    Kathleen Bokan and Pete Nelli, I

11     believe you testified earlier, were your

12     direct reports.

13          What was Kathleen Bokan's title?

14     A.    Again, team leader.

15     Q.    What was Mr. Nelli's title?

16     A.    Let's say Kathleen Bokan was team

17     leader for production.  Peter Nelli was team

18     leader for customer support.

19     Q.    You testified a moment ago that you

20     wanted to have other employees in the room

21     during the exit interview.  Why was that?

22     A.    So that it wasn't my word against

23     hers, you know.

24     Q.    Were you concerned about conflicting

25     accounts of the meeting?

1

2      A.    No.   I was concerned about the word

3      "discrimination" being thrown around.

4      Q.    The very first sentence of that

5      e-mail:  Per our discussion, below is my

6      summary of GRUPO contractor Soheila

7      Hexemer's exit interview.

8           Do you remember what you were

9      referring to when you say "per our

10     discussion"?

11     A.    The conversation I had with Jeannine

12     prior to sending this e-mail.

13     Q.    Do you remember the substance of that

14     conversation?

15     A.    Yeah.   I told her an incident

16     happened.   It may be very uncomfortable and

17     what should I do about it from a legal slash

18     HR standpoint.

19          And she told me to document it, which

20     I did.

21     Q.    You said an "incident" happened.   Were

22     you referring to the exit interview?

23     A.    I was referring to both what happened

24     with Sarah and what happened when she was in

25     my office prior to her leaving.

[Page 68]

1

2      Q.    Had you talked to Ms. Parkes prior to

3      this e-mail about the incident that happened

4      with Ms. Hill?

5      A.    I don't recall.

6      Q.    Did Ms. Parkes direct you to take any

7      actions with respect to this incident?

8      A.    Just to document it.

9      Q.    Did she ask you to receive the

10     accounts of other employees?

11     A.    I don't recall.

12                MR. VALLAS:  I would like to

13                ask the court reporter to

14                please mark this document

15                Plaintiff's Exhibit F.

16                   (Plaintiff's  Exhibit F, E-mail

17                chain, Bates stamped GEGID20704,

18                705, two pages, was received and

19                marked for identification; exhibit

20                appended to transcript.)

21                MR. EBERT:  What is this?

22                MR. VALLAS:  This is an

23                e-mail that was sent from

24                Kathleen Bokan to Peter Nelli.

25                It's Bates number GEGID20704.

1

2                    (At which time, there was a brief

3                    pause in the proceedings.)

4                     MR. VALLAS:  Prior to handing

5                    you that document, Mr. York,

6                    I'd actually like to pass to

7                    the court reporter a document

8                    I'd like to mark as Plaintiff's

9                    Exhibit G, and this is just a

10                   30(b)(6) notice.

11                    MR. EBERT:  Okay.

12                     (Plaintiff's  Exhibit G,

13                    Plaintiff's Notice of Deposition

14                    Pursuant to Rule 30(b)(6) To

15                    Defendant General Electric Company,

16                    five pages, was received and marked

17                    for identification; exhibit appended

18                    to transcript.)

19   BY MR. VALLAS:

20       Q.    Mr. York, please take as long as you

21       like to review the document we've marked

22       Plaintiff's Exhibit G, and just let me know

23       when you're finished.

24       A.    (Witness complied with counsel's

25       request.)

[Page 70]

1

2              Yup.  I'm done.

3      Q.     Have you seen that document before?

4      A.     I don't recall.

5      Q.     Would you like to take a break?

6      A.     No.  I'm good.

7      Q.     Are you sure?

8      A.     It's gone.

9      Q.     Do you understand that you've been

10     designated by the company, General Electric,

11     to testify on behalf of the company as to

12     the matters identified on pages one through

13     three of this notice?

14              MR. EBERT:  If you don't

15              know, you don't know.

16     A.     I don't know.

17   BY MR. VALLAS:

18     Q.     You can put that aside, Mr. York.

19              And I'd like to turn your attention to

20     documents marked Plaintiff's Exhibit F.

21     A.     Yup.  I remember this.

22     Q.     You can see there are two e-mails on

23     this page, the first from Kathleen Bokan,

24     the second from Peter Nelli, and it seems as

25     though you are copied on both.

1

2              (Reading from Document)

3         And below I'd like you to direct your

4    attention to the first line of the second

5    e-mail that was sent from Peter Nelli to

6    Jeannine Parkes, which reads, for the

7    record, per Jared's below request, below is

8    my input on this discussion.

9         Do you remember what your request was?

10   A.   I asked them to document the

11   conversation that happened in my office with

12   Soheila.

13   Q.   Do you remember when --

14   A.   I don't.

15   Q.   -- you did that?

16        Do you remember why?

17   A.   I don't.

18   Q.   Were you directed to instruct your

19   employees to document that conversation?

20   A.   I don't remember.

21   Q.   Was there any action taken by GE as a

22   result of these accounts?

23   A.   No.

24        Just for the record, there's more to

25   this Peter Nelli e-mail, but perhaps you've

[Page 72]

1

2        got that elsewhere.

3                 MR. EBERT:  Is that just the

4            first page?

5                 THE WITNESS:  Well, it's got

6            Kathleen's at the top and she

7            must have been responding to

8            Peter's, but there's more to

9            Peter.

10                MR. EBERT:  Oh, I have the

11           second page .

12   BY MR. VALLAS:

13       Q.   I'm sorry.  I meant to hand you the

14       second page.  I have it here.  Just give me

15       one moment.

16                (Recess held from 1:13 P.M. until

17           1:21 P.M. )

18   BY MR. VALLAS:

19       Q.   Mr. York, I just passed you the second

20       page of that e-mail for the sake of

21       completeness.

22       A.   Yeah.

23       Q.   Is there anything about that second

24       page that changes the answer that you gave

25       previously about this exhibit?

[Page 73]

1

2       A.    No.

3                  MR. VALLAS:  I'd like to ask

4              the court reporter to please

5              mark this document Plaintiff's

6              Exhibit H.

7                  (Plaintiff's  Exhibit H,

8              Defendants' Responses to Plaintiff's

9              First Set of Interrogatories to

10             Defendants, double-sided, 14 pages,

11             was received and marked for

12             identification; exhibit appended to

13             transcript.)

14                 MR. EBERT:  I'm sorry, this

15             is what?

16                 MR. VALLAS:  Defendant's

17             Response to Plaintiff's First

18             Set of Interrogatories.

19                 MR. EBERT:  Okay.

20   BY MR. VALLAS:

21       Q.    Mr. York, I'd like you to take as long

22       as you like to review that document, but I

23       will be specifically asking you questions

24       about Interrogatories Number 3 and 4, which

25       are on page four.

[Page 74]

1

2       A     (Witness complied with counsel's

3       request.)

4               Okay.

5       Q.    Do you recognize this document,

6       Mr. York?

7                    MR. EBERT:  Can I just see

8                the last pages?

9       A.    It looks like many documents I've seen

10      over the last year and a half.  I can't say

11      I recognize this one specifically, but...

12   BY MR. VALLAS:

13      Q.    Can I actually turn your attention to

14      the last page, page 14.

15      A     (Witness complied with counsel's

16      request.)

17              So I've seen it before.

18      Q.    Does your signature on that

19      page indicate that you have reviewed it?

20      A.    I would say so.

21      Q.    And that your responses are true?

22      A.    Yes.

23      Q.    If I could turn your attention back to

24      page four.

25      A     (Witness complied with counsel's

[Page 75]

1

2        request.)

3        Q.     (Reading from Document)

4               The response to Interrogatories

5        Number 3, the second sentence, for the

6        record, reads:  The next day, which would

7        have been October 26th, the day after the

8        incident, the next day Ms. Hill notified

9        Jared York of the incident who informed

10       Douglas Beitch, his manager at GE, and

11       Jeannine Parkes, a Human Resources manager,

12       about the incident.

13              Does that refresh your recollection,

14       Mr. York, about the chronology of

15       conversations you had about the incident?

16       A.     Sure does, yes.

17       Q.     Do you remember the conversation you

18       had with Mr. Beitch?  I apologize if I'm

19       pronouncing his name wrong.

20       A.     Beitch, but I do.

21       Q.     What was the substance of that

22       conversation?

23       A.     Just a general summary of the

24       incident.

25       Q.     What form did it take?

[Page 76]

1

2      A.    Out standing in his office.

3      Q.    Was it a face-to-face conversation?

4      A.    Correct.

5      Q.    Was there any reason that you informed

6      Mr. Beitch about the incident?

7      A.    I just felt uncomfortable; again, with

8      the tenor of Soheila's words to Sarah.

9      Q.    And what about Soheila's words to

10     Sarah made you feel uncomfortable?

11     A.    Again, the words prejudiced, racist,

12     and discrimination, things like that.

13     Again, I don't remember the specific words,

14     but those things are taken very seriously at

15     GE.

16     Q.    Were you concerned about Soheila's

17     accusations towards Sarah or were you

18     concerned that Soheila, herself, was

19     suffering from discrimination?

20     A.    I was concerned about making sure I

21     was managing the situation properly and in

22     accordance with GE policy.

23     Q.    And what is GE's policy with respect

24     to discrimination as you understand it?

25                    MR. EBERT:  Objection.  You

1

2              can answer; if you know.

3    A.    I'm not sure I understand the

4    question.

5              MR. VALLAS:  I'd actually

6              like to withdraw that question

7              for now and return to this in a

8              moment.

9  BY MR. VALLAS:

10    Q.    Did Mr. Beitch instruct you to take

11    any action with respect to the incident?

12    A.    I don't recall.

13    Q.    Did you have any further conversations

14    with Mr. Beitch about the incident?

15    A.    I recall him calling me when some form

16    of legal document was sent to us by,

17    presumably, Soheila's attorneys.  I don't

18    recall any other conversations with Doug

19    about this.

20    Q.    The conversation that's referenced --

21              MR. VALLAS:  Strike that.

22  BY MR. VALLAS:

23    Q.    The communication that's referenced

24    between you and Ms. Parkes that occurred on

25    October 26th, do you remember what form

[Page 78]

1

2      that communication took?

3              Was it an e-mail?

4              Was it a face-to-face?

5              Was it a telephone conversation?

6      A.    Again, can you repeat the date or

7      the ...

8      Q.    (Reading from Document)

9              The second sentence of the Response to

10     Interrogatories Number 3 reads:  The next

11     day, Ms. Hill notified Jared York of the

12     incident, who informed Douglas Beitch, his

13     manager at GE, and Jeannine Parkes, a Human

14     Resources manager at GE, about the incident.

15             Do you remember the form your

16     communication with Mrs. Parkes took?

17     A.    I don't.  I mean, it was either an

18     e-mail or a face-to-face conversation.

19     Q.    And on that day, were you instructed

20     by Ms. Parkes to take any action in response

21     to the incident?

22     A.    I honestly don't recall.  I don't

23     recall.

24     Q.    I'd like to direct your attention to

25     Interrogatory Number 4 of the Response.

[Page 79]

1

2      A     (Witness complied with counsel's

3      request.)

4      Q.    (Reading from Document)

5            Specifically the first sentence, which

6      reads, in relevant part:  GID Global and

7      Mr. Garcia respond that Mr. Garcia, having

8      been made aware of the October 25, 2012

9      incident between Plaintiff and Ms. Hill

10     arranged for Jacob Tefft and Thomas Zalewski

11     to meet with Plaintiff to discuss the

12     incident.

13           Are you aware --

14                 MR. VALLAS:  Strike that.

15   BY MR. VALLAS:

16     Q.    Do you know Mr. Zalewski?

17     A.    I do.

18     Q.    And who is he?

19     A.    He's a GRUPO employee.

20     Q.    Do you know what his role is in GRUPO?

21     A.    I don't.

22     Q.    Had you had a professional

23     relationship with Mr. Zalewski prior to the

24     October 25th incident?

25     A.    Yes.  At one point he was one of the

1

2          GRUPO employees who worked at this site.

3          Q.    Were you aware, at the time, that the

4     meeting arranged by Mr. Garcia was taking

5     place?

6          A.    No.

7          Q.    Did you, at a later date, become aware

8     that a meeting between Ms. Hexemer,

9     Mr. Tefft, and Mr. Zalewski took place?

10         A.    Certainly by the time I signed this

11    document I did.

12         Q.    Do you remember when you became aware?

13         A.    I don't.

14         Q.    Just have a few more questions for

15    you, Mr. York, about slightly different

16    subject matter.

17              Are you familiar with GE's policies

18    regarding discrimination and retaliation?

19         A.    Oh, yes.  I am.

20         Q.    Were you trained on those policies?

21         A.    Yearly we are trained on them.

22         Q.    What form does training take?  Is it

23    in person?  Is it video training?

24         A.    Computer-based modules.

25         Q.    Approximately how long does that

[Page 81]

1

2      training last?

3      A.    I don't know.

4      Q.    Does GE maintain policies for

5      investigating complaints of discrimination?

6      A.    I don't know.

7      Q.    Does GE maintain policies for

8      investigating complaints of retaliation?

9               MR. EBERT:  If you know,

10              great; if you don't, that's

11              great too.

12     A.    I don't know.

13   BY MR. VALLAS:

14     Q.    Are contractors of GE subject to GE

15     policies?

16     A.    I don't know.

17     Q.    Are non GE employees who work on GE

18     facilities subject to GE's employment

19     policy?

20     A.    I don't know.

21     Q.    Turning to a different subject matter.

22              Are GRUPO contractors hired on a

23     project basis?

24               MR. EBERT:  Objection.  In

25              this instance or in general or

[Page 82]

1

2                    for this project?

3                         MR. VALLAS:  I'll clarify.

4    BY MR. VALLAS:

5        Q.    As a general matter, does GE employ

6        GRUPO contractors on a project basis or on a

7        more general basis?

8                         MR. EBERT:  Objection.  I'm

9                    sorry I got to do this, but you

10                   are saying employ, does GE

11                   "employ" those contractors, so

12                   I'll object to that.

13                        MR. VALLAS:  Noted.

14   BY MR. VALLAS:

15       Q.    Does GE maintain those contractors on

16       a project basis or do they retain them for a

17       term?

18       A.    Again, no.

19             In my instance, my specific MSA

20       designates the scope of work, so how many or

21       who does it, how GRUPO decides to manage

22       that work is their prerogative.

23       Q.    Do you outline a budget that GRUPO can

24       use to hire to staff a project?

25       A.    No.  GRUPO -- I pay GRUPO a yearly fee

1

2      based on that scope of work and it is not

3      based on people, it is based on work.

4      Q.    The scope of work, is it --

5                 MR. VALLAS:  Strike that.

6    BY MR. VALLAS:

7      Q.    Does the scope of work in the MSA have

8      fixed end dates?

9      A.    No.  It's our prerogative, General

10     Electric's prerogative, to either renew that

11     or not.

12     Q.    During the term of the MSA, which I

13     believe you testified earlier was annually

14     renewed?

15     A.    It's annually reviewed and either

16     renewed or not, correct.

17     Q.    During the term of the MSA, can GE

18     alter the fee paid to GRUPO?  Can GE alter

19     the scope of work?

20                MR. VALLAS:  I'll withdraw.

21   BY MR. VALLAS:

22     Q.    Can GE alter the scope of work

23     provided to GRUPO within the term of the

24     MSA?

25     A.    I don't know.  I never have.

[Page 84]

```
 1
 2       Q.    Can GE alter or --
 3                   MR. VALLAS:  Strike that.
 4    BY MR. VALLAS:
 5       Q.    Can GE reduce the fee paid to GRUPO
 6       during the term of the MSA?
 7       A.    No.
 8       Q.    When is the MSA reviewed and then
 9       either renewed or not?
10       A.    Right now it's falling in July, so
11       typically it's, you know, the weeks prior to
12       whatever is required on the document.
13       Q.    Do you recall when the MSA was renewed
14       in 2012, what month?
15       A.    Again, I -- no.
16       Q.    Would make sense if it were July?
17       A.    Correct.
18                   MR. EBERT:  Correct.
19                   MR. VALLAS:  Thank you.
20    BY MR. VALLAS:
21       Q.    I'd like to actually direct your
22       attention back to Plaintiff's Exhibit H, and
23       specifically to the response to
24       Interrogatories Number 6.
25       A.    (Witness complied with counsel's
```

[Page 85]

1

2        request.)

3        Q.     Take as much time as you need.

4        A.     Okay.

5        Q.     The third sentence --

6                   MR. VALLAS:  Strike that.

7    BY MR. VALLAS:

8        Q.     (Reading from Document)

9               The second sentence of the response to

10       Interrogatory Number 6, on the bottom of

11       page five, reads:  The GE project for which

12       Plaintiff had been hired ended several

13       months earlier.  GID Global retained

14       Plaintiff as employee for several months to

15       see if another long-term project on which

16       Plaintiff could work emerged.

17               I believe you testified a moment ago

18       that GRUPO was paid an annual fee for its

19       scope of work rather than on a project

20       basis.

21               Does GE revise or --

22                   MR. VALLAS:  Strike that --

23    BY MR. VALLAS:

24       Q.     Does GE revise that scope of work

25       based on the expiration of projects such as

[Page 86]

1

2      that described in the response to

3      Interrogatory Number 6?

4      A.    Again, it may be possible.  I never

5      have.

6                  MR. EBERT:  How much more do

7             you have?

8                  MR. VALLAS:  Less than five

9             minutes.

10                 MR. EBERT:  Okay.

11                 THE WITNESS:  I can soldier

12            on.

13   BY MR. VALLAS:

14      Q.    Have you, outside of the context of

15      the renewal and review of the MSA, ever

16      informed GRUPO that they would need to scale

17      back staff as a result of the expiration of

18      a project?

19      A.    No.

20                 MR. VALLAS:  I have no

21            further questions unless I

22            reserve the right to follow-up

23            any questions --

24                 MR. EBERT:  I'm good.

25                 MR. VALLAS:  Thank for your

[Page 87]

1

2                  time, Mr. York.

3                       * * * * *

4                    (Whereupon, the examination of

5                  JARED YORK in the above-entitled

6                  matter concluded at 1:38 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[Page 88]

1

2          This is the Deposition of

3                  JARED YORK

4     taken in the matter, on the date, and at the

5      time and place set out on the title page hereof.

6

7   It was requested that the deposition be taken by

8       the reporter and that same be reduced to

9                  typewritten form.

10

11     It was agreed by and between counsel and the

12   parties that the Deponent will read and sign the

13              transcript of said deposition.

14

15

16

17

18

19

20

21

22

23

24

25

1

2               DEPONENT'S  CERTIFICATE

3         STATE OF_____:

4         COUNTY/CITY OF_____:

5               Before me, this day, personally appeared

6    JARED YORK, who, being duly sworn, states that the

7    foregoing transcript of his/her Deposition, taken

8    in the matter, on the date, and at the time and

9    place set out on the title page hereof,

10   constitutes a true and accurate transcript of said

11   deposition.

12

13               _____

14                        JARED YORK

15

16

17

18       Signed and subscribed to before me

19       this____day of_____,20___.

     _____

20

      NOTARY PUBLIC, STATE OF NEW YORK

21

22

23

24

25

1

2                        ERRATA SHEET

3      Page No._____Line No.____Change to:_____

4      _____

5      Reason for change:_____

       Page No._____Line No.____Change to:_____

6


       _____

7

       Reason for change:_____

8      Page No._____Line No.____Change to:_____

9      _____

10     Reason for change:_____

       Page No._____Line No.____Change to:_____

11


       _____

12

       Reason for change:_____

13     Page No._____Line No.____Change to:_____

14     _____

15     Reason for change:_____

       Page No._____Line No.____Change to:_____

16


       _____

17

       Reason for change:_____

18     Page No._____Line No.____Change to:_____

19     _____

20     Reason for change:_____

21

       SIGNATURE:_____DATE:_____

22              JARED YORK

23

24

25

[Page 91]

1

2                   REPORTER'S CERTIFICATION

3

4            I, ROBERTA-ANNE SCHMITT, a Court

5    Reporter and Notary Public certified in and for

6    the State of New York, do hereby certify that I

7    recorded stenographically the proceedings herein

8    at the time and place noted in the heading hereof,

9    and that the foregoing transcript is true and

10   accurate to the best of my knowledge, skill and

11   ability.

12            IN WITNESS WHEREOF, I have hereunto set

13   my hand.

14

15        _____

16              ROBERTA-ANNE SCHMITT

17

18

19

20

21

22

23

24

25

## A

**ability** 10:7 91:11
**able** 8:17 25:19
**above-entitled** 87:5
**accidentally** 46:11
**account** 35:18 49:19 50:4,10
   50:24 52:16
**accounts** 66:25 68:10 71:22
**accurate** 26:3 89:10 91:10
**accusations** 76:17
**accused** 34:4
**acquainted** 32:8 49:15
**acronym** 29:4
**action** 38:7 60:25 61:3,14,19
   71:21 77:11 78:20
**actions** 68:7
**Adam** 11:24
**addition** 28:4 59:2
**address** 23:14,15 54:16,22,24
   55:7,8
**addresses** 23:8
**affect** 10:6
**affirmed** 7:12
**aforementioned** 65:17
**ago** 7:19 11:17 22:22 66:19
   85:17
**agreed** 6:3,9,14 35:22 88:11
**agreement** 18:3 20:3,9,15,19
   24:3 59:17
**Albany** 12:13
**alcohol** 10:15
**aligned** 28:8
**allow** 9:18
**allowed** 23:21
**alter** 83:18,18,22 84:2
**Americans** 33:21
**and/or** 60:2
**angry** 35:3
**annual** 85:18
**annually** 83:13,15
**answer** 9:2,8,19,21 17:2,6
   21:18 25:14,19 26:8 37:2
   37:10 43:7 44:7,15 72:24
   77:2
**answers** 8:16
**anybody** 11:19 27:7 41:4
   56:4
**apart** 22:12 31:14 50:13 51:2
**apologize** 38:18 75:18

**apparently** 48:22
**appeared** 89:5
**appearing** 2:5 7:3
**appended** 39:8 41:12 45:14
   53:16 64:7 68:20 69:17
   73:12
**appreciate** 16:4
**approach** 34:14
**approached** 34:24 60:6,11
**Approximate** 13:25
**approximately** 15:13 17:24
   34:8 39:22 43:14 44:12
   56:17,18 66:7 80:25
**April** 12:22 16:17
**arm** 28:14
**arose** 32:23
**arranged** 79:10 80:4
**arts** 12:13
**aside** 70:18
**asked** 65:8 71:10
**asking** 11:7,12 29:4 73:23
**assigned** 15:8
**Attached** 4:5
**attend** 12:8
**attention** 10:19 26:13,24
   44:24 52:2 54:7 70:19 71:4
   74:13,23 78:24 84:22
**attorney** 11:2,8,9,10,18 54:3
**attorneys** 3:5,13 6:4 77:17
**authority** 30:5,17
**Avenue** 3:6,14
**aware** 21:12 42:25 43:4 79:8
   79:13 80:3,7,12
**A-D-A-M** 11:24
**a.m** 1:15 2:8 39:2 42:13
   45:22 46:22 50:18

## B

**B** 4:9 41:8,9,15,16 43:9 50:16
   52:3
**BA** 12:11,14,15
**back** 13:6 17:2,4 30:3 34:7
   44:6,9 74:23 84:22 86:17
**base** 50:10
**based** 40:5 43:18 44:15 83:2
   83:3,3 85:25
**basis** 49:19 81:23 82:6,7,16
   85:20
**Bates** 4:7,9,11,13,15,17 39:6
   41:10,24 42:2,3 45:12,19

   53:14 64:4,12 68:17,25
**began** 32:4
**behalf** 2:5 7:3 70:11
**Beitch** 75:10,18,20 76:6
   77:10,14 78:12
**Belfort** 28:5
**believe** 26:19 32:11 33:24
   35:22,25 46:23 47:2 50:14
   66:11 83:13 85:17
**BERTOLOTTI** 3:12
**best** 9:20 27:12 35:9 91:10
**big** 25:21
**bit** 23:11 26:11 48:7
**Bokan** 11:7 27:18 65:13
   66:10,16 68:24 70:23
**Bokan's** 66:13
**book** 23:15 55:7,8
**bottom** 48:3 85:10
**break** 9:7,9 43:22,23 70:5
**breaks** 9:5
**brief** 69:2
**bring** 26:23
**bringing** 7:21
**brought** 26:13 27:5 44:24
**budget** 82:23
**building** 29:19 36:20 63:2

## C

**C** 3:2 4:11 45:10,11 47:2
   50:16 51:20,24
**call** 19:14 22:21 52:12 56:12
   56:14,22 57:24 58:21
**called** 7:10 35:15
**calling** 77:15
**calm** 35:21 66:3
**campus** 22:25 23:3
**capacities** 1:9
**capacity** 15:14 18:6 20:23
   37:7
**CARROLL** 3:12
**case** 1:5 24:25
**cases** 19:6
**catch** 25:6 27:13
**cautioned** 7:11
**Certainly** 80:10
**CERTIFICATE** 89:2
**certification** 6:6 91:2
**certified** 91:5
**certify** 91:6
**chain** 4:7,9,15,17 39:6 41:10

48:3 50:15 54:8 58:12 64:4
68:17
**change** 16:16 90:3,5,5,7,8,10
90:10,12,13,15,15,17,18,20
**changes** 72:24
**chatting** 37:4,7
**chronological** 13:4
**chronology** 40:10 57:23
75:14
**Citalopram** 10:4
**CIV** 1:5
**claims** 7:20
**clarification** 10:12 16:5 18:2
60:19
**clarify** 11:7,12 14:5 18:25
29:16 82:3
**clarity** 46:7
**clear** 22:13 36:18
**clients** 26:5
**close** 36:4,7
**closely** 21:5,14 28:8
**coincidentally** 50:20
**college** 12:8
**come** 15:17 25:5 26:22 27:14
28:7
**comes** 20:19
**commencing** 2:7
**communication** 61:11 77:23
78:2,16
**company** 1:6 2:6 5:7 12:19
12:20 16:11 18:12 69:15
70:10,11
**compelled** 61:6
**complaints** 81:5,8
**completed** 15:7
**completeness** 72:21
**complex** 14:23 19:17
**complied** 52:5 69:24 74:2,15
74:25 79:2 84:25
**computers** 23:6
**Computer-based** 80:24
**concern** 61:2
**concerned** 66:24 67:2 76:16
76:18,20
**concluded** 87:6
**conference** 58:21
**conferenced** 56:16
**conflicting** 66:24
**confusing** 55:17
**consider** 27:24 28:8 59:9

**constitutes** 89:10
**construction** 15:21
**consumed** 10:15
**contact** 21:21 44:21 47:16
55:13
**contacted** 21:22 45:4 52:23
53:2,5,6
**contents** 19:15 25:25 58:9
65:7
**context** 86:14
**contract** 14:16 18:7
**contractor** 13:22,24 14:6
18:20 41:21 54:15 67:6
**contractors** 17:22,24 24:8
48:21,23 81:14,22 82:6,11
82:15
**controlled** 10:3
**controversial** 40:7
**cont'd** 5:2
**convenient** 43:21
**conversation** 38:3 58:5 66:8
67:11,14 71:11,19 75:17,22
76:3 77:20 78:5,18
**conversations** 49:21 51:10
75:15 77:13,18
**copied** 70:25
**copies** 38:19
**copy** 38:22 47:14
**correct** 9:2 10:13 16:19
25:12 26:17 49:25 51:9
56:2 76:4 83:16 84:17,18
**corrections** 52:9,15
**counsel** 3:22 88:11
**counsel's** 52:5 69:24 74:2,15
74:25 79:2 84:25
**counterpart** 28:4
**COUNTY/CITY** 89:4
**couple** 33:16 52:11
**course** 15:18 16:8
**court** 1:1 2:9 6:19 7:5,12 8:4
8:17 9:23 38:16 41:7 45:9
53:10 63:24 68:13 69:7
73:4 91:4
**crying** 33:25 34:25
**cube** 33:17 36:2,4 37:6 39:23
**cubes** 37:11
**current** 12:16 18:21
**currently** 17:15 21:9 27:19
**customer** 25:6 26:25 28:24
29:11 66:18

**customers** 14:14 16:24 17:9
19:12 24:20

**D**

**D** 4:13 6:2 53:12,13 60:20,23
**date** 39:25 78:6 80:7 88:4
89:8 90:21
**dates** 13:25 40:4 43:18 44:16
83:8
**DAVID** 3:11
**day** 34:15 56:19 63:2 75:6,7,8
78:11,19 89:5,19
**deal** 59:7,13,18
**Debert@ingramllp.com** 3:17
**decide** 20:17 38:6 43:3 44:20
**decided** 43:15 44:13 56:25
57:3,7,14
**decides** 82:21
**decision** 43:12,16 44:14
**defects** 27:14
**Defendant** 5:6 69:15
**DEFENDANTs** 2:5 5:9,12
7:3 73:8,10
**Defendant's** 73:16
**Defendant(s)** 1:10 3:13
**degree** 12:10
**delivered** 16:24 17:9 24:20
**delivery** 14:13,15
**demarcation** 36:18
**department** 13:12
**Deponent** 88:12
**DEPONENT'S** 89:2
**deposition** 1:12 2:4 5:5 7:2
8:2,10,25 11:6 69:13 88:2,7
88:13 89:7,11
**derogatory** 48:25
**describe** 24:16 27:15 28:20
29:5 32:17 33:8,10 35:10
38:21 41:14 45:16 57:6,9
65:5
**described** 58:22 86:2
**describing** 35:7
**DESCRIPTION** 4:6 5:3
**designated** 70:10
**designates** 82:20
**desks** 23:6
**detail** 35:10,13
**detailed** 19:18
**details** 57:12
**determination** 25:3

**different** 19:5 26:9 31:19
    36:21 80:15 81:21
**direct** 15:22,24 17:15 26:6
    27:17 54:7 65:12 66:12
    68:6 71:3 78:24 84:21
**directed** 71:18
**directly** 15:12,12,25 16:2,7
    25:10 27:6,21 58:18 59:3
**disciplining** 31:15
**discrimination** 67:3 76:12,19
    76:24 80:18 81:5
**discriminatory** 65:18
**discuss** 79:11
**discussion** 67:5,10 71:8
**discussions** 11:18 62:14
**distinction** 14:24 57:22
**distinguished** 36:11,14
**distraught** 35:8
**DISTRICT** 1:1,2
**divided** 37:12
**document** 38:10 45:10 46:10
    46:16 48:12,20 52:10 53:11
    58:15 67:19 68:8,14 69:5,7
    69:21 70:3 71:2,10,19 73:5
    73:22 74:5 75:3 77:16 78:8
    79:4 80:11 84:12 85:8
**documents** 70:20 74:9
**doing** 40:21
**dotted-line** 27:18,25
**double-sided** 5:12 73:10
**Doug** 77:18
**Douglas** 75:10 78:12
**dozens** 15:15
**duly** 7:11 89:6
**duties** 37:23

———————————
E
———————————
**e** 3:2,2,9,17 4:15 6:2,2 64:2,3
**earlier** 9:2 20:2 24:5 26:2,11
    26:19 30:25 50:23 51:8
    54:14 66:11 83:13 85:13
**earliest** 32:17
**easier** 9:23
**easily** 37:11
**EBERT** 3:11 9:10,13 10:5,9
    11:10 13:25 15:25 18:17
    20:10 21:16 22:6,9 23:17
    24:9 25:13,18 26:14 30:9
    30:14 32:10 33:2 34:19
    36:13,25 38:20 39:3 40:3

40:11 41:14,22,25 43:6,20
    44:2 45:16,23 46:13 48:10
    50:5 53:18 54:4,18,22
    55:18 60:17,20 61:17,22
    62:20 63:4,9 64:20 68:21
    69:11 70:14 72:3,10 73:14
    73:19 74:7 76:25 81:9,24
    82:8 84:18 86:6,10,24
**effect** 6:18 33:18,20
**either** 27:4 55:23 56:8,8,15
    60:6,11 61:24 78:17 83:10
    83:15 84:9
**elaborate** 23:10 26:9
**Electric** 1:6 2:6 5:7 7:21
    12:20,24 13:3,23 28:15
    69:15 70:10
**Electric's** 83:10
**emerged** 85:16
**emotional** 33:24 65:25
**employ** 63:3,9 82:5,10,11
**employed** 32:15,25 33:3,5
    62:3
**employee** 28:10 31:24 45:5
    47:11 60:2,10 65:21 79:19
    85:14
**employees** 14:20 15:13 17:11
    17:14 21:8,15 23:7 28:11
    29:14 30:7,17,19,21,23,24
    31:4,16 36:6,10,11,19,19
    43:2,5 44:22 45:6 49:7
    59:24 63:21 65:22,23 66:20
    68:10 71:19 80:2 81:17
**employer** 60:25
**employment** 3:22 13:19 57:2
    57:4,7 61:20 81:18
**ended** 85:12
**engineering** 14:15 19:15
**ensure** 15:7
**entail** 14:12
**entails** 14:14
**entire** 14:7
**ERRATA** 90:2
**error** 25:5 26:13 30:2,20
**especially** 29:5
**ESQ** 3:3,11,21
**essentially** 66:3
**evaluations** 15:3
**Events** 39:21
**examination** 4:2 6:15 7:16
    87:4

**examined** 7:15
**example** 55:2
**examples** 23:17
**excuse** 34:21 42:13 60:14
**exhibit** 4:7,9,11,13,15,17 5:4
    5:9 38:17 39:5,8 41:8,9,12
    43:9,9 45:10,11,14 47:2
    49:24 50:15,16 51:2,20,24
    52:3 53:12,13,16 60:20,23
    63:25 64:3,6 68:15,16,19
    69:9,12,17,22 70:20 72:25
    73:6,7,12 84:22
**EXHIBITS** 4:4 5:2
**exit** 66:21 67:7,22
**exiting** 62:19
**expiration** 85:25 86:17
**explain** 40:20 57:3
**expressed** 61:2
**extremely** 19:16
**e-mail** 4:7,9,11,13,15,17 23:7
    23:12,13,14 38:24 39:5,15
    39:17 40:14 41:2,9,16 42:7
    42:11,14,19,21,23 45:11,19
    45:20 46:4,21,25 47:15,24
    48:2,8 49:20,22,23 50:9,11
    50:15,21,23 51:19,23 52:3
    52:18 53:13,21 54:8,16,21
    55:6,10 56:5,8,20 58:10,12
    58:13,16 59:2 60:13,15,17
    60:22 61:10 64:3,9,16,23
    65:8 67:5,12 68:3,16,23
    71:5,25 72:20 78:3,18
**e-mails** 11:16 40:5 70:22

———————————
F
———————————
**F** 4:17 6:2 68:15,16 70:20
**face** 46:12,14
**facets** 14:14
**face-to-face** 76:3 78:4,18
**facilities** 22:24 23:2,4,22
    29:14 81:18
**facility** 28:5
**fact** 11:20
**fairly** 19:17
**falling** 84:10
**familiar** 23:20 31:20 80:17
**fashion** 60:4
**fast** 28:25 66:2
**feasible** 36:22
**fee** 82:25 83:18 84:5 85:18

**feel** 9:3 65:20 66:5 76:10
**felt** 44:23 61:6 76:7
**filing** 6:5
**finance** 14:16
**fine** 14:2 43:25 55:18 65:11
**finish** 9:18,20 20:10
**finished** 25:17,20 39:13 42:9
    69:23
**fire** 15:4
**firing** 65:19
**FIRM** 3:4
**first** 5:10 7:11 20:11 29:5
    32:7,19 39:21 46:8,9 48:18
    52:7 53:6,7 55:13,15 58:12
    67:4 70:23 71:4 72:4 73:9
    73:17 79:5
**five** 5:8 58:6 69:16 85:11
    86:8
**five-minute** 43:23
**fixed** 83:8
**Fl** 3:6
**floor** 36:9
**folks** 33:16
**following** 17:3 33:11 44:8
**follows** 7:15
**follow-up** 86:22
**force** 6:17
**foregoing** 89:7 91:9
**Forgive** 55:14
**form** 6:11 21:17 52:20,22
    56:11 75:25 77:15,25 78:15
    80:22 88:9
**former** 31:24
**forms** 49:19
**forth** 25:9
**forward** 29:3 41:4
**forwarded** 40:16,20 58:13
**found** 27:6 30:2
**four** 65:23 73:25 74:24
**France** 28:6,12
**frankly** 31:13 37:7 65:15
**free** 9:3
**Friday** 38:23
**full** 11:22 47:6
**fully** 9:19,21 10:22
**function** 55:8
**functionally** 27:20
**functions** 19:4
**further** 6:9,14 38:7 77:13
    86:21

**G**

**G** 3:11 5:4 69:9,12,22
**GAINEN** 3:12
**Garcia** 1:7 21:22,23 22:13,16
    22:19 30:25 31:2 42:21,24
    54:9,12 55:16,16 58:20
    79:7,7 80:4
**GE** 3:20 13:17,20 14:6 19:20
    21:9,11 22:24 23:2,2,7,9,16
    23:21 25:10,16 26:6 28:10
    28:11 30:17,19 32:25 33:3
    36:10,18 38:13 47:11 54:15
    54:17,24 55:8 65:18 71:21
    75:10 76:15,22 78:13,14
    81:4,7,14,14,17,17 82:5,10
    82:15 83:17,18,22 84:2,5
    85:11,21,24
**GEGID20704** 4:18 68:17,25
**GEGID20706** 4:10 41:10
**GEGID20707** 4:12 45:12,20
**GEGID20709** 4:8 39:6
**GEGID20720** 4:16 64:4,13
**GEGID20724** 4:14 53:14,21
**general** 1:6 2:6 5:7 7:21
    11:14 12:20,23 13:3,22
    28:15 69:15 70:10 75:23
    81:25 82:5,7 83:9
**generally** 33:25
**generation** 27:19,22 28:18
**George** 3:3 7:18 53:19
**George@ottingerlaw.com**
    3:9
**GE's** 76:23 80:17 81:18
**GID** 1:7 7:21 18:13,15,16
    45:5 79:6 85:13
**gist** 56:23,24
**give** 8:15 10:10 41:24 72:14
**given** 36:24
**Global** 1:7 7:22 18:15,16
    45:5 79:6 85:13
**go** 7:25 12:2 13:2 15:17 22:11
    29:3 57:12 60:2
**going** 7:23 35:23 40:6 41:23
    42:2 43:8 48:12,14 57:21
**good** 39:14 54:4,5 64:20 70:6
    86:24
**graduate** 12:4,6
**Granite** 13:21
**great** 81:10,11

**group** 12:18 13:9 16:18 20:24
    24:6 28:7
**GRUPO** 18:4,6,11,14,20
    19:13,21,24 21:2,8,21 22:17
    22:24 23:7,14,21 24:7,21,22
    25:8 27:4 29:14,20,25 30:2
    30:7,21,23,24 31:3,9,11,16
    31:24,25 32:5,15,21 33:6,16
    36:5,11,19 41:20 48:21
    49:7,9 54:15 56:4 59:17,24
    59:25 60:10 62:4 63:3,10
    67:6 79:19,20 80:2 81:22
    82:6,21,23,25,25 83:18,23
    84:5 85:18 86:16
**GRUPO's** 19:2 25:23 26:12
    26:20
**Guillermo** 21:23 22:13,16
    31:2 43:4 44:21 45:4 52:19
    52:24 53:7 54:9 55:5,11,20
    56:9 58:17 59:5,6,8,14 60:2
    60:6,11
**guy** 21:23 31:2 46:15
**guys** 64:18
**G-R-U-P-O** 18:4

**H**

**H** 5:9 73:6,7 84:22
**half** 11:17 74:10
**hand** 72:13 91:13
**handing** 69:4
**handle** 19:12
**happen** 43:11
**happened** 34:2 37:9 40:5
    51:6 57:10 65:5 67:16,21
    67:23,24 68:3 71:11
**happens** 35:21
**happy** 8:23
**hard** 28:25
**head** 8:18
**heading** 91:8
**hear** 8:21
**held** 1:14 2:5 12:21 44:3
    72:16
**help** 21:24
**helpful** 48:7
**hereinbefore** 7:10
**hereof** 88:5 89:9 91:8
**hereto** 6:5
**hereunto** 91:12
**Hexemer** 1:3 7:20 31:21,23

32:8,15,24,25 33:5 35:15
36:23 37:21 38:2 51:22
60:7 62:3,10,15 63:17 65:3
80:8
**Hexemer's** 57:25 61:15,20
67:7
**Hi** 7:18
**high** 12:2
**Hill** 28:3,22 29:10,13 30:12
32:24 33:11 34:14,23 36:23
37:21,25 38:9,25 39:18,18
40:13 41:17 45:21 48:4
50:4,17 51:3,11 52:4,8,16
53:22 58:14 60:16,23 61:2
61:11 68:4 75:8 78:11 79:9
**Hill's** 35:17 36:2,4
**hire** 15:4 82:24
**hired** 16:9 81:22 85:12
**history** 13:3
**his/her** 89:7
**hit** 46:11
**hold** 13:13,16
**honestly** 78:22
**hours** 10:16
**HR** 14:21,25 47:5,9 67:18
**Human** 75:11 78:13
**Hunt** 37:5 49:6,12,16 51:14
51:19

---

**I**

**identification** 39:8 41:12
45:14 53:16 64:6 68:19
69:17 73:12
**identified** 59:4 70:12
**identify** 49:4
**identifying** 27:9
**immediately** 13:19
**important** 8:15
**inaccurate** 27:3
**incident** 32:23 33:7,9,11,25
34:9,15 35:8 36:2 37:8 38:7
38:10,13 39:19 42:22 47:19
50:24 51:6,14 52:24 53:3
55:21,25 56:5 58:7 60:7,10
61:9,12,21 65:18 67:15,21
68:3,7 75:8,9,12,15,24 76:6
77:11,14 78:12,14,21 79:9
79:12,24
**incidental** 27:11
**incidentals** 27:10

**include** 59:23
**includes** 11:11
**independently** 47:16
**index** 5:2 25:25
**indexes** 25:9
**indexing** 26:4
**indicate** 74:19
**individual** 1:8
**individuals** 19:13 27:23
28:11,18,20
**information** 49:18
**informed** 75:9 76:5 78:12
86:16
**INGRAM** 3:12
**initial** 7:24
**input** 15:10 20:8,20 71:8
**instance** 81:25 82:19
**instruct** 71:18 77:10
**instructed** 78:19
**intend** 47:15
**intended** 47:14 49:2
**interact** 18:21 37:14,22,24
**interaction** 22:8 29:20,24
31:3,7
**interactions** 22:4,9 32:14,18
49:12
**interchangeably** 60:3
**internal** 27:2
**International** 13:22 18:14
**Interrogatories** 5:11 73:9,18
73:24 75:4 78:10 84:24
**Interrogatory** 78:25 85:10
86:3
**interrupting** 9:21
**intervening** 43:15 44:13
**interview** 66:21 67:7,22
**investigate** 24:25
**investigating** 81:5,8
**invited** 65:12
**involve** 59:15
**involved** 15:12 19:14 31:15
33:9
**involving** 59:18
**Iranians** 52:14
**irrelevant** 18:10
**issue** 9:11 41:20 42:25 43:4
44:21 59:10,11,25
**issues** 22:10 26:21,23 27:9,13
27:14 45:6 59:8,14,15,18,23
59:23 60:5

---

**J**

**Jacob** 37:5 49:6 79:10
**Jake** 48:24 49:4
**Jared** 1:13 2:4 4:3 7:2,9
11:24 38:25 41:18 45:20
53:22 64:9 75:9 78:11 87:5
88:3 89:6,14 90:22
**Jared's** 71:7
**Jeannine** 46:18 47:3,4,7
64:10 67:11 71:6 75:11
78:13
**job** 12:16 14:11 16:20 37:23
**Joe** 37:5 48:24 49:4,6
**join** 65:13
**joining** 13:20
**joke** 33:15,22 37:8 49:3
**joking** 48:23
**Jose** 1:7 21:22 22:12,19
30:25 42:21,24 46:24 47:15
54:11,12,12 55:11,20 56:9
58:20 59:6 60:3,6,11
**Joseph** 16:12 49:6
**July** 20:16 84:10,16
**June** 1:14 2:8 7:4
**J-A-R-E-D** 11:24

---

**K**

**Kathleen** 17:17 27:17 65:13
66:10,13,16 68:24 70:23
**Kathleen's** 72:6
**keep** 29:4
**kind** 30:2 33:15 46:14
**knew** 32:12 46:23
**know** 19:22 21:10,13 22:3,18
22:20 23:13,24 24:4 26:8
31:23,25 32:4 33:21 34:16
34:18 39:13 40:13,16 42:9
47:10,12,17 49:8,17 55:4,9
58:4 61:14,19 62:5,6 63:5
63:17,20 65:20 66:23 69:22
70:15,15,16 77:2 79:16,20
81:3,6,9,12,16,20 83:25
84:11
**knowledge** 91:10

---

**L**

**L** 6:2,2
**LABOR** 3:22
**large** 14:23 19:16 27:13
**Late** 34:10

**lawsuit** 8:12
**lead** 28:6
**leader** 14:22 17:19 66:14,17 66:18
**learn** 62:12
**learning** 62:9
**leaving** 62:16,18,24,25 63:3 65:9 67:25
**left** 63:6
**legal** 67:17 77:16
**LEK/CFH** 1:5
**letter** 42:20
**Let's** 34:7 35:20 66:16
**Liberatore** 21:24 22:5 31:2
**Liberatore's** 22:2
**life** 9:23 15:16
**likewise** 9:19
**line** 39:21 46:8 58:17 71:4 90:3,5,8,10,13,15,18
**lines** 46:9
**listened** 66:4
**little** 23:10 26:11 48:6
**LLC** 1:7 7:22
**LLP** 3:12
**located** 2:6 36:4
**long** 12:21,23 13:13,24 14:5 19:20 48:7,15 58:5 66:7 69:20 73:21 80:25
**longer** 16:11 31:12
**long-term** 85:15
**look** 45:25 50:14
**looks** 50:2,16 58:13 74:9
**lot** 31:12
**Lynne** 16:10
**L-I-B-E-R-A-T-O-R-E** 21:25

**M**

**M** 29:2,8 54:11,12
**MA** 12:15
**maintain** 81:4,7 82:15
**maintained** 19:20,23
**maintenance** 12:18 16:23 17:8,19 24:19 29:9
**making** 76:20
**manage** 24:18 82:21
**management** 16:22 17:6
**manager** 12:17 13:8,11 14:8 16:9,12,15,17 21:3 24:6,17 27:22 47:5,9 75:10,11

78:13,14
**managerial** 14:18
**managers** 15:10 16:8
**managing** 76:21
**manual** 19:16 29:2
**manuals** 12:18 16:24 17:8,20 19:10,16 24:19 25:8,9,21,24 26:22 28:6
**mark** 38:16 41:7 45:9 53:11 63:25 68:14 69:8 73:5
**marked** 4:4 5:2 39:7 41:11 45:13 46:25 49:23 53:15 64:6 68:19 69:16,21 70:20 73:11
**master** 12:12 18:3 20:2,24 24:2 59:17
**matter** 7:24 11:5 31:19 80:16 81:21 82:5 87:6 88:4 89:8
**matters** 70:12
**Maureen** 3:21 11:11
**mean** 15:15 27:15 28:16 37:4 62:25 78:17
**meaning** 36:15
**means** 29:6
**meant** 58:24 72:13
**medical** 10:10,19
**medication** 10:2
**meet** 65:9 79:11
**meeting** 65:3,6 66:25 80:4,8
**members** 29:21
**mentioned** 24:5 25:25 28:13 30:25 49:13
**met** 7:19 32:20
**meticulous** 19:18
**Mexico** 19:11
**minutes** 50:13 58:6 66:9 86:9
**modules** 80:24
**moment** 7:19 22:22 34:7 45:25 66:19 72:15 77:8 85:17
**Monday** 35:24
**month** 84:14
**months** 85:13,14
**MSA** 59:17 82:19 83:7,12,17 83:24 84:6,8,13 86:15

**N**

**N** 3:2 6:2
**name** 7:18 11:22 18:11 21:24 23:15 47:6 75:19

**named** 7:11
**names** 55:15
**nature** 29:23 31:6,10
**near** 36:2
**nearby** 33:17
**need** 19:7 42:7 48:11 53:25 64:16 85:3 86:16
**needs** 18:7
**Nelli** 65:13 66:10,17 68:24 70:24 71:5,25
**Nelli's** 66:15
**never** 83:25 86:4
**New** 1:2 2:2,7,10 3:7,15 7:7 12:12 89:20 91:6
**nod** 8:18
**non** 23:9,16 54:17,24 81:17
**non-work** 37:7
**NORTHERN** 1:2
**notary** 2:9 6:17 7:6,13 89:20 91:5
**noted** 82:13 91:8
**notice** 5:4 7:4 46:4 69:10,13 70:13
**noticed** 27:10
**notified** 75:8 78:11
**number** 19:4 45:19 64:12 68:25 73:24 75:5 78:10,25 84:24 85:10 86:3
**numbers** 41:24 42:2,3
**NY** 3:7,15

**O**

**O** 6:2 29:2,8
**oath** 8:7
**object** 61:17 82:12
**Objection** 21:16 24:9 25:18 33:2 36:13,25 43:6 61:22 63:4 76:25 81:24 82:8
**objections** 6:10
**Occasionally** 29:22 31:5
**occurred** 34:9,15 36:2 39:25 61:9 77:24
**Oct** 39:19,22
**October** 34:10 38:24 41:18 42:13 45:22 50:18 53:23 54:10 58:14 61:8,9 64:11 75:7 77:25 79:8,24
**offering** 52:8
**office** 51:5 67:25 71:11 76:2
**offices** 29:18

**officially** 22:14
**Oh** 41:23 50:19 58:3 72:10
80:19
**okay** 8:24 9:4,12,22,25 13:7
30:14 31:18 34:11,14 35:20
39:3 42:4,8 44:2 48:5 58:3
60:13 65:11 69:11 73:19
74:4 85:4 86:10
**operation** 12:17 16:23 17:8
17:19 24:19
**operational** 31:10 59:8,10,14
**operations** 13:9 16:18 20:24
24:6,17 29:9
**operatives** 59:12
**operators** 59:19
**oral** 7:2 8:16
**order** 13:5
**organization** 27:20 28:5,12
**OTTINGER** 3:4
**outline** 82:23
**outlined** 24:2 51:20
**outside** 37:6 86:14
**oversee** 24:18 25:17
**overseeing** 17:21,25
**oversight** 25:11 26:6

**P**

**p** 3:2,2,8,16 6:2
**page** 4:6,10,12,14 5:3 41:11
42:11 45:12 53:14 54:25
70:23 72:4,11,14,20,24
73:25 74:14,14,19,24 85:11
88:5 89:9 90:3,5,8,10,13,15
90:18
**pages** 4:8,16,18 5:8,13 39:7
64:5 68:18 69:16 70:12
73:10 74:8
**PAGE(S)** 4:2
**paid** 83:18 84:5 85:18
**paraphrasing** 35:19
**parens** 23:16
**parenthetical** 48:22,24 49:2
**Park** 3:6,14
**Parkes** 47:7,14,16,18 52:21
53:3,6 64:10 68:2,6 71:6
75:11 77:24 78:13,16,20
**part** 8:12 24:8 25:7 28:8
32:21 79:6
**particular** 61:5
**parties** 6:5 88:12

**pass** 69:6
**passed** 72:19
**pause** 69:3
**pay** 82:25
**pending** 9:8
**people** 15:17,20 18:9 31:11
32:21 33:22 65:14 83:3
**perform** 19:4,18
**performance** 15:3,11
**performing** 15:21
**period** 19:8 43:12,15 44:13
**person** 22:10 27:2,5 29:25
30:2 59:5 80:23
**personally** 89:5
**pertinent** 26:21
**Pete** 66:10
**Peter** 65:12 66:17 68:24
70:24 71:5,25 72:9
**Peter's** 72:8
**PGS** 28:14,16
**phone** 51:4 57:24
**Phones** 23:6
**Phonetic** 16:10,12
**phrase** 22:22
**picture** 46:13
**place** 27:12 39:22 57:24 80:5
80:9 88:5 89:9 91:8
**Plaintiff** 79:9,11 85:12,14,16
**Plaintiff's** 4:6 5:3,4,10 38:17
39:5 41:8,9 45:10,11 46:25
49:24 50:15,16 51:20,24
52:3 53:11,13 60:23 63:25
64:3 68:15,16 69:8,12,13,22
70:20 73:5,7,8,17 84:22
**Plaintiff(s)** 1:4 3:5
**plant** 13:12 14:15
**plants** 14:13
**Plattsburgh** 12:12
**please** 8:21 9:3 33:12 41:15
42:6 45:25 48:19 53:10,25
63:24 64:15 68:14 69:20
73:4
**point** 15:19 18:2 21:21 22:10
33:23 43:8 47:20 51:6 61:3
79:25
**points** 35:16
**Pole** 16:15
**policies** 80:17,20 81:4,7,15
**policy** 76:22,23 81:19
**pops** 23:15 54:24

**pop-up** 54:16
**portion** 17:4 44:9
**position** 12:21 13:3,14 16:9
17:18
**positions** 13:16
**possible** 86:4
**power** 3:20 13:12 14:13,15
27:19,22 28:17,18
**Powers** 28:3,22,23 29:13
30:13
**precisely** 9:16 34:12 50:3,22
**prejudice** 34:5 35:15 52:13
**prejudiced** 76:11
**preliminary** 11:5
**premises** 65:10
**prepare** 11:6,14
**preparing** 42:20,23
**prerogative** 82:22 83:9,10
**presence** 33:17
**PRESENT** 3:19
**presumably** 49:2 77:17
**previously** 49:13 72:25
**primarily** 27:11
**print** 19:10 25:24
**printing** 26:5
**prints** 25:8
**prior** 13:8 47:23 51:19,23
55:24 56:5 58:21 60:7
62:16,18,19,24,25 63:3 65:9
67:12,25 68:2 69:4 79:23
84:11
**privilege** 9:11
**procedures** 27:8
**proceedings** 69:3 91:7
**process** 16:23 17:7 19:12
25:7 26:7 27:8
**processes** 27:12
**produced** 7:4
**product** 24:7,22 25:17,20
26:12,20
**production** 16:22 17:7 18:4
19:3 24:18 25:7 66:17
**professional** 1:8 37:15 49:11
79:22
**project** 13:11 14:8 15:9,16,18
21:3 24:17 81:23 82:2,6,16
82:24 85:11,15,19 86:18
**projects** 85:25
**pronouncing** 75:19
**properly** 24:25 25:2,4 76:21

**prospective** 57:11
**protocol** 7:25
**provide** 18:8
**provided** 54:15 83:23
**proximity** 36:5,7
**public** 2:9 6:17 7:6,13 89:20
  91:5
**purpose** 42:18 46:21,23
**pursuant** 5:5 7:4 69:14
**put** 27:12 70:18
**P-A-R-K-E-S** 47:7
**P.C** 3:4
**p.m** 1:15 42:12 44:3,4 53:23
  54:10 58:14 64:12 72:16,17
  87:6

**Q**

**question** 6:11 8:21,22 9:8
  20:11 26:15 29:17,25 31:8
  31:10,13 37:10,16 44:6,11
  49:14 50:6 62:21 77:4,6
**questions** 7:23 8:16 9:19
  73:23 80:14 86:21,23
**quite** 31:12 65:15

**R**

**R** 3:2 6:2
**racist** 52:12 65:19 76:11
**raised** 33:24
**randomly** 27:10
**rarely** 31:5
**read** 16:25 17:4 44:5,9 46:8
  48:8,11,18 88:12
**Reading** 46:10,16 48:20
  52:10 58:15 71:2 75:3 78:8
  79:4 85:8
**reads** 52:11 71:6 75:6 78:10
  79:6 85:11
**ready** 46:2
**realized** 27:2
**really** 28:25 48:10
**reason** 10:21 59:4 61:5 65:8
  76:5 90:5,7,10,12,15,17,20
**reasons** 37:15
**reassure** 60:24 61:6
**recall** 40:21 41:5 53:8 62:9
  62:13 68:5,11 70:4 77:12
  77:15,18 78:22,23 84:13
**receive** 12:10,14 56:7,13 68:9
**received** 12:11 16:16 39:7

41:11 45:13 53:15 64:5
  68:18 69:16 73:11
**receiving** 39:15
**Recess** 44:3 72:16
**recognize** 42:14 64:23 74:5
  74:11
**recollect** 58:11 61:4,13
**recollection** 33:9,10,13 38:10
  39:24 46:20 57:13 58:19
  65:2 75:13
**record** 11:23 46:9,9 48:9,19
  52:11 58:16 71:7,24 75:6
**recorded** 91:7
**reduce** 84:5
**reduced** 88:8
**refer** 18:22,24
**reference** 48:25
**referenced** 77:20,23
**referred** 20:2 63:20
**referring** 28:21 30:12 50:9
  67:9,22,23
**refresh** 39:24 46:20 58:19
  65:2 75:13
**regarding** 15:11 38:7 42:21
  80:18
**regular** 27:8
**reiterated** 65:16
**relationship** 19:21,23 21:2
  79:23
**relevant** 79:6
**remember** 20:25 32:7,19,23
  33:7 34:8,11 35:12 38:4,14
  39:14,15 42:10,16,18 43:13
  43:14 44:11 45:2 47:21,23
  51:12 52:17,23 53:2,5 54:2
  55:10 56:17,21,23 57:19
  58:24 60:5,9 67:8,13 70:21
  71:9,13,16,20 75:17 76:13
  77:25 78:15 80:12
**renew** 20:17 83:10
**renewal** 20:20 86:15
**renewed** 20:17 83:14,16 84:9
  84:13
**repeat** 8:22 26:18 78:6
**rephrase** 8:23 45:3 59:21
**report** 15:22 16:7 17:15
  27:17,21,21 30:3 38:12
**reported** 1:24 16:2,3
**reporter** 2:9 7:6,13 8:4,17
  9:24 38:16 41:7 45:9 53:10

63:24 68:13 69:7 73:4 88:8
  91:5
**REPORTER'S** 91:2
**reports** 15:24 27:18 28:2
  65:12 66:12
**represent** 7:19
**represented** 11:2
**request** 52:6 69:25 71:7,9
  74:3,16 75:2 79:3 85:2
**requested** 88:7
**require** 37:23
**required** 37:14,18,21 84:12
**reserve** 86:22
**reserved** 6:11
**Resources** 75:11 78:14
**respect** 61:15,20 68:7 76:23
  77:11
**respective** 6:5
**respond** 35:17 79:7
**responding** 72:7
**response** 40:25 56:7,11 73:17
  75:4 78:9,20,25 84:23 85:9
  86:2
**responses** 5:9 73:8 74:21
**responsibilities** 14:11 15:6
  16:20
**responsible** 14:17 15:2,20
  17:21,25 18:3
**result** 71:22 86:17
**retain** 82:16
**retained** 85:13
**retaliation** 80:18 81:8
**return** 77:7
**reverse** 13:4
**review** 24:7 26:12,20,21
  39:12 42:7 69:21 73:22
  86:15
**reviewed** 11:16 74:19 83:15
  84:8
**reviewing** 24:23
**revise** 85:21,24
**revising** 20:20
**right** 8:19 9:16 23:12 30:11
  38:20 43:24 48:14 51:6
  54:25 55:3 84:10 86:22
**River** 2:6
**Road** 2:7
**Roberta-Anne** 1:25 2:8 7:5
  7:12 91:4,16
**role** 14:18 15:23,24 16:21

17:12 22:16 24:6,8,16,23
  25:24 30:22 31:25 79:20
**roles** 49:8
**Rollins** 16:10
**room** 36:8,9,12,17 65:14
  66:20
**rows** 36:21
**Rule** 5:5 69:14

---

**S**

**S** 3:2 6:2,2
**sake** 46:7 72:20
**Sara** 33:13
**Sarah** 28:3,22 29:10 33:11,17
  33:20 34:3 37:4 38:24
  39:18,18 41:17 42:12 45:21
  46:5,22 48:4 50:4,17,25
  53:22 58:13 60:14 65:17
  67:24 76:8,10,17
**Sarah's** 37:6 39:23 49:20,20
  49:22
**sat** 36:20
**saw** 32:20
**saying** 82:10
**says** 39:21
**scale** 86:16
**Schenectady** 2:2,7 22:12
**Schmitt** 1:25 2:9 7:5,12 91:4
  91:16
**school** 12:2
**scope** 18:8 19:7 82:20 83:2,4
  83:7,19,22 85:19,24
**Scott** 28:3,22,23 29:11
**sealing** 6:6
**second** 42:11 50:14 54:8
  70:24 71:4 72:11,14,19,23
  75:5 78:9 85:9
**see** 35:21,23 54:25 62:16
  70:22 74:7 85:15
**seeing** 39:14
**seen** 70:3 74:9,17
**send** 23:13 46:11,24 52:18,21
  55:5 60:13,15,22
**sending** 46:18 47:3,24 55:10
  56:19 67:12
**sense** 84:16
**sent** 11:17 38:25 39:18 40:22
  41:17 42:12 45:21 46:5,22
  48:3 49:23 50:2,3,11,17,21
  50:24 52:4,16 53:21 54:9

61:10 64:9 68:23 71:5
  77:16
**sentence** 48:18 52:7 67:4
  75:5 78:9 79:5 85:5,9
**September** 12:25 13:15
**serious** 44:23
**seriously** 76:14
**services** 13:21 18:3 20:3 24:3
  27:20,22 28:19 59:17
**set** 5:10 46:3 64:17,19 73:9
  73:18 88:5 89:9 91:12
**shake** 8:18
**share** 29:13
**SHEET** 90:2
**ship** 19:11 25:10,24
**shipping** 26:5
**shop** 19:10
**short** 43:22
**show** 55:5
**sick** 10:18
**sign** 88:12
**signature** 54:16,19 74:18
  90:21
**signed** 20:13,15,16 80:10
  89:18
**simple** 31:10
**simultaneous** 50:12
**sit** 37:11
**site** 15:21 22:12,23 80:2
**situation** 34:6 76:21
**six** 10:16
**skill** 91:10
**slash** 67:17
**slightly** 31:18 80:15
**smiley** 46:12,14
**Soheila** 1:3 7:20 31:20 33:15
  33:19,23 34:4 37:5 48:22
  65:16 67:6 71:12 76:18
**Soheila's** 57:2,4,7 60:25 76:8
  76:9,16 77:17
**soldier** 86:11
**sole** 18:20
**somebody** 22:11 23:14 25:16
  27:4,5,6 55:6
**soon** 46:2
**sorry** 10:5 20:12 22:6 28:16
  30:8,9,20 62:22 65:20 66:5
  72:13 73:14 82:9
**sort** 19:9 22:4,7 23:4 59:14
**sourcing** 14:16

**South** 3:6
**speak** 47:18 51:13,18,22
  58:18 59:3,5 63:18
**speakerphone** 56:15
**specialist** 28:24 29:12
**specific** 76:13 82:19
**specifically** 22:18,20 38:4
  73:23 74:11 79:5 84:23
**specify** 23:9
**spell** 21:24
**Spelling** 16:10,13
**spoke** 51:5 58:20
**spoken** 51:3 55:23 56:4
**staff** 18:6 21:9 82:24 86:17
**stamped** 4:7,9,11,13,15,17
  39:6 41:10 45:12 53:14
  64:4 68:17
**standing** 37:6 76:2
**standpoint** 14:22,25 67:18
**start** 13:5
**started** 33:25
**state** 2:10 7:6 11:22 12:11
  89:3,20 91:6
**states** 1:1 58:17 89:6
**stay** 35:20 36:23 37:25
**stenographer** 17:5 44:10
**stenographically** 91:7
**stipulate** 40:3
**STIPULATED** 6:3,9,14
**Strike** 14:3,9 20:6 21:6 51:16
  57:17 59:20 61:16 62:7
  63:15 77:21 79:14 83:5
  84:3 85:6,22
**subject** 39:19 41:19 80:16
  81:14,18,21
**subscribed** 6:16,18 89:18
**subsequent** 40:19 60:9 61:21
**substance** 67:13 75:21
**substances** 10:3
**suffering** 76:19
**summary** 67:6 75:23
**supervise** 14:20,21 15:14
  17:11,14 21:14,19
**supervising** 14:25
**supervisory** 15:5 30:4,10,16
  30:22
**supplier** 18:5,22,25 19:3,6
**supply** 19:8
**support** 15:9 28:24 29:11
  66:18

**sure** 26:10 29:7 38:22 40:2,8
  40:11 45:18 50:8 70:7
  75:16 76:20 77:3
**sworn** 6:16,19 7:11 8:4 89:6

---

**T**

**T** 6:2,2
**table** 25:25
**tables** 19:15
**take** 9:5,7 10:4 38:6 39:11
  42:6 43:22 45:25 48:14
  53:25 56:11 64:15 68:6
  69:20 70:5 73:21 75:25
  77:10 78:20 80:22 85:3
**taken** 60:24 61:3,14,19 71:21
  76:14 88:4,7 89:7
**talk** 11:19
**talked** 68:2
**talking** 37:6 65:25
**tasks** 15:8
**team** 14:23 17:19 19:14 27:4
  27:5,6,7,16,24 28:9 29:2
  30:3 32:22 66:14,16,17
**Tefft** 37:5 49:6,12,15 51:13
  51:18 79:10 80:9
**telephone** 56:12,13 78:5
**tell** 7:13 8:22
**tend** 59:13
**tended** 59:7
**tenor** 76:8
**tenure** 19:24
**term** 82:17 83:12,17,23 84:6
**terminate** 57:2,4,7,14,21
**terminated** 57:16,20 62:10
**termination** 57:9,25 61:15
  62:15 63:2
**terms** 20:8,21 23:20
**testified** 7:15 8:9 26:11,19
  32:12 35:25 51:7 54:14
  66:11,19 83:13 85:17
**testify** 10:7,22 70:11
**testifying** 8:6 11:20
**testimony** 17:4 44:9
**Thank** 10:11 44:18 60:18
  84:19 86:25
**Thanks** 64:21
**thermal** 13:12
**thing** 9:6 18:16
**things** 35:20,23 40:4 52:12
  65:16 76:12,14

**think** 10:21 24:10 35:5
**thinking** 46:18 47:3
**third** 85:5
**Thomas** 79:10
**three** 27:23 30:24 65:22
  70:13
**thrown** 67:3
**time** 6:12 8:25 14:7 17:3 26:4
  29:5 32:20 37:19 38:6,9,12
  39:12 40:19 42:6 43:11
  44:8 47:5,9,12 50:3,12,22
  53:25 64:16 65:23 69:2
  80:3,10 85:3 87:2 88:5 89:8
  91:8
**title** 12:16 16:14,16 18:21
  22:2,14 28:23,25 29:10
  47:8,10 66:13,15 88:5 89:9
**today** 7:24 8:15 10:2,18 11:2
  11:5,13,15,20
**told** 33:11,15 37:25 67:15,19
**top** 39:17 46:4 60:22 72:6
**trained** 80:20,21
**training** 80:22,23 81:2
**transcribe** 8:17
**transcript** 4:5 39:9 41:13
  45:15 53:17 64:7 68:20
  69:18 73:13 88:13 89:7,10
  91:9
**transpire** 35:23
**trial** 6:12
**true** 74:21 89:10 91:9
**truth** 7:14,14,14
**truthfully** 10:23
**trying** 40:9 57:23
**turn** 31:18 48:2 52:2 70:19
  74:13,23
**Turning** 81:21
**two** 4:8,16,18 18:9 27:18,25
  28:13,17,20 38:18 39:7
  46:9 48:23 56:19 64:5
  65:12 68:18 70:22
**typewritten** 88:9
**typically** 25:5 59:16 84:11

---

**U**

**U** 6:2
**Uh-huh** 36:3 39:20
**unable** 10:22
**uncomfortable** 67:16 76:7,10
**understand** 8:3,20 10:25

21:17 25:23 57:22 61:23
  70:9 76:24 77:3
**understanding** 37:3
**Understood** 8:19 9:17
**UNITED** 1:1
**University** 12:11,13
**upset** 33:14,23 34:3,5,17,18
  34:20,23 35:6,14
**use** 23:2,5 29:4 60:3 82:24
**utilize** 23:21

---

**V**

**v** 1:5
**Vallas** 3:3 4:3 7:17,18 9:15
  10:11,14 14:3,9,10 16:4,6
  16:25 17:10 18:19 20:6,7
  20:14 21:6,7,20 22:8,15
  23:19 24:13,15 25:15,22
  26:16 30:11,15 32:11,13
  33:4 34:21,22 36:16 37:13
  38:15,23 39:10 40:8,12
  41:6,16,23 42:4,5 43:10,24
  44:5,18,19 45:8,18,24 46:19
  48:6,13,17 50:7 51:16,17
  53:9,20,24 54:6,20,23 55:14
  55:19 57:17,18 59:20,22
  60:18,21 61:16,18 62:2,7,8
  62:23 63:7,11,13,15,16,23
  64:8,14,18,22 68:12,22 69:4
  69:19 70:17 72:12,18 73:3
  73:16,20 74:12 77:5,9,21,22
  79:14,15 81:13 82:3,4,13,14
  83:5,6,20,21 84:3,4,19,20
  85:6,7,22,23 86:8,13,20,25
**verbatim** 56:23
**video** 80:23
**voice** 33:24

---

**W**

**wait** 30:19 54:3
**waived** 6:7
**walk** 36:17
**want** 41:25 43:21 50:8
**wanted** 20:22 30:3 42:25
  46:24 50:22 62:16 63:17
  65:14 66:3,20
**wasn't** 33:3 65:24 66:22
**Water** 3:20 28:17
**way** 13:6 26:9 35:7 36:10
  65:21 66:5

---

**WEDNESDAY** 1:14
**weekend** 35:22
**weeks** 84:11
**weight** 33:22 48:25
**We'll** 54:3
**We're** 48:11
**we've** 69:21
**WHEREOF** 91:12
**whys** 57:13
**window** 43:19 44:17
**withdraw** 24:13 77:6 83:20
**Withdrawn** 48:16 63:7,8,11
  63:12
**witness** 7:10 9:12 10:8 20:12
  52:5 62:22 69:24 72:5 74:2
  74:15,25 79:2 84:25 86:11
  91:12
**word** 35:9 66:22 67:2
**words** 35:7 46:17 47:3 76:8,9
  76:11,13
**work** 13:4,6 18:8 19:7,9,18
  21:14 24:7,21,22,24 25:17
  25:20 26:12,20 27:19 28:17
  28:18 29:18,19 40:9 57:23
  81:17 82:20,22 83:2,3,4,7
  83:19,22 85:16,19,24
**worked** 13:21 80:2
**working** 21:3 32:4
**workplaces** 36:5
**works** 23:13
**wouldn't** 58:4
**writing** 42:16 51:19
**written** 51:23 52:19
**wrong** 75:19
**wrote** 40:13 42:19

### Y

**yeah** 24:12 50:19 59:11 61:24
  67:15 72:22
**year** 11:17 12:6,14 74:10
**yearly** 20:17 80:21 82:25
**years** 15:17
**York** 1:2,13 2:2,4,7,10 3:7,15
  4:3 7:3,7,9 11:24 12:2,12
  38:25 39:11 41:18 42:6
  44:20 45:21 53:22 54:8
  64:9,15,24 69:5,20 70:18
  72:19 73:21 74:6 75:9,14
  78:11 80:15 87:2,5 88:3
  89:6,14,20 90:22 91:6

**YOUNG** 3:21
**Yup** 42:10 54:2 64:17 70:2
  70:21
**YUZEK** 3:12
**Y-O-R-K** 11:25

### Z

**Zalewski** 79:10,16,23 80:9
**Zapp** 16:12
**Zapp's** 16:14

### 1

**1** 2:6
**1:13** 72:16
**1:21** 72:17
**1:38** 1:15 87:6
**10016** 3:7
**10177** 3:15
**11** 1:14 2:8 7:4
**11:18** 39:2 42:12,13 46:22
  48:4 50:18 52:19
**11:21** 45:22
**11:28** 41:19 52:4
**11:54** 2:7
**11:55** 1:15
**12** 1:5 39:19,22
**12:35** 44:3
**12:40** 44:4
**14** 5:12 73:10 74:14
**15** 66:9
**1808** 1:5
**1991** 12:7
**1995** 12:15

### 2

**20** 18:9 89:19
**2001** 14:4
**2006** 12:15
**2007** 12:25 13:15
**2012** 12:22 16:17 34:10 41:19
  45:22 50:18 53:23 54:10
  58:14 64:11 79:8 84:14
**2013** 20:16
**2014** 1:14 2:8 7:5
**212-571-2000** 3:8
**212-907-9603** 3:16
**25** 39:19,22 79:8
**25th** 61:8 79:24
**250** 3:14
**26** 38:24 41:18 45:22 50:18

**26th** 42:13 75:7 77:25

### 3

**3** 73:24 75:5 78:10
**3:47** 54:10
**3:50** 53:23 58:14
**30th** 53:23 54:10 58:14 61:9
**30(b)(6)** 5:6 69:10,14
**31st** 64:11
**38** 4:7

### 4

**4** 73:24 78:25
**4:15** 39:22
**4:19** 64:12
**40** 4:9
**401** 3:6
**44** 4:11
**45-minute** 43:19 44:16

### 5

**51** 4:13

### 6

**6** 84:24 85:10 86:3
**62** 4:15
**66** 4:17
**67** 5:4

### 7

**7** 4:3
**70** 5:9
**705** 4:18 68:18
**710** 4:8 39:6
**721** 4:16 64:5

### 9

**9th** 3:6
**900** 15:20