| | |
|---|---|
| **From:** | Jose Garcia <jose@grupogid.com> |
| **Sent:** | Monday, July 14, 2014 4:22 PM |
| **To:** | Garcia, Jose M (GE Power & Water, Non-GE) |
| **Subject:** | FW: Como lo platicamos |

FYI

---

**From:** Guillermo Garcia [mailto:guillermo@grupogid.com]
**Sent:** lunes, 21 de mayo de 2012 01:52 p. m.
**To:** 'JOSE GARCIA'
**Subject:** RE: Como lo platicamos

Adelante ...nos la jugamos

---

**De:** Jose Garcia [mailto:jose@grupogid.com]
**Enviado el:** lunes, 21 de mayo de 2012 01:44 p. m.
**Para:** Guillermo Garcia;
**Asunto:** Como lo platicamos

Guillermo:

A partir de Junio, no vamos a cobrar nada a GE por Soheila, el presupuesto se acabó, que te parece que la dejemos para ver si puedo sacar el otro proyecto en donde podría estar. Es arriesgado pero así sería más fácil el arranque del otro proyecto.

La facturación se reduce de $ 23,874.00 a 17,444.29 para que estés consciente de lo que vamos a invertirle. Si para Octubre no pasa nada, entonces ya le mando su correo de terminación de Soheila.

Te adjunto el presupuesto modificado (para que lo vea Oscaaaar y luego no sepa de donde viene)

JMG

**CONFIDENTIAL**

GEGID20738

**From:**          Guillermo Garcia [guillermo@grupogid.com]
**Sent:**          Monday, May 21, 2012 2:52 PM
**To:**            'Jose Garcia'
**Subject:**       RE: As discussed

Let's move forward... let's play it.

**From:** Jose Garcia [mailto:jose@grupogid.com]
**Sent:** Monday, May 21, 2012 01:44 p. m.
**To:** Guillermo Garcia Fernandez
**Subject:** As discussed

Guillermo:

Beginning in June, we are not going to charge GE anything for Soheila; the budget is done. What do you think about us leaving her so we can see if I can get another project as far as it is feasible? It is risky but in this way the other project would be easier to start.

The invoicing is reduced from $ 23,874.00 to 17,444.29 so that you are aware of what we are going to invest. If nothing happens by October, then I will send Soheila her letter of termination.

I am attaching the amended budget (so that Oscar sees it and knows where it came from)

JMG



TRANSPERFECT

City of New York, State of New York, County of New York

I, Artem Furman, hereby affirm that the following is to the best of my knowledge and belief, a true and accurate Translation from Spanish to English of the document "Email Dated on Monday, May 21, 2012 from Guillermo Garcia to Jose Garcia. Subject line: RE: As Discussed".

Artem Furman
TransPerfect Translations International, Inc.

Sworn to before me this
August 27, 2014

Signature, Notary Public

DANIEL LEAVEY
Notary Public - State of New York
No. 01LE6292414
Qualified in NEW YORK County
My Commission Expires NOV 04, 2017

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 80 CITIES WORLDWIDE