| Date | # employees |
|---|---|
| 1/3/2011 | 9 |
| 1/17/2011 | 12 |
| 2/1/2011 | 13 |
| 4/25/2011 | 14 |
| 10/10/2011 | 12 |
| 10/17/2011 | 11 |
| 12/5/2011 | 10 |
| 1/3/2012 | 10 |
| 1/9/2012 | 11 |
| 2/7/2012 | 12 |
| 3/10/2012 | 10 |
| 4/16/2012 | 11 |
| 6/26/2012 | 12 |
| 7/30/2012 | 13 |
| 9/17/2012 | 12 |
| 10/31/2012 | 12 |
| 1/2/2013 | 14 |
| 3/12/2013 | 20 |
| 7/1/2013 | 33 |
| 7/16/2013 | 34 |
| 8/26/2013 | 35 |
| 9/30/2013 | 33 |
| 11/26/2013 | 31 |
| 1/27/2014 | 34 |
| 2/24/2014 | 35 |
| 3/24/2014 | 36 |

CONFIDENTIAL

GEGID20749