**PAYCHEX**

0015 0015-J268  Gid Global LLC

# DIRECT DEPOSITS DETAIL

Direct Deposits Detail
Page 1 of 1
EEDIRDEP

| COMPANY BANK ACCOUNT | EMPLOYEE NAME | ID | DEPOSIT | CALCULATED AMOUNT | ACCOUNT NUMBER | ROUTING & TRANSIT | TYPE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL BANK OF COMMERCE<br>Acct # xxxxxx728T<br>R & T 114902528 | Bernath, Sherwood | 11 | Net Pay | | | | Checking |
| | Cox, Kenneth W | 16 | Net Pay | | | | Checking |
| | Episcopo, Laura L | 21 | Net Pay | | REDACTED | REDACTED | Checking |
| | Hexemer, Soheila | 19 | Net Pay | | | | Checking |
| | Hunt, Joseph L | 24 | Net Pay | | | | Checking |
| | Liebert, Richard T | 9 | Net Pay | | | | Checking |
| | Livingston, Marvin | 26 | Net Pay | | | | Savings |
| | McFadden, Peggy | 27 | Net Pay | | | | Checking |
| | Tefft, Jacob D | 3 | Net Pay | | | | Checking |
| | Tyson, Tina L | 28 | Net Pay | REDACTED | | | Checking |
| | Williams, Michael D | 15 | Net Pay | | | | Checking |
| | Zalewski, Tomasz L | 25 | Net Pay | | | | Checking |
| | | | ACCOUNT TOTAL<br>12 Employees | | 1 Savings<br>11 Checking<br>12 Entries | | |
| | | | COMPANY TOTAL<br>12 Employees | REDACTED | 1 Savings<br>11 Checking<br>12 Entries | | |

**CONFIDENTIAL**

0015 0015-J268  Gid Global LLC
Run Date 10/16/12  09:37 AM

Period Start - End Date  10/07/12 - 10/13/12
Check Date  10/19/12

GEGID20750