CONFIDENTIAL
P0023

December 8, 2010 10:25 AM

4 Attachments 940 KB

"Garcia, Jose M \(GE Infra, Energy, Non-GE\)" <jose1.garcia1@ge.com>
To: "Soheila Hexemer" <shexemer@msn.com>
RE: Open Position

Soheila,

Please read, fill and sign the attached documents. After I receive all the attached information signed, we'll be ready to start by Jan 2nd, 2011

Jose

**From:** Soheila Hexemer [mailto:shexemer@msn.com]
**Sent:** Wednesday, December 08, 2010 9:13 AM
**To:** Garcia, Jose M (GE Infra, Energy, Non-GE)
**Subject:** RE: Open Position

Hi,
That will be ok with me. what is the next step?

Thank you
Soheila

Subject: RE: Open Position
Date: Wed, 8 Dec 2010 10:01:41 -0500
From: jose1.garcia1@ge.com
To: shexemer@msn.com

Soheila,

If I remove CDPHP, I can do 28.13 per hour (30 hours per week)

Jose

**From:** Soheila Hexemer [mailto:shexemer@msn.com]
**Sent:** Tuesday, December 07, 2010 9:40 PM
**To:** Garcia, Jose M (GE Infra, Energy, Non-GE)
**Subject:** RE: Open Position

Hi Jose
How are you? thanks for getting back to me, everything look good except my pay,

I was thinking more like 28.00 an hour.

CONFIDENTIAL
P0024

Thanks
Soheila

Subject: FW: Open Position
Date: Tue, 7 Dec 2010 15:57:46 -0500
From: jose1.garcia1@ge.com
To: Shexemer@msn.com
CC: jose@grupogid.com

Soheila,

I believe you didn't receive the below email. I am in Schenectady and it'll be great if I can get feedback from you.

Jose

From: jose garcia [mailto:jose@grupogid.com]
Sent: Thursday, November 19, 2010 6:11 PM
To: Shexemer@msn.com
Subject: Open Position

Soheila,

Following our conference call, our formal offer so you can consider moving to our company is

$ 24.00 per hour
8 vacation days per year
2 Personal days
11 Holidays (includes one floating day)
Medical Insurance with CDPHP
30 hours per week Max

Jose