CONFIDENTIAL

P0050

December 15, 2010  11:20 AM

"Garcia, Jose M \(GE Infra, Energy, Non-GE\)" <jose1.garcia1@ge.com>
To: "Soheila Hexemer" <shexemer@msn.com>
Cc: "Tefft, Jacob \(GE Energy, Non-GE\)" <jacob.tefft@ge.com>
Soheila Hexemer

---

Soheila,

I received your documents and were processed accordingly.

You first day is January 3rd, 2011. You need to be at Main Reception (Schenectady Facility) and call Jake Tefft, he is our PSA team leader. He will take care of you. We are on Building 37 2Annex

Jake.... We are good to Go with Soheila. Alberto will open CWD for her and please work with him so you can request SSO, email, etc. etc.

Jose M Garcia