| | |
|---|---|
| **From:** | Hexemer, Soheila (GE Energy, Non-GE) |
| **Sent:** | Monday, February 27, 2012 11:45 AM |
| **To:** | Garcia, Guillermo (GE Energy, Non-GE) <guillermo2.garcia@ge.com>; Garcia, Jose M (GE Infra, Energy, Non-GE) <jose1.garcia1@ge.com> |
| **Subject:** | FW: Paychex Stubs |
| **Attach:** | Soheila Hexemer 0203 2012.pdf; Soheila Hexemer 0210 2012.pdf; Soheila Hexemer 0217 2012.pdf; Soheila Hexemer 0224 2012.pdf |

Good Morning
Want to let you know, my paycheck was bigger this week, which was great. I thought I get increase in my salary. Opening these Stubs I realize they paid me for 40 instead 30.
Please let me know what am I supposed to do.

Soheila Hexemer
GID Global, LLC
c/o GE Power and Water
37-2 Annex
1 River Road
Schenectady, New York 12345
385-1983
e-mail: Soheila.Hexemer@ge.com

---

**From:** Stubs [mailto:stubs@gidglobal.com]
**Sent:** Monday, February 27, 2012 11:02 AM
**To:** Hexemer, Soheila (GE Energy, Non-GE)
**Subject:** Paychex Stubs

Soheila,

Attached are your Paychex Stubs from FW5 through FW8

GID Global

Confidential                                                                                                                    GEGID20551

GID GLOBAL LLC
P O BOX 810
SCHENECTADY NY 12301

0015-J268
100 Payroll

SOHEILA HEXEMER
26 FIRESTONE LANE
CLIFTON PARK NY  12065

**VOID**

**VOID**

**PERSONAL AND CHECK INFORMATION**
Soheila Hexemer
26 Firestone Lane
Clifton Park, NY  12065

Soc Sec #: xxx-xx-2771   **Employee ID:** 19
Home Department: 100 Payroll

**Pay Period:** 01/22/12 to 01/28/12
**Check Date:** 02/03/12    **Check #:** 1204
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5501 | 670.08 | 3350.35 |
| **NET PAY** | **670.08** | **3350.35** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 30.00 | 28.1300 | 843.90 | 150.00 | 4219.50 |
| | **EARNINGS** | 30.00 | | 843.90 | 150.00 | 4219.50 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 35.44 | | 177.22 |
| | Medicare | | | 12.23 | | 61.18 |
| | Fed Income Tax | M 0 | | 86.49 | | 432.45 |
| | NY Income Tax | M 0 | | 39.06 | | 195.30 |
| | NY Disability | | | 0.60 | | 3.00 |
| | **TOTAL** | | | 173.82 | | 869.15 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 670.08 | 3350.35 |

Payrolls by Paychex, Inc.

0015  0015-J268  Gid Global LLC • P O Box 810 • Schenectady NY  12301

Confidential

GEGID20552

GID GLOBAL LLC
P O BOX 810
SCHENECTADY NY 12301

0015-J268
100 Payroll

SOHEILA HEXEMER
26 FIRESTONE LANE
CLIFTON PARK NY 12065

**VOID**

**VOID**



| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Soheila Hexemer | | | | Hourly | 30.00 | 28.1300 | 843.90 | 180.00 | 5063.40 |
| 26 Firestone Lane | | | | **EARNINGS** | 30.00 | | 843.90 | 180.00 | 5063.40 |
| Clifton Park, NY 12065 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | | | | Social Security | | | 35.44 | | 212.66 |
| Soc Sec #: xxx-xx-2771   Employee ID: 19 | | | | Medicare | | | 12.24 | | 73.42 |
| Home Department: 100 Payroll | | | | Fed Income Tax | M 0 | | 86.49 | | 518.94 |
| | | | | NY Income Tax | M 0 | | 39.06 | | 234.36 |
| Pay Period: 01/29/12 to 02/04/12 | | | | NY Disability | | | 0.60 | | 3.60 |
| Check Date: 02/10/12   Check #: 1215 | | | | | | | | | |
| **NET PAY ALLOCATIONS** | | | | **TOTAL** | | | 173.83 | | 1042.98 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | | | | | |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 5501 | 670.07 | 4020.42 | | | | | | | |
| **NET PAY** | **670.07** | **4020.42** | | | | | | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 670.07 | 4020.42 |

*Payrolls by Paychex, Inc.*

**0015 0015-J268** Gid Global LLC • P O Box 810 • Schenectady NY 12301

Confidential                                                                                                         GEGID20553

GID GLOBAL LLC  
P O BOX 810  
SCHENECTADY NY 12301

0015-J268  
100 Payroll

SOHEILA HEXEMER  
26 FIRESTONE LANE  
CLIFTON PARK NY 12065

**VOID**

**VOID**

### PERSONAL AND CHECK INFORMATION
Soheila Hexemer  
26 Firestone Lane  
Clifton Park, NY 12065

**Soc Sec #:** xxx-xx-2771   **Employee ID:** 19  
**Home Department:** 100 Payroll

**Pay Period:** 02/05/12 to 02/11/12  
**Check Date:** 02/17/12   **Check #:** 1227

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5501 | 670.06 | 4690.48 |
| **NET PAY** | **670.06** | **4690.48** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 30.00 | 28.1300 | 843.90 | 210.00 | 5907.30 |
| **EARNINGS** | 30.00 | | 843.90 | 210.00 | 5907.30 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 35.45 | 248.11 |
| Medicare | | 12.24 | 85.66 |
| Fed Income Tax | M 0 | 86.49 | 605.43 |
| NY Income Tax | M 0 | 39.06 | 273.42 |
| NY Disability | | 0.60 | 4.20 |
| **TOTAL** | | 173.84 | 1216.82 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 670.06 | 4690.48 |

*Payrolls by Paychex, Inc.*

0015 0015-J268  Gid Global LLC • P O Box 810 • Schenectady NY 12301

Confidential                                                                 GEGID20554

GID GLOBAL LLC
P O BOX 810
SCHENECTADY NY  12301

0015-J268
100 Payroll

SOHEILA HEXEMER
26 FIRESTONE LANE
CLIFTON PARK NY  12065

**VOID**

**VOID**

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Soheila Hexemer | | | | Hourly | 40.00 | 28.1300 | 1125.20 | 250.00 | 7032.50 |
| 26 Firestone Lane | | | | **EARNINGS** | 40.00 | | 1125.20 | 250.00 | 7032.50 |
| Clifton Park, NY  12065 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Soc Sec #: xxx-xx-2771   Employee ID: 19 | | | | Social Security | | | 47.26 | | 295.37 |
| Home Department: 100 Payroll | | | | Medicare | | | 16.31 | | 101.97 |
| | | | | Fed Income Tax | M 0 | | 128.68 | | 734.11 |
| Pay Period: 02/12/12 to 02/18/12 | | | | NY Income Tax | M 0 | | 57.21 | | 330.63 |
| Check Date: 02/24/12   Check #: 1239 | | | | NY Disability | | | 0.60 | | 4.80 |
| **NET PAY ALLOCATIONS** | | | | | | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | **TOTAL** | | | 250.06 | | 1466.88 |
| Check Amount | 0.00 | 0.00 | | | | | | | |
| Chkg 5501 | 875.14 | 5565.62 | | | | | | | |
| **NET PAY** | **875.14** | **5565.62** | | | | | | | |

| | NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | 875.14 | 5565.62 |

*Payrolls by Paychex, Inc.*

**0015 0015-J268**  Gid Global LLC • P O Box 810 • Schenectady NY  12301

Confidential

GEGID20555