| | |
|---|---|
| **From:** | shexemer <shexemer@msn.com> |
| **Sent:** | Sunday, April 10, 2011 7:38 PM |
| **To:** | Garcia, Jose M (GE Infra, Energy, Non-GE) <jose1.garcia1@ge.com>; guillermo1.garcia@ge.com |
| **Cc:** | Tefft, Jacob (GE Energy, Non-GE) <jacob.tefft@ge.com> |
| **Subject:** | family emergency |

Dear Mr. Guillermo Garcia and Mr. Jose Garcia

I want to let you know that a family emergency has come up and I need to travel overseas.
My father is not doing well.
My flight leaves April 13 and returns April 29.
I will be at work until Tuesday and be back Monday May 2.

Sincerely,
Soheila Hexemer

Confidential                                                                                                                    GEGID20547