| | |
|---|---|
| **From:** | Hexemer, Soheila (GE Energy, Non-GE) |
| **Sent:** | Tuesday, September 4, 2012 8:08 AM |
| **To:** | Garcia, Guillermo (GE Energy, Non-GE) <guillermo2.garcia@ge.com>; Garcia, Jose M (GE Energy, Non-GE) <jose1.garcia1@ge.com> |
| **Subject:** | time off |

Good Morning,
I want to let you know I am taking time off from Sept 26 to Oct 11 taking My parents back to Iran.

Thanks
Soheila

GID Global, LLC
c/o GE Power and Water
37-2 Annex
1 River Road
Schenectady, New York 12345
385-1983
e-mail: Soheila.Hexemer@ge.com

Confidential

GEGID20703