| | |
|---|---|
| **From:** | Powers, Scott (GE Power & Water) |
| **Sent:** | Thursday, December 13, 2012 4:17:48 PM |
| **To:** | York, Jared (GE Power & Water) |
| **Subject:** | FW: Personnel / Teamwork |

Here's a good one

---

**From:** Nelli, Peter (GE Power & Water)
**Sent:** Friday, July 08, 2011 8:27 AM
**To:** Beitch, Douglas M (GE Power & Water); Powers, Scott (GE Power & Water)
**Subject:** FW: Personnel / Teamwork

FYI............

---

**From:** Garcia, Guillermo (GE Energy, Non-GE)
**Sent:** Thursday, July 07, 2011 6:27 PM
**To:** Nelli, Peter (GE Power & Water)
**Cc:** Garcia, Jose M (GE Infra, Energy, Non-GE); Tefft, Jacob (GE Energy, Non-GE)
**Subject:** RE: Personnel / Teamwork

Thanks Pete for informing us. We will take due course of action and see that these things don't come up again that affect directly the focus and goals of GE personnel. You are right, we need to work more as a team. In the name of GID Global, please accept our apologies and we will resolve this situation immediately.

Guillermo

---

**From:** Nelli, Peter (GE Power & Water)
**Sent:** Thursday, July 07, 2011 3:38 PM
**To:** Garcia, Guillermo (GE Energy, Non-GE)
**Cc:** Garcia, Jose M (GE Infra, Energy, Non-GE); Tefft, Jacob (GE Energy, Non-GE)
**Subject:** Personnel / Teamwork

Guillermo,

Per our discussion today:

-Specific reasons are unknown to me but Soheila Hexemer and Daniela Casavantes are having difficulty working together

-This situation has been building over the past month

-Scott Powers is being "tagged" for responding to questions on DMS/publications that can easily be addressed by Daniela and/or Soheila if they were working as a team

-Our productivity is being impacted negatively since Scott is pulled away from his normal (more important)

Confidential

GEGID20715

priorities for ITO Support, Customer Issues, Support Central, PLM and Process Improvements

-Scott and I informed Doug Beitch of the situation today and we met directly with Jake and identified the need to GRUPO to resolve this situation

Your normal prompt attention to this matter will be appreciated.

Regards,

Pete

Confidential

GEGID20716