| Product | # Jobs as of November 26,2011 | Unit Price | Totals | BLANKET PO Amount TO BE REQUESTED | PRODUCT | QUANTITY |
|---|---|---|---|---|---|---|
| | | | | | | JANUARY |

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

PSA

PSA

PSA

**CONFIDENTIAL**

GEGID20739

| FEBRUARY | | MARCH | | APRIL | | MAY | | JUNE | | JULY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY |

REDACTED

| $ 23,874.00 | | $ 23,874.00 | 1 | $ 23,874.00 | 1 | $ 23,874.00 | 1 | $ 23,874.00 | 1 | $ 17,444.29 | 1 |

REDACTED

REDACTED

**CONFIDENTIAL**

GEGID20740



| AUGUST | | SEPTEMBER | | OCTOBER | | NOVEMBER | | DECEMBER | |
| TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL | QUANTITY | TOTAL |
| REDACTED | | | | | | | | | | |
| $ 17,444.29 | 1 $ | 17,444.29 | 1 $ | 17,444.29 | 1 $ | 17,444.29 | 1 $ | 17,444.29 | 1 $ | 17,444.29 |

REDACTED

REDACTED

**CONFIDENTIAL**

GEGID20741

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

CONFIDENTIAL

GEGID20742

REDACTED

REDACTED

REDACTED

REDACTED

CONFIDENTIAL

GEGID20743

REDACTED

REDACTED

REDACTED

CONFIDENTIAL

GEGID20744

CONFIDENTIAL

GEGID20745

CONFIDENTIAL

REDACTED

GEGID20746