| | |
|---|---|
| **From:** | Jose Garcia <jose@grupogid.com> |
| **Sent:** | Wednesday, October 31, 2012 3:09 PM |
| **To:** | 'Hexemer, Soheila (GE Energy, Non-GE)' <Soheila.Hexemer@ge.com> |
| **Subject:** | PSA assignment |
| **Attach:** | Soheila Hexemer.pdf |

Soheila,

Unfortunately due to the difficult economic downturn we are going through, we have been notified that your services as a contingent assignment within GE Infrastructure will no longer be required as of October 31, 2012.

On behalf of GID Global I'd like to extend my gratitude for all your dedication and hard work throughout all this time.

I'd like to have a conference call to explain with more detail this action

Once again, thanks for all your hard work.

Jose Garcia

Confidential                                                                                                                    GEGID20562



## GID Global, Inc

Soheila Hexemer
26 Firestone Lane
Clifton Park, NY 12065

Dear Soheila,

In recent days, I had several meetings with our Customer's Management and unfortunately due to the difficult economic downturn we are going through, we have been notified that your services as a contingent assignment within our MSA will no longer be required as of October 31, 2012.

These actions being taken are in line with the overall budget assigned to us by our Customer, and should not be taken as any reflection on you personally or your performance, which by the way, was outstanding.

On behalf of GID Global I'd like to extend my gratitude for all your dedication and hard work throughout all this time.


Jose M Garcia

Confidential