

# GID Global, Inc

NAME
NAME
NAME

Dear NAME,

In recent days, I had several meetings with our Customer's Management and unfortunately due to the difficult economic downturn we are going through, we have been notified that your services as a contingent assignment within our MSA will no longer be required as of DATE DAY, YEAR.

These actions being taken are in line with the overall budget assigned to us by our Customer, and should not be taken as any reflection on you personally or your performance, which by the way, was outstanding.

On behalf of GID Global I'd like to extend my gratitude for all your dedication and hard work throughout all this time.


Jose M Garcia

Confidential

GEGID19849