| | |
|---|---|
| From: | Garcia, Jose M (GE Power & Water, Non-GE) <jose1.garcia1@ge.com> |
| Sent: | Monday, July 14, 2014 11:53 AM |
| To: | 'Jose Garcia' |
| Subject: | FW: PSA assignment |
| Attachments: | Bob Vitullo.pdf |
| | |
| Importance: | High |

FYI

**From:** Garcia, Jose M (GE Infra, Energy, Non-GE)
**Sent:** Friday, May 22, 2009 8:13 AM
**To:** Vitullo, Robert E (GE Infra, Energy, Non-GE)
**Subject:** PSA assignment
**Importance:** High

Bob,

Unfortunately due to the difficult economic downturn we are going through, we have been notified that your services as a contingent assignment within GE Infrastructure will no longer be required as of May 22, 2009.

On behalf of GID Global I'd like to extend my gratitude for all your dedication and hard work throughout all this time.

I'd like to have a conference call to explain with more detail this action

Once again, thanks for all your hard work!!


Jose

CONFIDENTIAL

GEGID20747



# GID Global, Inc

Mr. Robert E. Vitullo

Dear Bob,

In recent days, I had several meetings with GE PPE Management and unfortunately due to the difficult economic downturn we are going through, we have been notified that your services as a contingent assignment within GE Infrastructure will no longer be required as of May 22, 2009.

These actions being taken are in line with GE business initiatives and our overall budget assigned to us by GE Infrastructure and should not be taken as any reflection on you personally or your performance.

On behalf of GID Global I'd like to extend my gratitude for all your dedication and hard work throughout all this time.

Jose M Garcia

**CONFIDENTIAL**

GEGID20748