| | |
|---|---|
| **From:** | Hill, Sarah (GE Power & Water) </o=GEMAIL/ou=First Administrative Group/cn=Recipients/cn=204056690> |
| **Sent:** | Friday, October 26, 2012 11:18 AM |
| **To:** | York, Jared (GE Power & Water) <jared.york@ge.com> |
| **Subject:** | FW: 25Oct12 Incident |

FYI...

**From:** Hill, Sarah (GE Power & Water)
**Sent:** Friday, October 26, 2012 10:44 AM
**To:** Hill, Sarah (GE Power & Water)
**Subject:** 25Oct12 Incident

**Events as took place 25Oct12 ~4:15 at Sarah's cube**

**Participants/Witnesses:** *Outside Sarah's cube...* Sohelia Hexemer, Jake Tefft, Joe Hunt & *Sitting at desk...* Sarah Hill

Sohelia was teasing Joe & Jake that they have gained weight around stomachs and were getting little fat. Joe and Jake seemed to take it all as fun and weren't offended (as they all regularly tease each other in light-hearted way). Sohelia turned to me and asked if anything wrong with her saying that. I said... it's only that some people might think it's a little rude and be offended, as Americans can be a little sensitive about their weight. Told her jokingly that if ever told me I was fat, I might start crying!

At this point Sohelia completely snapped. She said she was offended since she has been American citizen longer than me and is just as, or even more, American. She told me I was prejudiced and didn't like Iranians.

*(Jake went to his cube, but Joe remained to listen.)*

She ran into her cube across the way very upset and was talking non-stop in raised voice. I was completely flabbergasted and went across the way. I tried to apologize if I offended her in anyway... telling her that she should know me better, that I'm the last one to be "prejudiced". I think so much of her and her family. I could care less where she is from... I don't even think of that. At this point she was hysterical and yelled at me that she would have expected more from me and thought I was different. She continued in saying I can call her a lot of things... fat, old (Note: I have never called her these things), but never question her citizenship and politics. Also, that she has been through so much in coming here from Iran and worked very hard to be an American citizen and she wouldn't take any prejudice like this against her. I said please let's talk about it. She said she did not want to talk to me now or every again, and if she had to work with such prejudiced people like me she would resign!

I knew she was now so irrational that there was no way to reason with her, so I went back to my desk and said no more. She stormed away from her desk in tears.

Confidential

GEGID20709

I then went next door to Jake's cube and Joe came over. I asked them to please tell me if I said anything at all offensive, as maybe I did and didn't realize. They both assured me I did not and that Sohelia completely misunderstood and overreacted. They were as shocked as me, as it came out of nowhere.

At this point Sohelia came back to her desk. Joe and I went back to our cubes. She went to Jake's desk still sobbing. I did not hear the details of conversation. But, Jake told me later that he told her she overreacted and nothing was meant by what I said.

She then left to go home still sobbing.

*These are the events as they took place.*

**Background**
-I have been to Sohelia's home for dinner with her family.
-I have taken her out for her lunch and gave her gift on her Birthday.
-On morning her mother was being sworn in for US Citizenship, I sent Sohelia a text message wishing them best of luck to let them know was thinking of them and to give greetings to her mother.
-I have only always taken interest in her welfare and that of her family... inquiring after her parents and giving moral support when dealing with her father's illness and her taking them back to Iran.
-On same day of incident noted above, in the morning I sat with Sohelia at her desk training her on taking over proofing of Translated Manuals. There was complete ease with no tension.
-On 15Oct12, Chris Wachtel noted an incident that morning where Sohelia came in his cube yelling at him for making changes to the new Kinetic Defect Log SC Site. (She was out of the office for 2.5 weeks and changes were made in her absence to keep the project moving along.) He was disturbed by this, but said he had thick skin and would just let it go as knew he was in the right since Kathleen and I had asked him to make the changes. I told him Sohelia's irate behavior was unacceptable. But, we agreed maybe it was stress/exhaustion after just returning from taking her parents back to Iran. It was decided he would let me know if any other tension occurred and if so I would then discuss with Grupo or Sohelia. (Note: Kathleen was made aware of these events and agreed with how to handle.)

Confidential

GEGID20710