| | |
|---|---|
| **From:** | York, Jared (GE Power & Water) <jared.york@ge.com> |
| **Sent:** | Friday, October 26, 2012 11:21 AM |
| **To:** | Hill, Sarah (GE Power & Water) <Sarah.Hill@ge.com> |
| **Subject:** | RE: Issue with Grupo contractor |

I accidentally hit send on this ☺

But these were the words I was thinking of sending to Jeannine.

JY

**From:** York, Jared (GE Power & Water)
**Sent:** Friday, October 26, 2012 11:18 AM
**To:** Hill, Sarah (GE Power & Water)
**Subject:** Issue with Grupo contractor

One of the Grupo contractors (Soheila) was apparently joking with two of the other contractors (Jake and Joe) and made a derogatory reference to their weight (presumably intended as a joke). Sarah was nearby and Soheila asked her if this was offensive, and Sarah said (nicely) that Americans tend to be sensitive about their weight, at which point Soheila became extremely agitated and irrational, calling Sarah a racist and saying she'll never speak to her again. Sarah surmises that Sohelia took offense to the notion that she is not American (her heritage is Iranian but she is a US citizen). This greatly upset Sarah, who feels (or felt) she has a very good professional and personal relationship with Sohelia, and naturally didn't appreciate the accusation that she's "racist."

I'm not happy at all with Soheila's behavior, and don't appreciate Sarah having to deal with unnecessary and inappropriate emotional (dis)stress, yet as well know I have no direct managerial oversight of her. I will ensure the responsible people within Grupo aware of this.

GEGID20707