| | |
|---|---|
| **From:** | York, Jared (GE Power & Water) </o=GEMAIL/ou=First Administrative Group/cn=Recipients/cn=501091524> |
| **Sent:** | Tuesday, October 30, 2012 3:47 PM |
| **To:** | Garcia, Guillermo (GE Energy, Non-GE) <guillermo2.garcia@ge.com>; Garcia, Jose M (GE Energy, Non-GE) <jose1.garcia1@ge.com> |
| **Subject:** | Issue with Grupo employee |

Guillermo & Jose,

I want to make sure you are aware of an issue with Soheila late last week. Apparently she was chatting with Jake and Joe and made a reference to their weight (presumably intended as a joke). Sarah was nearby and Soheila asked her if this was offensive, and Sarah said that Americans tend to be sensitive about their weight, at which point Soheila became extremely agitated and irrational, calling Sarah prejudiced and saying she'll never speak to her again. This greatly upset Sarah, who feels (or felt) she has a very good professional and personal relationship with Soheila, and naturally didn't appreciate the accusation that she's prejudiced.

Quite frankly, I don't care what was said. My understanding is that Joe Hunt was present for the entire incident and was as uncomfortable and surprised at Soheila's behavior as Sarah was. I do not believe Sarah intended to be offensive to Soheila, but regardless, Soheila's reaction was completely unprofessional, inappropriate, and unacceptable. If Soheila was indeed offended by something Sarah said, I would expect her to take the appropriate course of action with her management. Reacting emotionally, raising her voice, and saying she'll never speak to Sarah is not a professional solution to whatever her issue is. I need people here who can work and communicate effectively and professionally. I'm looking to you to make sure that Soheila understands that her behavior was unacceptable and will not be tolerated.

I'm available to speak on this any time, otherwise I'll look forward to hearing your updates on next steps with Sohelia.

Regards,

Jared York

Customer Documentation Services Manager
GE Power and Water
Global Projects Operation

T +1 518 385 7258 or 8* 235 7258
M +1 518 705 6595
F +1-949-221-3731
jared.york@ge.com
1 River Road
Bld 37-2-E13
Schenectady, NY 12345

Confidential                                                                                       GEGID20726