|           |                                                                                                                                 |
|-----------|---------------------------------------------------------------------------------------------------------------------------------|
| **From:** | York, Jared (GE Power & Water) </O=GEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=501091524>                              |
| **Sent:** | Wednesday, October 31, 2012 4:19 PM                                                                                             |
| **To:**   | Parkes, Jeannine M (GE Power & Water) <jeannine.parkes@ge.com>                                                                  |
| **Cc:**   | Beitch, Douglas M (GE Power & Water) <douglas.beitch@ge.com>                                                                    |
| **Subject:** | RE: Issue with Grupo employee [DO NOT DISTRIBUTE]                                                                            |

Jeannine,

Per our discussion, below is my summary of Grupo contractor Soheila Hexemer's "exit interview."

Shortly after I sent the below email (dated 30 Oct 2012), Jose and Guillermo Garcia (Grupo) contacted me via telephone and told me they had already decided to terminate Soheila's contract, irrespective of the issue noted below. I said (in essence) it was their prerogative, and thanked them for getting back to me so quickly.

Today at approximately 3pm, Grupo informed Soheila. Before exiting the premises, she asked to speak to me, and I agreed. Kathleen Bokan and Pete Nelli were present for the entire discussion.

She began speaking, becoming increasingly emotional, about how she believed her termination was related to the incident noted below. I neither confirmed nor denied this, telling her only that I had heard one side of the story from my employee, and communicated it to her employers (Jose and Guillermo) that emotional outbursts in the office were unacceptable. She accused me of discriminating against her because she is Iranian. I denied this, told her I was sorry she felt that way but it simply wasn't true (in fact I had no idea what her heritage was, nor did I care, until the incident related below). She accused me of discriminating against her because she's a contractor. I told her that I have four employees, and she is not one of them, and that I hold her in equal esteem to any of the Grupo contractors. There were additional words spoken, but the foregoing captures the gist of the exchange. She left and her Grupo team leader escorted her off the premises.

I've asked Pete and Kathleen to provide you a quick synopsis from their point of view. Let me know if you need any additional details.

JY

**From:** York, Jared (GE Power & Water)
**Sent:** Tuesday, October 30, 2012 4:23 PM
**To:** Parkes, Jeannine M (GE Power & Water)
**Cc:** Beitch, Douglas M (GE Power & Water)
**Subject:** FW: Issue with Grupo employee [DO NOT DISTRIBUTE]

Jeannine, fyi,

JY

**From:** York, Jared (GE Power & Water)
**Sent:** Tuesday, October 30, 2012 3:47 PM
**To:** Garcia, Guillermo (GE Energy, Non-GE); Garcia, Jose M (GE Energy, Non-GE)
**Subject:** Issue with Grupo employee

Confidential                                                                                                    GEGID20720

Guillermo & Jose,

I want to make sure you are aware of an issue with Soheila late last week. Apparently she was chatting with Jake and Joe and made a reference to their weight (presumably intended as a joke). Sarah was nearby and Soheila asked her if this was offensive, and Sarah said that Americans tend to be sensitive about their weight, at which point Soheila became extremely agitated and irrational, calling Sarah prejudiced and saying she'll never speak to her again. This greatly upset Sarah, who feels (or felt) she has a very good professional and personal relationship with Soheila, and naturally didn't appreciate the accusation that she's prejudiced.

Quite frankly, I don't care what was said. My understanding is that Joe Hunt was present for the entire incident and was as uncomfortable and surprised at Soheila's behavior as Sarah was. I do not believe Sarah intended to be offensive to Soheila, but regardless, Soheila's reaction was completely unprofessional, inappropriate, and unacceptable. If Soheila was indeed offended by something Sarah said, I would expect her to take the appropriate course of action with her management. Reacting emotionally, raising her voice, and saying she'll never speak to Sarah is not a professional solution to whatever her issue is. I need people here who can work and communicate effectively and professionally. I'm looking to you to make sure that Soheila understands that her behavior was unacceptable and will not be tolerated.

I'm available to speak on this any time, otherwise I'll look forward to hearing your updates on next steps with Sohelia.


Regards,

Jared York

Customer Documentation Services Manager
GE Power and Water
Global Projects Operation

T +1 518 385 7258 or 8* 235 7258
M +1 518 705 6595
F +1-949-221-3731
jared.york@ge.com
1 River Road
Bld 37-2-E13
Schenectady, NY 12345

Confidential

GEGID20721