| | |
|---|---|
| **From:** | Bokan, Kathleen (GE Power & Water) </o=GEMAIL/ou=First Administrative Group/cn=Recipients/cn=5002717861> |
| **Sent:** | Wednesday, October 31, 2012 5:22 PM |
| **To:** | Nelli, Peter (GE Power & Water) </O=GEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=2040039891>; Parkes, Jeannine M (GE Power & Water) </O=GEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=204037804> |
| **Cc:** | York, Jared (GE Power & Water) </O=GEMAIL/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=501091524> |
| **Subject:** | RE: Soheila |

Here is my input

-I was in my cubicle with Chris Wachtel and Pete Nelli
-Soheila came in and indicated she wanted to speak to Pete and I right away.
-Chris Wachtel left my cubicle
- Soheila told Pete and I that she had been laid off by GRUPO and was leaving that day
-She asked us several times if we had been involved with this decision. Pete indicated he is not involved in those decisions. I indicated the same and said those are decisions made by GRUPO management
-She indicated this was not the first time she had been discriminated against at GE. She also indicated that GE would take the word over their employee's instead of her
-We indicated if she had more concerns to speak with GRUPO and/or Jared.
-Pete, Soheila and myself walked to Jared's office
-Jared invited us in and we all sat down and shut the door.
-Soheila indicated she was not happy with GRUPO's decision and felt she was being discriminated against as she is a contractor and Iranian
-Jared indicated there was an incident involving one of his employees, he was not happy with the disruption in his group and called GRUPO to express concern and asked them to handle the situation
-Soheila kept insisting she was being fired because she was a contractor and Iranian and accused Jared of discriminating against her and taking the side of the GE employee
-Soheila asked Jared several times if she was let go because she was Iranian and Jared kept indicating no.


**From:** Nelli, Peter (GE Power & Water)
**Sent:** Wednesday, October 31, 2012 4:30 PM
**To:** Parkes, Jeannine M (GE Power & Water)
**Cc:** Bokan, Kathleen (GE Power & Water); York, Jared (GE Power & Water)
**Subject:** RE: Soheila

Per Jared's below request---below is my input on the discussion:

-Soheila was upset with GRUPO's decision

-Soheila felt betrayed

-Soheila accused Jared of discrimination because she is from Iran and because she is a contractor

Confidential

-Soheila accused Jared of taking sides with GE employee and not understanding full story

-Jared maintained control of the situation informed Soheila he notified GRUPO of the concern about the incident and disruption in the office and she should discuss directly with GRUPO

Pete

---

**From:** York, Jared (GE Power & Water)
**Sent:** Wednesday, October 31, 2012 3:53 PM
**To:** Bokan, Kathleen (GE Power & Water); Nelli, Peter (GE Power & Water)
**Subject:** Soheila

Please provide Jeannine with a brief synopsis of your take on Soheila's "exit interview."

JY

Confidential                                                                                                              GEGID20705