

401 Park Avenue South
New York, NY 10016
p. 212.571.2000 f. 212.571.0505

930 Montgomery Street
San Francisco, CA 94133
p. 415.262.0096 f. 212.571.0505

www.ottingerlaw.com

**Robert W. Ottinger**
robert@ottingerlaw.com

January 15, 2015

**VIA ECF**

The Honorable Lawrence E. Kahn
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

      Re:    <u>*Hexemer v. General Electric Company, et al.* No. 12 Civ. 1808 (LEK/CFH)</u>

Dear Judge Kahn:

This firm represents the Plaintiff Soheila Hexemer in the above-referenced matter. We write regarding Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (ECF No. 70), which was electronically filed on Monday, January 12, 2015. The first footnote of that Memorandum, indicating that Plaintiff does not oppose the dismissal of her claims against Defendant General Electric Company, was inadvertently omitted in substantial part. The full footnote reads:

> Plaintiff also named General Electric Company ("GE") as a Defendant in the Complaint on the theory that GE qualified as a joint and/or single employer of Plaintiff. Plaintiff, however, does not oppose that aspect of Defendants' Motion that seeks summary judgment on Plaintiff's claims against Defendant GE.

Accordingly, because of the substantive nature of the change, Plaintiff respectfully requests leave to substitute Plaintiff's Corrected Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, a copy of which is attached hereto. This is the only change made to the Memorandum filed on Monday.

Plaintiff thanks the Court for its attention to this matter. Please do not hesitate to contact us should Your Honor require any further information.

Respectfully,

*/s/ Robert Ottinger*
Robert Ottinger / gv

cc:    David Ebert, Esq. (via ECF)

\*\*\*Request to substitute is GRANTED.

IT IS SO ORDERED:

*/s/ Lawrence E. Kahn*
Lawrence E. Kahn
U.S. District Judge
Dated:   January 16, 2015
          Albany, NY