

**Ingram**
Yuzek | Gainen | Carroll | Bertolotti | LLP

**Christina Y. Kim**

January 22, 2015

Writer's Direct Dial: (212) 907-9688
E-Mail: ckim@ingramllp.com

**VIA ECF**

The Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207

    Re:   *Hexemer v. General Electric Company, et al.*,
           **12 Civ. 1808 (LEK/CFH)**

Dear Judge Kahn:

    We represent defendants, General Electric Company, GID Global, LLC, and Jose Garcia. We write to request an adjournment of the return date for defendants' motion for summary judgment from February 6, 2015 to the next regular motion day, February 20, 2015. Further, we respectfully request that the briefing schedule be adjusted so the defendants' reply will be due February 9, 2015.

    We have discussed the matter with plaintiff's counsel, Mr. George Vallas, who consents to the adjournment. We have also provided him with a draft of this letter before sending it. There has been one previous adjournment of this motion.

    We thank the Court for its continued courtesy and consideration. Please do not hesitate to contact me if you have any questions.

***Request to adjourn the current return date is GRANTED. The new return date is 2/20/15 at 9:30 AM. Reply shall be due by 2/09/15. This motion will be considered on the submission of the motion papers, only. No oral arguments will be entertained.

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated:   January 23, 2015
        Albany, NY

Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue  New York, NY 10177 | tel 212.907.9600 | fax 212.907.9681 | www.ingramllp.com | Legal Netlink Alliance www.legalnetlink.com