| Soheila Hexemer | VS | GID Global & LLC Jose Garcia |
|---|---|---|

**PROCEEDING:** Status Conference.

Jury Trial Date:

Pending Motion:   None

*DATE*: 8/03/15

**CASE NUMBER: 1:12-CV-1808 (LEK / CFH) COURT REPORTER:** None

Cause:  42:1981 Civil Rights

| ATTORNEY | FIRM | PHONE NUMBER | PARTY |
|---|---|---|---|
| George D. Vallas | The Ottinger Firm, P.C. | 212-571-2000 | Plaintiff |
| David G. Ebert | Ingram, Yuzek Law Firm | 212-907-9600 | Defendants |

**Notes:** Needs Deadlines. At all times relevant to this case, the plaintiff was employed by GID and located at their Schenectady location. Plaintiff became a citizen in 1988. She is from Iran.  After comments are made about her ethnicity, she is fired several days later. Plaintiff claims retaliation / discrimination & Harassment.

BEGINNING TIME:   11:04 A.M.        END TIME:   11:30 A.M.

**CONFERENCE MINUTES:**

APPEARANCES: Both of the above attorneys, the plaintiff & CRD S. Snyder. Settlement is discussed. The case does not settle. Current demand is $350,000.00. No offer to settle is presented. Judge Kahn sets trial deadlines. Trial is expected to last 3 days. Jury trial is set for 3/22/2016 at 10:00 AM in Albany. Pretrial submissions (Witness list, exhibit list, proposed voir dir, proposed jury charge (filed in ECF and submitted on a CD in either Word or Word Perfect format directly to Judge Kahn's chambers) and a proposed verdict sheet.) shall be due 3/08/2016. A Final Pretrial / Settlement Conference is set for 1/13/2016 at 11:00 AM in Albany.