

535 Mission Street
San Francisco, CA
94105 (415) 262-0096

401 Park Avenue South
New York, NY 10016
(212) 571-2000

Date: January 15, 2016

**VIA ECF**

The Honorable Lawrence E. Kahn
United States Distirct Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

      Re:    <u>Hexemer v. General Electric Company, et al. No. 12 Civ. 1808 (LEK/CFH)</u>

Dear Judge Kahn:

Pursuant to Courtroom Deputy Scott A. Snyder's instructions, the parties have conferred and propose the following dates for re-setting the Conference in the above captioned matter:

- The parties jointly request Wednesday, February 17th, at 11:00 A.M.;
- In the event the above is not available, the parties jointly request Wednesday February 10th, at 11:00 A.M.; and
- In the event neither of the above is available, the parties jointly request Thursday, February 11th, at 11:00 A.M.

Plaintiff on behalf of the parties thanks the Court for its attention in this matter.  Please do not hesitate to contact us should this Honorable Court require any further information.

                                Respectfully,

                                Benjamin D. Weisenberg

cc:    David Ebert, Esq. (via ECF)